FILED

SEP 20 2024

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY DEPUTY CLERK

Jamie Osuna BD0868
4A-1L #44
CSP- Corcoran
PO Box 3476
Corcoran, CA 93212

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jamie Osuna, CDCR #BD0868<br>Pl.,<br><br>against<br><br>Olivia LaVoice<br>KGET17 News<br>Jason Kotowski<br>Nexstar Media Group, Inc<br>Defs. | Docket No.: 1:24-cv-01122-GSA(PC)<br>Intentional Tort<br>State Prisoner<br><br>**DEMAND FOR JURY TRIAL**<br><br>**COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF, COMPENSATORY AND PUNITIVE DAMAGES**<br><br>**For violations of/under:**<br>1. **CA Civ. Code § 44**<br>2. **Cal. Const., Art. 1, § 1; Privacy Clause**<br>3. **CA Civ. Code § 3344**<br>4. **CA Civ. Code § 56.36**<br>5. **Restat. (Sec.) of Torts § 652**<br>6. **CA Pen. Code § 496**<br>7. **Civil Harassment**<br>8. **CA Civ. Code § 39** |

## I. JURISDICTION & VENUE

1. This Court has jurisdiction over this action as Pl. seeks declaratory, injunctive, punitive, and compensatory judgments for an unlimited civil case in an amount over $35,000. Venue is proper pursuant to CA Civ. Pro. Code § 392 because a substantial part of events and omissions giving rise to Pl.'s claims occurred in the counties of Kings and Kern, CA, which is within this Court's judicial district.

## II. INTRODUCTION

2. Plaintiff (Pl.) is a CSP-COR state prisoner in proceedings for (potential death penalty) case 19CM-1882 in the death of Pl.'s cellmate. Pl. brings this complaint seeking damages to remedy injuries from defamation, privacy invasion, use of likeness, disclosure of private

RECEIVED

SEP 20 2024

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY DEPUTY CLERK

medical data, false light placement, knowingly receiving stolen property, harassment, contracting of person with unsound mind. Pl. alleges Defendants (Defs.) published around 238 false, inaccurate, and or misleading materials (news broadcasts and articles, social media posts, podcasts) about Pl. over multiple years.

3. This includes a six-episode, unauthorized, allegedly defamatory podcast biography of Pl. *Man with a Thousand Faces* (*MWATF*.) Since the release of *MWATF*, more than half of the materials Defs. published on Pl. served as native advertising for *MWATF* against Federal Trade Commission's (FTC's) guidelines.

4. In a recorded prison phone call, Pl. put Def. O. LaVoice on notice of inaccuracies and untruths in Defs.' works on Pl. Defs. never issued a correction or retraction. Def. O. LaVoice continued/continues to promote her materials on Pl. as factually accurate and true, betraying the public's trust and putting Pl. at a disadvantage with public/jury pool opinion.

5. Def. O. LaVoice used 19CM-1882 materials/information considered by Kings County Superior Court as sealed/confidential in her works on Pl. This includes crime scene and investigation photos. Def. acknowledged on air she was not supposed to have this material.

6. The alleged hostile, offensive reporting on Pl. severely affects Pl.'s daily life in the CA Department of Corrections (CDCR.) Some correctional/mental health staff withheld treatment from Pl. and referenced Defs.' work. Defs.' regular audience responded in the thousands demanding for Pl. to be tortured, killed, had doxed Pl.'s family. Pl. has begun receiving death threats against his minor son in the mail. Defs. KGET17 and O. LaVoice allowed violence-inciting, doxing posts to remain on their social media when other comments merely critical of Def. O. LaVoice's physical appearance or quality of work were removed from her/their platforms.

7. Pl. is a private citizen. Def. was not in the limelight or known beyond other common citizens in court proceedings prior to Defs. O. LaVoice and KGET17 choosing to dedicate hundreds of materials to Pl. Defs. have not published such a quantity or quality of treatment of any other subject, including celebrities, public office holders, community members. Defs. allegedly have shown bias with favoring Pl.'s alleged victim Y. (Yvette) Peña. Passive dataset research conducted for this complaint shows personal ties between the Peña family and Def. O. LaVoice.

8. Def. O. LaVoice acknowledged in the comments to one of her posts, "Yes you are correct! It is not public information." [Ex. C-1]

9. Def. KGET17 is usually the lone news in the courtroom for 19CM-1882 so that their reporting is the only source of news information about Pl./19CM-1882. Allegedly based on that reporting, thousands of social media comments by Defs.' local audience—from who Pl.'s potential jury pool will be drawn—are pre-determining and calling for Pl. to get the death penalty in 19CM-1882.

10. Due to schizophrenia-type mental illnesses, being a SHU/RHU inmate for around several years, and being without access to the internet/materials herein described, and being under the intellectual hardship of continual PC 2602 orders, Pl. requested/received help in the research for and transcribing/writing of this complaint.

## III. PARTIES

11. Pl. Jamie Osuna is a pro se state prisoner incarcerated at CSP-COR, Corcoran, CA.

12. Def. O. (Olivia Elizabeth) LaVoice(-Adams) is an independent reporter; and formerly a reporter with KGET17; and formerly a reporter for Nexstar/Fox13 Seattle.

13. Def. J. (Jason Richard) Kotowski is a KGET17 reporter.

14. KGET17 (News) is a media company operating under Nexstar Media Group, Inc.

15. Nexstar (Media Group, Inc) is a media company and owns KGET17.

16. Pursuant to CA Civ. Code § 2338, KGET17 and Nexstar are liable for any unlawful/wrongful acts committed by their employees within the course and scope of their employment.

## IV. FACTUAL ALLEGATIONS

### INFLAMMATORY HEADLINES/CONTENT

17. 08/27/2024, Def. O. LaVoice published an Instagram story that featured Pl.'s mugshot next to the headline that "murders of children" are the worse cases she has covered. The text on this Instagram story does not clarify or indicate that Pl. is not a child killer. [Exs. B, row 2; C-10.] **Case**: See Knutt v. Metro Int'l, 938 N.Y.S.2d 134 (N.Y.App. Div. 2012); appeals court ruled that the juxtaposition of a photo and text could create a defamation impression, and that connection of an individual to a serious crime constituted libel per se.

18. From 2017-2024, Defs. KGET17, J. Kotowski, O. LaVoice published jointly/separately around fifty-seven materials headlining Pl. as "convicted murderer," "notorious convicted killer," "Kern's tattoo-face killer," "notorious Kern killer," "Man with a Thousand Faces," "murderer." In contrast, in some of these same releases, Defs. headlined Pl.'s alleged victim (also convicted of murder) only as "cellmate" or entirely omitted mention of that individual. These headlines appeared on Def. KGET17's official webpage and social media and on Def. O. LaVoice's social media. [Exs. A, B.]

19. Around 116 of the materials Defs. published on Pl. from 2019-2024 referred to Pl. with inflammatory names throughout the body of the published piece, including: "monster," "monster of a man," "notorious Kern County torturer," "convicted Kern County murderer,"

"convicted killer," "notorious convicted murderer," "Kern County murderer," "convicted murderer," "Man with a Thousand Faces," "murderer," "confessed killer," "notorious Bakersfield killer," "one of Central Valley's most notorious killers," "remorseless killer." In contrast, Defs. referred to Pl.'s alleged victims as "man," "cellmate," "inmate," "woman," or by their legal names. In these same articles, Defs. sensationalized Pl.'s crimes, used terms like "grisly" or "gruesome," included false/inaccurate details. In contrast, the alleged victims' crimes were entirely omitted or mentioned without detail as "second degree murder." [Exs. A, B.] Omissions included domestic violence restraining orders renewed over multiple, consecutive years. (**See** Kern County Superior Court, S1501FL601148, Monsibais v. Peña, 2007-2011.) Other omissions include accusations of child trafficking against Y. Peña, with some accusations even posted online to Nexstar materials. [Ex. D-4.] Audiences—including self-identified corrections employees—have reacted to this content with calls for Pl.'s torture/death, with hatred/disgust, with calls for the death penalty. **Case**: See Kaelin v. Global Communications, 162 F. 3d 1036 (9th Circuit 1998); defamation case against a publisher for a single headline.

**NATIVE ADVERTISING**

20. Native advertising is advertising content created to blend in with other content and not seem like an ad. The FTC has strict guidelines for native advertising; specifically, ads must be clearly identifiable to avoid deception. **Policy**: See Fed. Trade Comm'n, Enforcement Policy Statement on Deceptively Formatted Advertisements. (2015.)

21. Defs. KGET17 and O. LaVoice released *MWATF*, an unauthorized, six-episode, allegedly defamatory podcast on Pl. (10/2019.) Around 202 of Defs. KGET17's, J. Kotowski's, O. LaVoice's materials on Pl. were published on/after *MWATF's* release. Around 116 of those

materials advertised *MWATF*. Defs. presented these ads as news/information on Pl., with such phrases as "for more on [Pl.]" Def. KGET17 issued native ads via banners, links, video clips, direct mentions, topic specials, backdrop photos behind TV anchors, and referring to Pl. as "Man with a Thousand Faces." Some mid-sentence links were titled as if linking out to another news story, under phrases such as "convicted murderer Jamie Osuna." [Ex. E-1-E-3.] Staff published posts, some similarly worded, only advertising *MWATF.* Staff posted some native ads alongside/with the opportunity of a legitimate "share" of a KGET17 news update. [Ex. B, row 72.] Out of around thirty-three social media posts that Def. O. LaVoice published on Pl. after *MWATF's* release, around sixteen were native ads. [Ex. B.]

22. Def. J. Kotowski published article "The Grisly Crimes of 'The Man with a Thousand Faces'" when Pl. had no court dates/events. The article had no new news in it—the article was only an ad for *MWATF*. Def. KGET17 released the article around seven times over a three-month period. [Exs. A, rows 17, 18; B, rows 34, 41-44.] Def. Nexstar released the article at least eighteen times across several stations.

23. **Case**: See Central Hudson Gas & Electric Corp. v. Public Service Commission, 108 A.D.2d 266, 489 N.Y.S.2d 124 (N.Y. App. Div. 1985); the U.S. Supreme Court defined commercial speech as "expression related solely to the economic interests of the speaker and its audience." Id. at 561.

**FALSE LIGHT; STACKING THE DECK**

24. **Background**: Def. O. LaVoice repeatedly stated her work *MWATF* was from when Def. was a "rookie," a "new" reporter, "naïve as hell." In 2024, on Matthew Cox's YouTube, Def. stated she went into an interview with Pl. as that, "I had no idea what I'm doing, no idea." (Timestamps (TS) 1:01:13-1:01:16.) In contrast, Def. O. LaVoice listed on her

LinkedIn that she joined KGET17 in 2015 and had worked as a reporter/researcher for two other news companies for around 2 years prior to joining KGET17. Def. listed that she had graduated with a master's degree in journalism in 2015. While at KGET17, Def. O. LaVoice worked under KGET17 news director M. Trihey who, according to KGET17 website biography materials, has been a journalist since 1974 and has been with KGET17 since 2000. By the conventional fact-checking protocols used in/by news media, and journalism degrees, Def. O. LaVoice knew how to properly vet and objectively present statements, facts, interviews, and or had oversight from those knowledgeable.

25. **Extreme bias**: Def. O. LaVoice at all times presented herself as a reporter, presumed by audiences via her profession to be relatively unbiased, providing vetted, fact-based works. Def. has allegedly been biased in her works against Pl. Passive research conducted for this complaint showed personal ties between Pl.'s alleged victim Y. (Yvette) Peña's family and Def. O. LaVoice and Def. KGET17's staff. Y. Peña's sister, D. (Danielle Peña) Gonzales and Def. O. LaVoice publicly posted statements about this relationship, including, "thank you for your friendship," and participated in a third-party interview together about Pl. [Ex. D-2] This is in addition to D. Gonzales having had at least one child with news cameraman Johnny Guillen, a social media friend to Def. J Kotowski and or other KGET17 staff members. Defs. omitted from Defs.' various coverage nearly all damaging information about the Peña family. Omissions include some of Y. Peña's family's self-proclaimed Loma Bakers/Lomita Bakers street gang membership, which was shown in self-published, publicly accessible photos with gang hand signs and or text denoting this allegiance. [Ex. D-1.] Other omissions included public-record, multiple Kern County felony charges for drug possession/sales, gang activities (CA Pen. Code 186.22(a); participation in a criminal street

gang), firearms, burglary, violence, other crimes. [Ex. D-1.] Def. O. LaVoice engaged with Senaida (Acosta Halcon) Hidalgo (aunt to Y. Peña and D. Gonzales) throughout multiple posts, and featured a couple of posts on how this individual's husband and son had been killed in separate shootings. One local station reported one of the shootings was by gang members. Def. did not mention this. Senaida Hidalgo, on one of the accounts she had interacted with Def. from, self-published pictures of herself showing the "L" hand sign and text acknowledging the Lomita Bakers gang. Def. also covered Y. Peña's son, Brandon Pequeno. This individual been killed by an AZ fugitive task force after he had fled in/started ramming cars with a stolen vehicle. He had been wanted for domestic violence, kidnapping, other charges. Def. only stated this individual had been "shot by police," and showed a smiling, childhood Christmas photo of that individual with Y. Peña. Def. lamented how the Peña family had endured "so much." Def. did not mention any of the crimes this family had allegedly committed against Kern County residents—her audience base.

26. In contrast, some of Def. KGET17's staff publicly posted their hatred for Pl. on/to Defs. KGET17's and or O. LaVoice's materials about Pl. On Facebook, C. (Chuck) Dennis shared Def. O. LaVoice's *MWATF* native ad post, stating, "Olivia and I did this story. [Pl.] is the poster child for evil;" and "[Pl.] is evil. I did a jail house interview and court proceedings with this criminal listen to the podcast;" "I did a jailhouse interview with this evil bastard;" and in the comments of posts stated, "I would have slugged this 'The Making of a Monster;'" "I did a jail house interview with [Pl.] and grilled him. He's bat shit crazy. I could tell that and I'm not a psychiatrist. As C. Sparks has said, 'We're going to pump sunlight to him.'" [Ex. F.] The editor/sound mixer for *MWATF*, in her native ads for *MWATF*, referred to Pl. as "horrifying." [Ex. B, rows 127, 132.] In contrast, Def. O. LaVoice and KGET17's staff

referred to Y. Peña as "beautiful," a "true victim," "beloved," "innocent," "loved by so many." [Ex. B.]

27. **Stacking the deck**: Def. O. LaVoice conducted interviews in *MWATF* with single, pseudonymous, and known perjurious sources that allegedly provided defamatory, untrue, contradictory statements about Pl. Def. allegedly curated/published statements in a manner that enabled Def.'s characterization of Pl. as "evil," "manipulative," "calculated," that Pl. terrorizes others, that Pl. is a narcissist who "craves" attention, and was pre-meditated in 19CM-1882.

28. In *MWATF*, Def. O. LaVoice coaxed Pl.'s baby brother, "You realize that a lot of people think your brother is evil, right?" (Episode (E)5, TS 30:05-30:21.) Pl.'s brother responded, "I think they only think that because of his appearance." (TS 30:12.) Def. conceded Pl.'s looks "plays into it" and proceeded to list various things which must make other people find Pl. as "evil." In contrast, in *MWATF*, E4, Def. conducted an extensive interview with D. Gonzales that characterized Y. Peña as a "sweet-hearted, giving person," (TS 13:42.) Def. published that "no one—including Child Protective Services—ever thought Yvette was abusive or neglectful." (TS 14:50-14:55.) In contrast, Def. did not mention the domestic violence restraining order renewed over multiple, consecutive years against Y. Peña, with custody loss of at least one child through that order/case, which is public record. (See Kern County Superior Court: S1501FL601148, Monsibais v. Peña, 2007-2011.)

29. In *MWATF*, Def. O. LaVoice stated it was only "attention [Pl.] craves." (E1, TS 25:00-25:02.) Def. compared imagery of a bloody murder scene with Pl.'s smiling childhood school photo taken against a paint-splatter background. (E3, TS 2:29-2:57.) Def. stated the "brief time [Pl.] spent as an adult living outside of a jail cell, [Pl.] wreaked havoc, violence, and

terror on many." (E2, TS 31:46-31:48.) Def. likened Pl. to serial killers, "a monster." (E3, TS 31:30-32:29.) Def. stated that "[Pl.] was consumed by something very different: hate." (E4, TS 36:23-36:28.) Def. stated looking at Pl. is "like driving past an awful car wreck." (E1, TS, 7:54-7:58.) In contrast, Def. published that Y. Peña was "very beautiful," and if "you met her, you loved her." (E1, 22:09-22:141.) "[Y. Peña] was plagued by the need to feel loved." (TS 36:21-36:23.)

30. **Perjury/deal**: In *MWATF*, Def. O. LaVoice interviewed inmate Marcus Nelson ["Sickness"] Hume AM7003 as "Billy." Billy traded his information/interview for a prison transfer out of CSP-COR, which Def. helped secure/arrange for Billy. Def. did not mention this arrangement to the audience. Once Billy's transfer was completed, he refused to speak with Def. again. Def. did not mention Billy's refusal to continue the interview after his transfer. During a recorded prison call, Def. stated to Pl., "It looks like [Billy] only wanted a transfer." Pl. at that time had put Def. on notice of Billy committing perjury for the transfer. Def. did not remove Billy's interview from *MWATF*. Def. did not issue any correction or notice to her audience. Billy even stated, "There's a lot, lot to this story that I can't—really, I don't want to put out there because I'm, I'm waiting to transfer. Once I'm transferred, I'll lay it all on the line." Def. replied that she understood. (E6, TS 32:34 - 32:46.) Billy's statement is not clear enough to expect the audience to realize Def. had been allegedly fooled by Billy. Def. had curated, published Billy's statements in a manner that enabled Def.'s characterization of Pl. as "manipulative," "calculated," homicidal, evil, and as having premediated motive in Pl.'s potential death penalty case 19CM-1882.

31. Def. O. LaVoice presented Billy as being one of the "only ones on the inside" to have information on Pl./19CM-1882. (E6, TS 0:44-0:50.) Def. published Billy stating 19CM-1882

was a "set up." (E6, TS 10:54.) Def. published Billy stating, "What I know for a fact, when [Pl.] was in New Folsom [prison], [Pl.] told ICC, he told the committee, 'I'm gonna kill the cellie [cellmate], I'm gonna kill him'—did you know that?" (E6, TS 31:56-32:07.) Def. published Billy stating, "[Pl.'s] clinician in ICC, people told us it should have never happened. Guards told us it should have never happened. But [Pl.] was in New Folsom and told the committee, 'I'm gonna kill a cellie, watch!'" (E6, TS 32:17-32:30.) Just prior to Billy's statement, Def. stated, "I did do some research and found out in order for an inmate to be given a cellmate, a committee of prison administrators must determine if the inmate is fit to have a cellie." (E6, TS 30:09-30:19.) Def. knew from this research, or it is reasonable for Def. to have known, that committees are confidential, and clinicians are bound by confidentiality. Def. had not informed her audience of committee/clinician confidentiality policies/protocols. Billy had not been in New Folsom with Pl. (a facility 4 hours away.) In a prison recorded phone call, Pl. put Def. on notice that Pl. had not attended the New Folsom committee that transferred Pl. to CSP-COR, that this committee had been run without Pl. Def. did not inform her audience about these above facts.

32. Def. O. LaVoice published Billy stating Pl. was "very calculated," "manipulative." (E6, TS 14:28-14:41.) Def. published Billy stating Pl. was "not liked by the guards in [there]," and that "every inmate in [there] knew [Pl.] was gonna kill somebody." (E6, TS 16:07-16:25.) Def. published Billy stating Pl. is "looked down upon" by fellow inmates and that Pl. had been "shunned" by prisoner peers over "innocent woman" Y. Peña—sister to Def.'s personal friend D. Gonzales. (E6, TS 35:34-35:49; 36:24-36:28.) Def. did not include interviews with other inmates. **Case**: See UVA v. Rolling Stone, settlement; publisher relied on a single

source and the story was a lie. The jury found that various statements within the article, as well as made by the reporter after publication, were made in malice.

33. **Contradictions**: Def. O. LaVoice interviewed Pl.'s estranged ex-wife, Joelle Castellano, "Jane," for *MWATF*. Def. did not address any of Jane's many contradictory statements about Pl. Def. curated, published Jane's statements in a manner that enabled Def.'s alleged characterization of Pl. as violent, evil, a manipulator.

34. Def. published that Jane met Pl. at Jane's underage drinking party via introduction through Jane's nephew (J. Britt.) Def. published Jane's statements that at this party Pl. attacked/stabbed another man for dancing with Jane. Def. published that Pl. was arrested for this stabbing. Def. stated that Pl. then started "courting Jane from behind bars." (E2, TS 4:06-4:41; 5:18-5:38.) Def. failed to publish/interview J. Britt or others to confirm Jane's story. Pl. had put Def. on notice about Jane's history of being dishonest.

35. Pl. also put Def. O. LaVoice on notice of the following information: that Pl. had not been introduced a house party like this, and Pl. had not attacked a man for dancing with Jane—the house party happened after Jane and Pl. had been romantically involved and the man at the party had been destroying their property/garden gnomes when Pl. confronted the partygoer. Pl. actually met Jane after J. Britt (who was friends with Pl./lived in the same complex as Pl.) asked if Pl. would like to "kick it" at Jane's house. There was no party. It was only a cold, dark night. J. Britt introduced Jane and Pl. and at that time informed Jane that Pl. was on parole from Tehachapi (prison.) Pl. that night accepted Jane's offer to sleep in Jane's son's (Matthew's) bedroom for the night while J. Britt took another room up the hall. Jane had entered Pl.'s room that night seeking sex, which Pl. declined due to proximity of J. Britt up the hall. Jane then jammed a chair under the door handle in insisting for sex—and this began

their affair. Def. instead continued to publish/promote the untrue story which enabled Def.'s characterization of Pl. as uncontrollable, jealous, unprovokedly violent, and possessive.

36. Def. O. LaVoice stated Pl. was later arrested for domestic violence/parole violation. (E2, TS 12:30-12:37.) Def. did not mention Jane had paid an attorney around $ 3000 to represent Pl. in that case. Def. did not mention the attorney swore under oath that Jane had recanted her story, that Jane stated Jane had only made her accusations against Pl. because she had been angry at Pl. Throughout E2, Def. allegedly portrayed Pl. as a domestic abuser. In contrast, Def. did not mention the civil harassment, domestic violence cases others (not Pl.) filed against Jane. (See Kern County Superior Court: BFL-17-004871, 2017; BCV-15-101375, 2015; S1500CV282387, 2014.) These public records were available to Def. Def. did not mention the allegations against Jane for self-harming, taking photos of this self-harm and then using these old photos to make allegations of abuse against different individuals. Instead, Def. stated of Pl. using meth, "which made him more violent." (E2, TS 12:44-12:50.)

37. Def. O. LaVoice stated Pl. shoved Jane's child off of the bed "staring into [Jane's] eyes waiting for the response from her he craved." (E2, TS 13:29-13:40.) Def. had not pushed a child off of the bed or in any way harmed the child. Def. then published Jane stating Jane had pulled "knives" on Pl. for doing this, that the older children asked Jane, "Mom, what's wrong? You've gone nuts! Mom! What are you doing?" (E2, TS 14:02-14:04.) Def. had not questioned Jane that if Pl. were actually violent/abusive then why the others in the household with them were alarmed, confused at Jane pulling out knives on Pl. These statements enabled Def.'s characterization of Pl. as being violent, a child abuser.

38. Def. O. LaVoice presented Pl. as a stalker. Def. stated, "[Pl.] was taunting [Jane], stalking her. He'd be outside her window but gone before any law enforcement ever showed up, making Jane look delusional, paranoid. It was a game that [Pl.] was winning." (E2, TS 16:33-16:49.) Pl. had not done this. In contrast, Def. did not mention Jane's arrests for and usage of drugs that cause delusions and paranoia. Def. had access to public arrests records.

39. Def. O. LaVoice presented Pl. as a harasser: Def. stated, "For months, [Pl.] called Child Protective Services on Jane, multiple times a day, telling them outlandish stories to get her kids taken away, and, of course, he continued to call Jane threatening her, telling her he'd get his revenge." (E2, TS 23:41-23:57.) Def. stated Child Protective Services had "showed up at Jane's door but they weren't there because of [Pl.]—at least it didn't seem so," that it was because the child had told an adult that Jane had struck him, and that police then arrived to arrest Jane. (TS 26:56-27:08.) While in jail, Pl. received a family court summons regarding Jane's arrest and the report contradicts Def.'s/Jane's statements. The report showed police responded to a neighbor's call of a young child alone in the streets at night. The responding officer found Jane to be high on drugs in the house and removed the child from the house. Jane was charged for cruelty to a child and drugs. (See Kern County Superior Court: BM810457A, 2012.) Def. did not request/get these records from Jane and only told the audience that family court records are sealed. Pl. had put Def. on notice that Jane had lost custody of multiple children multiple times completely unrelated to Pl. Def. did not inform her audience about this information. Def. barely admitted in *MWATF* that Jane had lost custody of a child to that child's father after the BM810457A arrest. Def. stated after Jane's arrest, Jane had a "nervous breakdown and needed to address everything that had happened since she met [Pl.]" (E2, TS 29:38-29:43.) In contrast, Def. did not here emphasize Pl. was

only around 19 or 20 years old and Jane had been almost 40 years old when Pl. and Jane (a former psychiatric prison nurse) met—a large age/power dynamic gap.

40. Def. O. LaVoice published Jane's allegation that Pl. arranged with guards and female inmates to have Jane assaulted on a prison transport van. Def. did not request/receive any relevant documents from Jane to prove these claims. Pl. had been on the same jail transport bus due to the summons for family court arising from Jane's BM810457A charges—not because he had arranged to assault Jane with multiple unknown guards and female inmates. Pl. did not even recognize Jane on the van due to her drug abuse/weight loss. Jane had called out to Pl., at which time Pl. told Jane how to bail herself out with the around $ 3,000 Jane had on her at the time of her arrest. A female on the bus heard Jane's child cruelty charges in the court and had attacked Jane for that charge. Def. was on notice of Jane's charges. It is reasonable to expect Def. as a crime beat reporter to have been aware of the unpopularity of child abuse charges and the unpopularity of former correctional/law enforcement staff in the justice/prison systems. (Def. covered Jane's previous career in CDCR; E6, TS 2:45-2:48.) Def. chose to publish Jane's uncorroborated/unverified story which enabled Def.'s alleged characterization of Pl. as "calculated" and "resourceful."

41. Def. O. LaVoice also published that Pl. mailed a smashed/dead rat to Jane without adequately investigating/explaining how a bloody envelope/mail with a dead animal had been processed through the jail mailroom censors. Def. did not question whether Jane and or the gang members Jane then associated with (as posted on Jane's public social media) could have removed regular correspondence and framed Pl. with the rat. Instead, Def. chose to publish that Pl. was "resourceful," and "wreaked terror on many." (E2, TS 25:15-25:18; 25:25-25:31; 31:40-31:48.) **Case:** See Harte-Hanks Communications v. Connaughton, 491

U.S. 657, 109 S. Ct. 2678 (1989); a publisher was found to have acted with malice when they failed to interview one witness who could have verified a story, that there was indication the editor had decided to publish the allegation regardless of contrary evidence, ignored discrepancies, failed to conduct complete investigation via an intent to avoid truth.

42. **Contact**: Allegedly, Def. O. LaVoice carefully presented contact with Pl. in a manner that was likely to seem to Def.'s audience as Pl.'s one-sided, unexpected, unwanted attention/pursuit. This includes Def. multiple times stating Pl. views himself as the "real-life Joker" comic book character and agreeing with audience members that Pl. viewed Def. as Harley Quinn (Joker's manipulated love interest.) Def. suggested Pl. could be attempting to "pique" Def.'s interest in Pl. (*MWATF,* E5, TS 32:09-32:10.) Def. stated, "it was a little creepy to hear his ex-wife say this, 'he told me he totally enjoyed your interview, looking at you, being in your company, you smell good', but when she told me to be cautious about him getting me to believe certain things, perhaps to keep me interested in [Pl.], it struck a chord in me." (*MWATF*, E5, TS 31:32-31:52.) Pl. had not made these statements to Jane. Pl. had put Def. on notice about Pl. and Jane not being in contact for around several years by the time of that interview—since around 2012/2013, when Jane became a state witness against Pl.—Def./Def.'s station had reported on this case. Def. was also on notice of Pl.'s and Jane's long estrangement due to Jane's other statements. Def. did not verify Jane's jail/prison call/visitation logs to address Jane's contradictions about contact. Instead, Def. alluded to the lie, "close enough for him to smell my perfume." (*MWATF,* E1, TS 11:31-11:33.)

43. Def. O. LaVoice repeatedly referred to Pl. as emulating the Joker comic book character. (*MWATF*, E5, TS 41:20, 25:43, 25:51-25:53, 27:13, 27:19, 27:34, 27:49, 28:27; E2, TS 7:03, 15:01.) Def. published that the "Joker is a part of [Pl.'s] identity." (E5, TS 28:3-28:47.) Def.

stated, "[Pl.] really thinks he's the real-life Joker." (2024; Matthew Cox YouTube interview; TS 0:00; TS 1:01:06-1:01:08.) Def. in this same interview stated, "The fifth episode [of *MWATF*] focuses on, um, the, on, some other unsolved murders that [Pl.] could be connected to, um, you know, some of the things he has said. We also focused on his, um, obsession with the Joker." (TS 1:22:53 - 1:23:11.) In the comments of one of Def.'s TikToks, a viewer stated that Pl. thought of Def. as Pl.'s Harley Quinn. Def. encouraged this comment, stating in response, "Something like that," with a hand-smacking-forehead emoji. [Ex.C-13.] **Case**: See Curtis Publishing Company v. Butts, 351 F.2d 702 (5th Cir. 1965); where no effort was made to corroborate statements; quote, "In short, the evidence is ample to support a finding of highly unreasonable conduct constituting an extreme departure from the standards of investigation and reporting ordinarily adhered to by responsible publishers."

44. Def. O. LaVoice stated, "I've written to [Pl.] recently asking him to consider telling me more about these two murders." (*MWATF*, E5, TS 43:12 – 43:17.) In Def.'s interview on *Sword and Scale*, it was noted, "[Def.] wants to keep the communication open [with Pl.]" (TS, 45:54-45:56.) 01/19/2022, Def. sent Pl. a JPay (prison) email, seeking a response. [Ex. G.] Later, Def. stated, "I never did write [Pl.] I never did write him a letter." (2024; Matthew Cox's YouTube, TS 1:26:53-1:26:55.) Def. published two TikTok videos, republished to Instagram, showing Pl.'s response letters to Def. as if they were unexpected and unprompted. [Ex. B, rows 23, 26, 31; C-12, C-15.] Def. did not here mention she had first reached out to Pl. and had been seeking responses. Def. did not mention these letters were from a time when Pl. was court-declared incompetent and or held in elevated mental health care, and under PC 2602 (forced psychotropic medication) orders, which Def. had been on notice of from being directly informed and or court proceedings which Def./Def.'s station had covered. In Def.'s

social media videos, Def. stated in text overlay without explanation, "Then [Pl.] started sending me letters." Def. used this text overlay as the thumbnail for the TikTok video. [Ex C-14.] Under U.S. copyright law, Pl. owns the rights to these letters/materials and Pl. had not given permission to Def. to publish these letters/materials in any manner. **Case**: See Salinger v. Random House, Inc., 811 F.2d 90 (2$^{d}$ Cir. 1987), *cert. denied*, 484 U.S. 890 (1988); case applying copyright law to unpublished works and a federal appellate court held unpublished works (Salinger's private letters) were entitled to more protection than published works—which ruling favored the right to privacy over the public's right to information.

45. **Crime charging**: 01/19/2022, Def. O. LaVoice sent Pl. a JPay email. Def. stated in the JPay that she had "come to the conclusion that the cops I've talked to are likely right, the only two murders you committed are the ones you're locked up for." Def. closed her JPay with, "I guess this is just my way of saying if you ever decide you do want to talk about other cases, feel free to drop me a line." [Ex. G.] Pl. did not respond to this JPay/contact.

46. Conversely, Def. O. LaVoice months later in the comments of Def.'s Tiktok video stated of Pl. possibly having committed unsolved murders, "Investigators looked into the info, but I truly think more could be done. The law enforcement agencies involved are overloaded and understaffed." [Ex. C-5.] Def. stated in two TikTok videos that Pl. had "confessed" to her these crimes in his (2017) interview with her. Def. republished these videos to her Instagram. [Ex. B, rows 24-26, 31.] Def. did not mention she had debunked Pl.'s interview claims in *MWATF*. Def. did not tell her audience about her JPay to Pl. Around this same time, on TikTok and Instagram, and then also during Def.'s 02/15/2024 interview on Matthew Cox's YouTube, Def. indicated she had cut contact with Pl. around 2020/2021, that she considered

Pl. not confessing to her crimes and or not providing her with cold-case-solving tips as a "cat and mouse game." (TS 1:27:26-1:27:27.) [Ex. B, rows 26, 31; C-12.]

47. Def. O. LaVoice stated, "This [cold case] overall doesn't fit [Pl.'s] known M.O." (*MWATF,* E5, TS 40:12-40:15.) Immediately after, Def. persisted, "**no matter how likely it could seem to investigators** that [Pl.] was lying to me about the two additional murders, I've found police reports from his 2011 arrest" and that "within hundreds of pages there's one line that jumps out at me." (Emphasis added.) (*MWATF,* E5, TS 41:09 – 42:42.) Def. persisted to state Pl. is/could be responsible for unsolved murders in social media comments: "I really hope we can figure out if [Pl.] is responsible for other murders;" "the possibility [Pl.] is responsible for cold cases, which is a topic I've wanted to bring more attention to for a very long time," "and to explore possible unsolved murders [Pl.] could be responsible for." [Ex. C-8a, C-8c.]

48. **Narrative control:** Allegedly, Def. O. LaVoice (and some individuals associated with Def.) hostilely confronted empathetic portrayals of Pl. and then positively engaged with portrayals that allegedly presented Pl. as evil or a monster. YouTuber Danielle Kirsty created a biography about Plaintiff. Her video's description cited *MWATF* as the source. Danielle Kirsty's presentation was far more empathetic than Def. O. LaVoice's presentation of Pl. Danielle Kirsty's audience responded in the thousands with empathy for Pl. In contrast, Def.'s audience called for Pl.'s torture and death. Def., her former KGET17 colleague J. Franco, and a few other individuals associated with Def., around the same time, posted on Danielle Kirsty's video. Def. stated that she wanted credit for her work and didn't appreciate Danielle Kirsty doing this video. J. Franco stated to one viewer who positively reviewed the video that Danielle Kirsty was going to get a "BIG fat copyright lawsuit." (Emphasis is J. Franco's.) The others told Danielle Kirsty's viewers to go watch Def. instead of Danielle

Kirsty. Shortly after these comments were posted, the posts were deleted. J. Franco around this same time published a native ad to Twitter/X reminding readers to go listen to Def.'s podcast on "one of Central Valley's most notorious killers." [Ex. B, row 33.] Def.'s friend H. Tynes posted multiple times to Danielle Kirsty's Facebook regarding Danielle Kirsty's work on Pl. H. Tynes stated she was an attorney, that Def. would pursue legal channels regarding Danielle Kirsty's biography of Pl. Def./those associated with Def. have notably not posted like this to any of the other content creators who published works on Pl. without crediting *MWATF*/Def. but had presented Pl. as evil or a monster. These other videos used *MWATF* as the uncredited source as evidenced by the inaccuracies, untruths that originated in *MWATF*. Def. O. LaVoice's 2024 interview on Matthew Cox's YouTube then used the same title as Danielle Kirsty's video "Real Life Joker or Evil Satanist? The TRUE & TWISTED Case of Jamie Osuna." (Emphasis is creators'.) Def.'s interview being named the same as Danielle Kirsty's video enabled the YouTube algorithm to suggest Def. instead of Danielle Kirsty to viewers searching for that title/work. In contrast, Def. has positively engaged with content that maintained Def.'s narrative of Pl. being evil. On Horrobabbe's TikTok 06/11/2021 video about Pl., Def. commented, "When I interviewed [Pl.], a part of me felt like I was in the room with the devil himself, which is definitely what [Pl.] wanted." [Ex. C-9.]

49. 08/28/2024, Def. O. LaVoice published an Instagram story featuring Pl.'s jail picture. In text overlay, Def. stated she had "stopped keeping tabs" around "several years ago" on Pl. and or 19CM-1882. [Exs. B, row 1; C-11.] In contrast, 12/13/2023, Def. published a group photo to her Facebook and Instagram. The photo was taken by Def. KGET17 for Pl.'s resentencing hearing in 2023. The photo featured Defs.' personal friend D. Gonzales (sister to Pl.'s alleged victim Y. Peña.) Def. in these posts updated her audience on Pl.'s resentencing.

Around a week before this, Def. in the comments of a Facebook post acknowledged, "I had a long talk with Danielle the other day catching up and she told me about court." [Exs. B, rows 6-7; D-2c.] Pl. had not received official notice of the hearing date/time, while D. Gonzales—a prison worker since around 2008—had enough notice to print matching T-Shirts for a group of family/friends to wear to the hearing and had discussed this hearing with Def./the media. [Exs. A, row 1; B, rows 5-8.] Def. had presented D. Gonzales only as a "guidance counselor for people struggling with substance abuse" and omitted any reference to CDCR. (*MWATF*, E4, TS 38:28-38:31.) Def. did not mention D. Gonzales had previously been reported/gotten in trouble with the CDCR for publishing statements about Pl., Pl.'s family, 19CM-1882 on Def's. social media against CDCR's social media policies. D. Gonzalez republished Def. KGET17's group photo without stating Pl's name, which adhered to CDCR's social media policies. D. Gonzales' personal friend Def. O. LaVoice—who presents herself as an impartial/unbiased reporter—then published the photo of D. Gonzales, mentioned Pl.'s name and stated her support for D. Gonzales/Peña family. Def. published this to Def.'s Facebook and Instagram. Def.'s actions enabled D. Gonzales to circumvent CDCR's social media policies. D. Gonzales even thanked Def. in the post's comment section for the post. In contrast, Defs. had not contacted Pl. to provide any news statement regarding his hearing.

**PRIVATE FACTS**

50. Despite Def. O. LaVoice in 2024 stating she had not kept "tabs" on Pl. for "several years," Def. in 11/2022 published an Instagram video about Pl./19CM-1882, stating, "The defense attorney [for Pl.] **will not answer me** on how the payment is working…So, yeah, that's happening." (Emphasis added.) Def. also published that video on TikTok in 11/2022 and in

the comments discussed with Def.'s audience how Pl. might be paying for Pl.'s lawyer. Def. stated Pl.'s "family is not wealthy, and no one has ever helped him pay for a private attorney before." Pl.'s charges/convictions were not financial crimes so that Pl./Pl.'s loved ones' financial situations can not of legitimate public interest. Def. then acknowledged in a response comment on this TikTok post, **"Yes, you are correct! It is not public information. I still think it's an interesting topic though,"** and commented that she had "covered [Pl.] for many years," so she was more "invested than most" about Pl. (Emphasis added.) Def. also stated, "I am very curious as to who in [Pl.'s] life has the $$$ for this. I don't believe it's anyone who was in his life prior to him going to prison." Def. followed up to criticism against her in the comment section with, "Hey Conrad, for someone who have closely followed Osuna and this case, someone likely paying hundreds of thousands of dollars for his defense." [sic.] [Exs. B, row 25; Ex. C-1-C-7.] Def. published this same update to her Facebook, stating, "If [Pl.] does succeed in retaining private defense counsel, I am VERY interested in learning where the money is coming from." [sic.] (Emphasis is Def.'s) [Ex. B, row 28.]

51. **Confidential Docs**: Def. O. LaVoice stated of Pl.'s confidential mental health records that Def. "wanted to see those medical documents myself, which [Pl.'s] former attorneys explained wasn't possible—those records were under medical privacy laws." (*MWATF*, E3, TS 31:17 - 31:26.) Ignoring medical privacy laws, Def. published statements disclosing the contents of Pl.'s private medical records. (*MWATF* E3, TS 30:42 - 31:07.) According to Def.'s own statement, Def. did this while on notice of the medical privacy laws prohibiting Def. from publishing this information. Def. had also stated, "I was on the phone with an attorney patiently trying to figure out how I could get [Pl.'s] juvenile record unsealed."

(*MWATF,* E4, TS 0:06-0:12.) Pl. had not given Def. permission to publish the above-described private information. Def. had not contacted Pl. to request Pl.' permission for access to these confidential records.

52. **Sexual history**: Def. O. LaVoice published details about the conception of Pl.'s son, that it was an accident from a one-night stand with Jane. (*MWATF,* E2, TS 7:12-7:49.) In contrast, Pl. and Jane had actually planned for their child. Def.'s curated, published statements enabled Def.'s characterization of Pl. as being impulsive, manipulative, and had no legitimate public interest.

53. Def. O. LaVoice published the hearsay accusation that Pl. had been sexually molested as a child. (*MWATF,* E3, TS 24:43-24:46.) This had no legitimate public interest.

54. **Private letters**: Def. O. LaVoice published Pl.'s private letters to her, to Lisa Green, to "Jane" on Def.'s social media and or the KGET17 website. [Exs. A, row 55; B, rows 23, 26, 31.] Pl. sent these letters while Pl. was court-declared incompetent and or under PC 2602 orders and or held in acute/higher level mental health treatment. Def. had been on notice of this by being directly informed and or Def./her station had covered relevant court proceedings. Pl. had not granted Def. permission to publish these letters, which have no legitimate public interest that could override Pl.'s right to privacy. **Case**: See Salinger v. Random House, Inc., 811 F.2d 90 (2d Cir. 1987), *cert. denied*, 484 U.S. 890 (1988.)

55. Def. published a male colleague reading Pl.'s private message Pl. wrote to Pl.'s newborn son in his baby book. (*MWATF,* E2, TS 30:57 - 31:37.) Pl. did not grant permission for Def. to publish the private message Pl. wrote to his child and it had no legitimate public interest.

56. **Contacting representation**: In or around 2019, Pl.'s (former) public defender stated to Pl. that "reporter [Def. O. LaVoice] is obsessed with you," that Def. had called Pl.'s legal

team/private investigator around "500" times in around one month's span for information regarding Pl. After around a year of Def. no longer working under a legitimate news company/employer, Def. stated in a TikTok that Def. had contacted Pl.'s new attorney to find out how Pl. was paying this attorney. Def. also stated that "others" had also contacted the attorney who would not answer these others regarding Pl.'s payment. Def. had not explained how she knew of others contacting the attorney. Def. republished the video to Instagram. [Ex. B, rows 24, 25.]

57. **Contacting family/peers**: Def. O LaVoice in *MWATF* tracked down nearly every member of Pl.'s immediate family, and even Pl.'s stepfather's (a man long deceased) family members. One individual barely knew Pl. to such an extent that it "took her a minute to recall [Pl.]" (*MWATF,* E3, TS 17:23-17:28.) Def. communicated about Pl. with "inmates that were on that same cell block [as Pl.] that, um, that found me." (Matthew Cox interview, 02/15/2024, TS 1:17:37-1:17:43.) Def. had not contacted Pl. to participate in *MWATF.*

**PERMISSIONS**

58. **Photos**: Def. KGET17 and Def. O. LaVoice commercially used Pl.'s personal childhood and other photos for/to promote *MWATF*. One of the photos Pl. had bought at a mall photo service and is the sole owner of this photo. Pl. owns the other photo taken for Pl. by Pl.'s cousin in their grandmother's living room. Def. did not follow the chain of permission/ownership in order to commercially use these photos. Pl. had not granted Defs. permission to use, monetize these photos. Pl. did not give Defs. permission to use Pl.'s likeness, voice, name, et al, to create, monetize, promote *MWATF*/any materials about himself or any other individual. **Case**: See Faulkner v. Hasbro, Inc., Civil No: 15-6518 (KSH) (CLW) (D.N.J. Jul. 21, 2016); case of right of publicity.

59. **Interviews:** Pl.'s brother and mother provided Def. O. LaVoice interviews for *MWATF*. Due to Def. at that time being a reporter under a mainstream news station, Pl.'s family reasonably expected Def. to tell Pl.'s side of the story or to at least be neutral. Def. has since that time repeatedly published online that Def.'s intent was actually to publish the story of Y. Peña in *MWATF*. Def. later stated with/upon *MWATF's* release, "I didn't want to give this murderer [Pl.] my time and attention." In the comments of Def.'s other social media posts, Def. stated that Pl. is a "remorseless killer, a monster of a man," and "**I am so thankful that we were able to tell this story the way we felt it needed to be told**." (Emphasis added.) In Facebook comments, Def. stated, "I've wanted to tell Yvette's story for years," that Def. wanted to tell the victims' stories, that she "would never have done" *MWATF* on Pl. alone, and that *MWATF* was for "**taking the narrative away from [Pl.]**" (Emphasis added.) [Exs B, rows 131, 141; C-8a, C-8b, C-8c.] **Case:** See Veilleux v. NBC, 206 F. 3d 92 105 (1st Cir 2000); where an interviewee thought an interview would positively depict himself/his industry. NBC knew this interviewee's expectations, but already intended for the segment to negatively depict that plaintiff/his industry.

60. In or around 01/2017, Def. O. LaVoice conducted an approximate 45–60-minute interview with Pl. in the Kern County Jail. At that time, Pl. was in intensive psychiatric treatment for schizophrenia-type mental illnesses. Pl. previously been committed by court order to Patton DSH (state psychiatric hospital) and had multiple hearings/continuances due to mental illness complications. Def./Def.'s station had covered this case/court proceedings. Pl. was taking hundreds of milligrams multiple times a day of psychotropic, antipsychotic medications. Pl.'s mental health records from that same time notated Pl.'s audio/visual hallucinations, delusions, disorganized thinking, problems regulating moods, self-mutilation/serious self-

harm, other abnormal behaviors. By these symptoms, pursuant to CA Probate Code § 811 Pl. was not/could not have been deemed of legal mental capacity and Defs. should have been prohibited from contracting Pl. to participate in any media/other activities at that time.

61. Despite this, Defs. O. LaVoice/KGET17, unlawfully, improperly had Pl. sign their contract/document to participate in Defs.' recording. Pl. had thought this was for a regular (single) news segment. Pl. was not granting/intending to grant permission for the interview to be used in *MWATF* (released years afterward.) Defs. O. LaVoice, KGET17, other Nexstar stations republished, featured, quoted, transcribed, broadcasted the interview through various articles and social media posts/clips. [Exs. A, B.] Def. O. LaVoice debunked Pl.'s interview claims of various murders, which she acknowledged in her 01/2022 JPay email to Pl., and acknowledged in *MWATF*, "as far as Kern County murders go, there's no murder in our records that matches that." Def. also acknowledged, "this crime overall doesn't fit [Pl.'s] known M.O." (E5, TS 35:59-36:05; 40:12-40:15.) Def. featured/played portions of the interview in *MWATF* E5. Def. discussed the interview and published clips of it, without Pl.'s permission, on *Sword and Scale* (a non-Nexstar production.) (TS 12:26-12:32; 13:01-13:28; 36:23-36:45; 19:03:22 - 19:34; 21:56-22:16.) Def. described Pl.'s interview when she appeared on Matthew Cox's YouTube in 2024. (TS: 1:00:38 - 1:04:03.) Without Pl.'s permission, the interview has since been used by the general public in various social media content about Pl.

62. In TikTok comments, Def. stated of her interview with Pl., "Yes, I will definitely make content about this down the road. My podcast 'The Man with a Thousand Faces' has a lot of info." [Ex. B, row 25, C-4]

63. **Case**: See Wildman v. Berwick Universal Pictures, 803 F supp 1167 (D. Miss. 1992); where Donald Wildman signed a contract for single channel distribution of an interview, but the filmmakers instead used the footage in a film fest.

**INACCURATE COURT/OFFICIAL DOCUMENT REPORTING**

64. **Mental health**: Def. KGET17 published at least seventy-nine materials about Pl.'s extensively, CDCR-expert-tested diagnoses (mental illnesses), that Pl. was found **not malingering**, Pl.'s court-ordered incompetencies, and official court-appointed psychiatrists' findings. [Exs. A, B.] Def. O. LaVoice has had access to this reporting, and as a reporter had access to any public court documents. In contrast, Def. stated, "[Pl.'s] mental health is a complex topic for me." (*MWATF,* E5, TS 24:13-24:16.) Def. published others referring to Pl. as "manipulative," or evil versus mentally ill throughout *MWATF.* Def. stated Pl.'s mental illnesses may be considered "another identity of [Pl.'s]." (*MWATF*, E5, TS 22:36 – 22:38.) Def., in improperly reporting against official/court documents, allegedly thus characterized Pl. as manipulative, evil, as probably not really mentally ill. Def.'s audience responded negatively against Pl. This includes Pl.'s (former) clinician/CSP-COR's (former) mental health supervisor K. (Kristin Kyle-)Maytubby who multiple times engaged with Def. on Def.'s social media. K. Maytubby repeatedly grilled Pl. regarding Y. Peña, referencing the biased, incorrect information (as published/promoted by Def.) K. Maytubby exhibited such a gross negligence of duty over Pl. that CDCR granted an administrative grievance against her, adding it to her permanent record. Higher ranking staff had to override K. Maytubby's inappropriate level of care/treatment orders for Pl. In 12/2022, the CSP-COR Crisis Unit supervisor also engaged with Def. on Def.'s post in support of Pl.'s resentencing hearing. Around a month afterward, Pl. transferred back to CSP-COR and became her inmate patient.

She has withheld appropriate/standard of care from Pl. Around this same time, a licensed clinical social worker (CSP-COR staff) reported CSP-COR's new/then mental health supervisor (T. Sparks) for stating she would not help/treat Pl. because Pl. was "evil"—she had only known of Pl. via Defs.' work.

65. Def. O. LaVoice interviewed a psychologist who had not treated Pl. (*MWATF*, E3, 5:40-5:52, 26:27-27:48; E5, TS 6:18-6:52.) Def. published this psychologist's diagnosis of Pl.'s mental health/state. His statements were opposite to official court reports/findings. Def. did not point out this discrepancy to the audience. He stated Pl., because of Pl.'s mother, had harbored "tremendous rage and desire for revenge" which would "be very primitive—that craving to take life, the amount of rage that would be buried deep down inside of his psyche would be unfathomable," that Pl. "had a lot of years to fantasize" about murder/violence. Def. KGET17 published a clip of the psychologist's interview in the native ad for the episode. [Ex. B, rows 135, 136] Def. O. LaVoice stated for this psychologist's credentials as that he was "world-renowned," had worked on serial killer cases, that he was the face of forensic psychology "as far as network television goes." (E3, TS 4:46-4:48; 5:00-5:04.) In contrast, Def. did not mention the psychologist determined other defendants acted with narcissism and purpose rather than mental illness, which was, as herein alleged, Def.'s own prevailing characterization of Pl. In or around 2014, Def. J. Kotowski even reported on a local case featuring this same psychologist as the prosecution's expert witness. (See Bakersfield Californian, article: "Attorney argues psychologist should not examine accused school shooter;" and article: "Psychologist, defense attorney spar regarding school shooter's state of mind.") The lawyer for that case considered the psychologist "more of a television personality than a doctor" who had spent a "good deal of time" on a "Fox sex-reality show,"

one of the contestants of which had committed suicide. While Def. O. LaVoice had referred to/cited Def. J. Kotowski's other reporting in *MWATF* and or other materials, Def. did not inform her audience about the articles/information. Def. did not publish other licensed medical opinions of Pl.'s psychology/mental state.

**IRREPARABLE HARM/DAMAGES**

66. **19CM-1882:** On or around 04/29/2019, Def. J. Kotowski's article headlined "[Pl.] admitted to killing cellmate." Def. stated in the article that Pl. "admitted to the grisly slaying" of 19CM-1882. Pl. had not made any public or court statements about 19CM-1882 at that time. Def. J. Kotowski graphically detailed the autopsy report in the article. Def. KGET17 promoted the article through a Facebook post. [Exs. A, row 61; B, row 154.]

67. 05/02/2019, Hon. D. Tarter of Kings County Superior Count denied Def. KGET17's request for 19CM-1882's confidential case report citing CA Public Records Act (CPRA); GOV § 6252 (a)(f)(1); Cal. Constitution, Act VI, § 4; CA Rules of Court 10.500 Public access to judicial administrative records. 05/02/2019, Hon. D. Tarter set a hearing date for 05/31/2019, in which "the following interested parties [Def. KGET17] are ordered to show cause regarding the redaction, release and confidential status of the agency reports."

68. On or around 05/24/2019, Interim County Counsel stated that for 19CM-1882 there was a "need to preserve the integrity of evidence and [Pl.'s] due process rights are significant interests sufficient to override the right of public access to the record and supports sealing the record." The Kings County District Attorney's Office requested the Court to "deny KGET News' request to inspect CDCR's Investigative Report and that it seal the record to protect it." Proof of service to Def. KGET17 was filed with the court. Def. KGET17 did not

attend the hearing held for Def. KGET17 to show cause. Def. O. LaVoice disregarded these court proceedings and instead unlawfully obtained information/materials.

69. Sometime in 2019, Def. O. LaVoice came into possession of 19CM-1882 crime scene and investigations photographs stolen from Pl.'s inmate/C-File. One of the photos was of Pl. taken by ISU Officers for/during Pl.'s strip search for 19CM-1882. Def. acknowledged hiding the photos on her phone because, "I'm not supposed to have them for one thing." (*MWATF*, E3, TS 1:49-2:02.) Def. described the photos throughout *MWATF*. (E5, TS 19:37-19:53, 26:42-26:55, 29:53-30:01, E6, TS 6:19-6:59.) Def. also described sharing the leaked photos. (*MWATF*, E6, TS 6:35-6:48.) Def. later described the leaked photos/crime scene during her interview on *Sword and Scale* (TS 06:41-07:28, 7:56-08:33, 8:57-11:07), and in 2024 on Matthew Cox's YouTube. (TS 1:11:30-1:12:12.) *Sword and Scale* advertised its interview with Def. by publicly posting/trading the stolen crime scene and investigation photos on the *Sword and Scale* Instagram and advertised this on its Facebook. *Sword and Scale* staff years later, on Def.'s TikTok video about Pl., thanked Def. for appearing on their show.

70. Def. O. LaVoice emphasized 19CM-1882 occurred on Pl.'s birthday, suggesting during her 2024 Matthew Cox YouTube interview, "[Pl.] got his first cellmate the day it was his birthday. So, I always—I don't know, that, that could mean absolutely nothing. I just—I don't know. It's just always a detail that stuck with me, you know? It was his birthday. He gets a cellmate for the first time, and then, you know, the next day." (TS 1:18:36-1:18:57.) At the suggestion that Pl. was "probably excited" and considered 19CM-1882/a cellmate a "birthday present," Def. stated in agreeance, "Oh, I'm sure, I'm sure, I'm sure." (TS 1:19:08-1:19:15.) Def. made similar remarks in Def.'s interview on *Sword and Scale*, "So

[Cellmate] arrives on March 7th, which just happens to be [Pl.'s] birthday." (TS 05:24-5:32.) Since the time that Def.—known as a reporter—made these statements, Def.'s audience began repeating it on social media as if it were a fact. Def. did not mention in any of her materials or interviews that this cellmate had a CDCR-documented history of unprovoked attacking cellmates, having weapons, violence, resisting officers; Def. KGET17 had published once on his local prison case, to which reporting Def. had access. Def. O. LaVoice had additionally published that the cellmate was "eligible for parole soon." (*MWATF*, TS 22:52-22:54.) That individual's most recent parole had been denied due to his violence against cellmates/inmates and another parole hearing wouldn't be held for at least 10 years, and he could have been deported at that time. Def. did not mention these facts. Def. had access to this documentation because CA parole hearings are public record.

71. Def. J. Kotowski, in a KGET17 01/14/2022 article, reported an estate lawsuit filed over/for L. Romero (deceased of 19CM-1882) having been celled with "psychopath" Pl. "in retaliation" for L. Romero filing a complaint against a sergeant. L. Romero had not filed a complaint against the sergeant. In contrast, Pl. had filed multiple complaints and a § 1983 lawsuit against the sergeant (See 1:19-cv-00554-AWI-EPG, 02/20/2019.) Def. O. LaVoice was aware of this § 1983. Defs. did not report about Pl.'s complaints/§ 1983 in any of their materials. Defs. J. Kotowski/KGET17 stopped repeating the allegation of L. Romero having filed a complaint against the sergeant without issuing a correction.

72. Via a 2022 Marsden hearing, Pl. removed his public defender from 19CM-1882. Def. J. Kotowski reported it as "a move that could potentially result in further delays." Def. had previously stated that Pl. "enjoys the attention" in the courtroom and that Pl. "torments" the victim's family. [Exs. A, rows 18, 20; B, row 45.] In a Facebook post showing Pl.'s

mugshot, Def. O. LaVoice reported it as that "Pl. has a history of firing/attempting to fire court-appointed attorneys, which is just anther thing that delays his trials." [Ex. B, row 28.] Defs. did not mention the public defender's CA Bar disciplinary records, CA Bar Court case/conviction, arrests for repeated drunk driving/DUIs, an alleged drunk driving accident and lying to the responding officer. Defs. had access to these public records. Def. O. LaVoice did not provide her audience with any information on the public defender's private investigator (also removed during the Marsden hearing), a former police officer with the cities of Los Angeles, Visalia. Def. O. LaVoice had questioned/featured the private investigator in *MWATF.* (E6, TS 30:42-30:51.) Def. did not mention where ABC30 had reported in 2009, 2010 the private investigator's own court case. The Visalia Police Department had fired the private investigator over allegations of sexual misconduct involving a minor. ABC30 reported that this was the second such allegation against the private investigator and that prosecution for one of those cases had retrieved text messages between the private investigator and the minor and found some of the texts to be "sexual in nature." (**Article**: "Visalia Officer Accused of Sexual Misconduct Speaks Out;" 2009; ABC30.) Def. had not mentioned the case text for one of the cases noted the private investigator had been dishonest during the department's investigation of the allegations. Def. also had not mentioned her extraordinary interference with this legal team/Pl.'s case, with excessively contacting the private investigator (over "500" times in one month, according to the public defender.) After Def. initiated contact with the private investigator, the private investigator grilled Pl. regarding Y. Peña who had nothing to do with 19CM-1882, but which was a focus for Def. O. LaVoice. Pl. had previously asked this legal team not to speak with Def. O. LaVoice. Pl. was ignored, as evidenced by Def. O. LaVoice

quoting the private investigator in *MWATF*. Such improper behavior, as above described, led/contributed to Pl. filing CA Bar complaints and then to fire/remove this team from 19CM-1882. Pl., at great personal expense, had to hire a private (non-local) counsel without such ties to/with Def. O. LaVoice.

73. **Case:** See Sheppherd v. Maxwell, 384, US 333 (1966); freedom of the press was weighed against the right to a fair trial.

74. During a recorded prison telephone call, Pl. put Def. O. LaVoice on notice that Def. published inaccurate, incorrect, and or untrue information. Def. remained silent and didn't respond to Pl.'s statement. Pl. had still in good faith expected Def. to issue corrections. As above described, Def. has not done this. Def., as herein described, continued/continues to promote *MWATF* and her interview with Pl. as true, accurate. Def. continued/continues to create additional materials based off of her known inaccurate, incorrect, untrue prior work, and has provided allegedly defamatory interviews about Pl. Def. has stated her intentions to continue to publish like this on Pl. going forward. [Ex. C-4]

75. As a direct result of Defs.' unlawful conduct, Pl. suffered damages. Upon Pl. learning the extent of Defs.' alleged hostile, defamatory, inflammatory, untrue/incorrect works/publicity of Pl. and the extreme, hateful reaction from Defs.' audience, Pl. began to suffer severe triggering of his mental health symptoms and PTSD, and other physical/psychological ailments as documented by CDCR medical/mental health professionals. Pl. additionally has, after Def. O. LaVoice's interference with his prior legal team, had to incur the enormous expense of hiring a private counsel for 19CM-1882. Directly resulting from Defs.' above-described reporting on Pl., Pl.'s jury pool—Defs.' local audience—have been posting in the thousands to Defs.' social media with prejudice for the death penalty in 19CM-1882 for Pl.

## V. CAUSES OF ACTION

### FIRST CAUSE OF ACTION: DEFAMATION

76. Pl. realleges and incorporates paragraphs 1-75 as though fully set herein.

77. The actions of Def. O. LaVoice in publishing an Instagram story with Pl.'s mugshot next to the headline of "child murders" being the worst cases she as a reporter has covered, without clarifying this was not Pl.'s charge, causing Pl. to be credibly threatened/confronted by inmates over it, committed libel and slander under CA Civ. Code §§ 45, 46.

78. The actions of Def. J. Kotowski headlining, publishing that Pl. "admitted to the grisly slaying" of 19CM-1882 when Pl. had not made any public/court statements at that time committed libel and slander under CA Civ. Code §§ 45, 46.

79. The actions of Def. O. LaVoice, after Def.'s JPay to Pl. about timelines not matching unsolved murders, and after Def. published in *MWATF* that investigators did not think Pl. had committed these unsolved murders, in persisting until the present to associate Pl. with such unsolved murders, telling her social media audience that "overloaded," "understaffed" investigators had simply not done enough to determine Pl.'s guilt, committed libel and slander under CA Civ. Code §§ 45, 46.

80. The actions/omissions of Def. O. LaVoice, after being put on notice of Marcus Hume's AM7003 ("Billy's") perjury—that he had lied/wanted the transfer Def. helped arrange for in exchange for his interview with Def.—in still including his statements in *MWATF* as true/likely true, enabling Def. to allegedly characterize Pl. as having pre-meditation in 19CM-1882 and putting Pl. at a disadvantage in public/jury pool opinion of Pl., committed libel and slander under CA Civ. Code §§ 45, 46.

81. The actions/omissions of Def. O. LaVoice in curating/publishing the unverified, contradictory statements of Pl.'s estranged ex-wife in a manner that enabled Def. to characterize Pl. as a stalker, a domestic abuser, et al, committed libel and slander under CA Civ. Code §§ 45, 46.

82. The actions/omissions of Def. O. LaVoice, after Def./her employer released dozens of updates on Pl.'s court competency hearings, psychiatric hospitalizations, official/expert-tested diagnoses, court-appointed psychiatric findings, in continuing to question/cast doubt on the validity of Pl.'s mental illnesses, promoting that mental illness was "just another identity of [Pl.'s]," committed libel under CA Civ. Code § 45.

83. The actions of Def. O. LaVoice in repeatedly emphasizing 19CM-1882 occurred on Pl.'s birthday, agreeing that Pl. must have thought this was a "birthday present," contributed to Def.'s alleged characterization of Pl. as evil, a monster, and pre-mediated for 19CM-1882—an open potential death penalty case—which statements were then repeated by some of Def.'s audience as truth, committed libel and slander under CA Civ. Code §§ 45, 46.

84. The actions of Def. KGET17 through its staff in publishing statements on Def.'s official social media posts that Pl. was a "monster," "a monster of a man," "heartless," "a bastard," an "evil bastard," "the poster child for evil," committed libel under CA Civ. Code § 45.

85. The actions of Def. O. LaVoice, after having debunked in *MWATF* and in a JPay Pl.'s claims in their 2017 interview of unsolved murders—an interview that Pl. gave when pursuant to CA Probate Code § 811 Pl. met the criteria for unsound mind, which, as above described, Def./her employer were on notice of these court-declared incompetencies, et al—and Def. then in social media, interviews, and or other materials presented Pl.'s 2017

interview as true/Pl.'s confession committed libel and slander under CA Civ. Code §§ 45, 46.

86. The actions/omissions of Def. O. LaVoice, after Pl. in a prison recorded phone call had put Def. on notice of inaccuracies/untruths in her materials on Pl., in not issuing corrections/retractions and instead promoted/advertised these materials as accurate, true, committed libel and slander under CA Civ. Code §§ 45, 46.

87. The actions of KGET17 in providing the broadcasting infrastructure/corp. support for the above-described materials was grossly negligent, betrayed the public's trust of accurate/true news reporting, and committed libel and slander under CA Civ. Code §§ 45, 46.

88. The actions of Nexstar in providing the broadcasting infrastructure/corp. support for the above-described materials, and or to distribute such materials across any other Nexstar station, was grossly negligent, betrayed the public's trust of accurate/true news reporting, and committed libel and slander under CA Civ. Code §§ 45, 46.

89. In committing the acts alleged herein, Def. O. LaVoice is guilty of oppression, fraud, and/or malice within the meaning of CA Civ. Code § 3294, entitling Pl. to punitive or exemplary damages in an amount appropriate to punish Def. and to make an example of Def. to the community.

90. In committing the acts alleged herein, Def. KGET17 is guilty of oppression, fraud, and/or malice within the meaning of CA Civ. Code § 3294, entitling Pl. to punitive or exemplary damages in an amount appropriate to punish Def. and to make an example of Def. to the community.

91. As set forth above, Pl. was subject to offensive, hostile, ruinous publicity/statements from an abuse of freedom of the press that has created a reputation notorious and horrifying.

Additionally, a reasonable man in Pl.'s circumstances would have considered such publicity offensive, hostile, ruinous, and an abuse of freedom of the press that would result in a reputation notorious and horrifying. Pl. has been irreparably harmed/injured and Defs.' defamation, as above alleged, was a substantial factor in causing Pl.'s harm and injuries.

92. As a direct and legal result of the defamation, Pl. suffered harm and injury that was legally/proximately caused by the actions/omissions of Defs. Said harm and injury includes but is not limited to special/economic damages, general/non-economic damages, litigation costs, future and past damages, and such further relief as shown at the time of Trial and in excess of the minimal jurisdictional of this Court.

**<u>SECOND CAUSE OF ACTION</u>: CAL. CONST. ART. 1, § 1; PRIVACY CLAUSE**

93. Pl. realleges and incorporates paragraphs 1-92 as though fully set herein.

94. The actions of Def. O. LaVoice in publishing about Pl.'s sex-life/son's conception violated Pl.'s right to privacy guaranteed under Cal. Const. Art. 1, § 1.

95. The actions of Def. O. LaVoice in publishing hearsay allegations about Pl. being sexually molested as a child violated Pl.'s right to privacy guaranteed under Cal. Const. Art. 1, § 1.

96. The actions of Def. O. LaVoice in publishing the private message Pl. wrote to Pl.'s son in his son's baby book violated Pl.'s right to privacy guaranteed under Cal. Const. Art. 1, § 1.

97. The actions of Def. O. LaVoice, after no longer working under a legitimate news service, and after acknowledging, "Yes, you are correct! It is not public information," in seeking information from/discussing with her audience about Pl.'s financial status, his family's financial status, asking Pl.'s attorney how Pl. was paying the attorney, and publishing about Pl.'s private life because she "finds it interesting" and that she is "more invested than most" on/about Pl. violated Pl.'s right to privacy guaranteed under Cal. Const. Art. 1, § 1.

98. The actions of Def. O. LaVoice, without Pl.'s permission, in publishing Pl.'s private letters sent to Def., to Lisa Green, to "Jane," which, as Def. was on notice of, were sent when Pl. was court-declared incompetent and or held at elevated mental health care and under PC 2602 orders, violated Pl.'s right to privacy guaranteed under Cal. Const. Art. 1, § 1.

99. The actions of Def. O. LaVoice in using/continuing to use without Pl.'s permission the photos of Pl. that Pl. paid for/owns, and or other personal photos that were not public before Def.'s actions, violated Pl.'s right to privacy guaranteed under Cal. Const. Art. 1, § 1.

100. The actions of Def. KGET17 in using/continuing to use without Pl.'s permission the photos of Pl. that Pl. paid for/owns, and or other personal photos that were not public before Def.'s actions, violated Pl.'s right to privacy guaranteed under Cal. Const. Art. 1, § 1.

101. The actions of Def. O. LaVoice in tracking down various individuals for information on Pl.—inmates, even Pl.'s distant relatives who had so little to do with Pl. that it "took them a minute" to recall Pl., violated Pl.'s right to privacy guaranteed under Cal. Const. Art. 1, § 1.

102. The actions of Def. O. LaVoice, after acknowledging she was not supposed to have 19CM-1882 crime scene and investigative photos/materials stolen from Pl.'s C-File/records—one photo of which was from when ISU strip searched Pl. during investigation, in using/describing the photos throughout *MWATF* and in multiple interviews, to unlawfully share the photos, violated Pl.'s right to privacy guaranteed under Cal. Const. Art. 1, § 1.

103. The actions of KGET17 in providing the broadcasting infrastructure/corp. support for the above-described works was grossly negligent, violated the public's trust for ethical news reporting, and violated Pl.'s right to privacy guaranteed under Cal. Const. Art. 1, § 1.

104. The actions of Nexstar in providing the broadcasting infrastructure/corp. support for the above-described works, and or to distribute such works across any other Nexstar station

was grossly negligent, violated the public's trust for ethical reporting, and violated Pl.'s right to privacy guaranteed under Cal. Const. Art. 1, § 1.

105. As set forth above, Pl. was subject to extreme privacy invasions for commercial interests and or to satisfy Def. O. LaVoice's personal curiosity, which was unduly intrusive, offensive, an abuse of the freedom of the press. Additionally, a reasonable man in Pl.'s circumstances would have considered such privacy invasions as unduly intrusive, offensive, an abuse of the freedom of the press.

106. Pl. has been irreparably harmed/injured and Defs.' privacy invasions, as above alleged, were a substantial factor in causing Pl.'s harm and injuries.

107. As a direct and legal result of these privacy invasions, Pl. suffered harm and injury that was legally/proximately caused by the actions of Defs. Said harm and injury includes but is not limited to special/economic damages, general/non-economic damages, litigation costs, future and past damages, and such further relief as shown at the time of Trial and in excess of the minimal jurisdictional of this Court.

**<u>THIRD CAUSE OF ACTION</u>: CAL. CIV. CODE § 3344; FOR USE OF LIKENESS**

108. Pl. realleges and incorporates paragraphs 1-107 as though fully set herein.

109. The actions of Def. KGET17, without Pl.'s permission, in using/continuing to use Pl.'s likeness, name, voice, photographs, et al, to create, monetize, promote *MWATF* across their platforms is liable to Pl. under Cal. Civ. Code § 3344.

110. The actions of Def. O. LaVoice, without Pl.'s permission, in using/continuing to use Pl.'s likeness, name, voice, photographs, et al, to create, monetize, promote *MWATF* across her platforms is liable to Pl. under Cal. Civ. Code § 3344.

111. The actions of Nexstar in providing the broadcasting infrastructure/corp. support for the above-described works and or distributing such works to any other Nexstar station is liable to Pl. under Cal. Civ. Code § 3344.

112. As set forth above, Pl. was subject to his likeness being commercially used in a work that was highly offensive and irreparably damaging to Pl.'s reputation and was an abuse of the freedom of the press. Additionally, a reasonable man in Pl.'s circumstances would have considered their use of likeness in such a hostile portrayal to be highly offensive and irreparably damaging to their reputation—an abuse of the freedom of the press.

113. Pl. has been irreparably harmed/injured and Defs. commercially using Pl.'s likeness without Pl.'s permission, as above alleged, was a substantial factor in causing Pl.'s harm and injuries.

114. As a direct and legal result of the commercial use of his likeness, Pl. suffered harm and injury that was legally/proximately caused by the actions of Defs. Said harm and injury includes but is not limited to special/economic damages, general/non-economic damages, litigation costs, future and past damages, and such further relief as shown at the time of Trial and in excess of the minimal jurisdictional of this Court.

**<u>FOURTH CAUSE OF ACTION</u>: CA CIV. CODE § 56.36 (3)(A); USE OF MEDICAL INFORMATION FOR FINANCIAL GAIN**

115. Pl. realleges and incorporates paragraphs 1-114 as though fully set herein.

116. The actions of Def. O. LaVoice, after acknowledging being informed by Pl.'s attorneys about medical privacy laws (*MWATF*, <u>E3, TS 31:17-31:26</u>), in willingly, knowingly, unlawfully publishing Pl.'s private medical record information for commercial/financial

gain purposes in *MWATF* (E3, TS 30:42-31:07), and or any other materials, is liable to Pl. under CA Civ. Code § 56.36 (3)(A).

117. The actions of Def. KGET17 in providing the broadcasting infrastructure/corp. support for the above-described materials is liable to Pl. under CA Civ. Code § 56.36 (3)(A).

118. The actions of Def. Nexstar in providing the broadcasting infrastructure/corp. support for the above-described materials and or distributing it to any other Nexstar station is liable to Pl. under CA Civ. Code § 56.36 (3)(A).

119. As set forth above, Pl. was subject to his private medical records/information being unlawfully used commercially/for financial gain, which was offensive, intrusive, outrageous and an abuse of the freedom of the press. Additionally, a reasonable man in Pl.'s circumstances would have considered such actions as offensive, intrusive, outrageous, an abuse of the freedom of the press.

120. Pl. has been irreparably harmed/injured and Defs. commercially/for financial gain unlawfully publishing Pl.'s private medical information, as above alleged, was a substantial factor in causing Pl.'s harm and injuries.

121. As a direct and legal result of this unlawful disclosure of private medical information, Pl. suffered harm and injury that was legally/proximately caused by the actions of Defs. Said harm and injury includes but is not limited to special/economic damages, general/non-economic damages, litigation costs, future and past damages, and such further relief as shown at the time of Trial and in excess of the minimal jurisdictional of this Court.

**FIFTH CAUSE OF ACTION: RESTAT. (SEC.) OF TORTS § 652(E); FOR FALSE LIGHT PLACEMENT**

122. Pl. realleges and incorporates paragraphs 1-121 as though fully set herein.

123. The actions of Def. O. LaVoice, despite in earlier works stating she had reached out to Pl. seeking response, and had previously sent Pl. a JPay seeking Pl.'s reply, in multiple times presenting Pl.'s letters to her as unexpected/unprompted pursuit/interest, and then also stating in 2024 that she "never did write" Pl., allegedly leading her audience to falsely believe/comment that Pl. wanted Def. to be his love interest/Harley Quinn—with Def. agreeing with such statements—committed false light placement under Restat. (Sec.) of Torts § 652(E).

124. The actions of Def. O. LaVoice in curating, publishing, annotating single-source, pseudonymous interviews, without questioning contradictions, which enabled Def. to allegedly characterize Pl. as "evil," "calculated," "manipulative," "revengeful," obsessive, a stalker, a child abuser, homicidal, pre-meditated for 19CM-1882, and which riled up Def.'s audience to threaten Pl. with torture/death, doxed his family, and some CDCR listeners to withhold Pl.'s treatments/care, committed false light placement under Restat. (Sec.) of Torts § 652(E).

125. The actions of Def. KGET17 in publishing headlines/content with inflammatory naming of Pl. as "notorious,'' "convicted murderer," or the similar, but referenced alleged victims neutrally as "cellmate," "inmate," "man," or by their legal name, and in these same materials detailing Pl.'s charges/history as "grisly," "gruesome," while omitting/neutrally referencing alleged victims' charges committed false light placement under Restat. (Sec.) of Torts § 652(E).

126. The actions of Def. J. Kotowski in publishing headlines/content with inflammatory naming of Pl. as "notorious,'' "convicted murderer," or the similar, but referenced alleged victims neutrally as "cellmate," "inmate," "man," or by their legal name, and in these same

materials detailing Pl.'s charges/history as "grisly," "gruesome," while omitting/neutrally referencing alleged victims' charges committed false light placement under Restat. (Sec.) of Torts § 652(E).

127. The actions of Def. Nexstar in providing the broadcasting infrastructure/corp. support for the above-described works and or distributing such works to any other Nexstar station was grossly negligent, betrayed the public's trust for accurate/unbiased news, committed false light placement under Restat. (Sec.) of Torts § 652(E).

128. In committing the acts alleged herein, Def. O. LaVoice is guilty of oppression, fraud, and/or malice within the meaning of CA Civ. Code § 3294, entitling Pl. to punitive or exemplary damages in an amount appropriate to punish Def. and to make an example of Def. to the community.

129. In committing the acts alleged herein, Def. KGET17 is guilty of oppression, fraud, and/or malice within the meaning of CA Civ. Code § 3294, entitling Pl. to punitive or exemplary damages in an amount appropriate to punish Def. and to make an example of Def. to the community.

130. As set forth above, Pl. was subject to false light placement that has resulted in a reviled, irreparably besmirched reputation, which arose from an abuse of the freedom of the press. Additionally, a reasonable man in Pl.'s circumstances would have considered such false light placement would result in a reviled, irreparably besmirched reputation, as arising from an abuse of the freedom of the press.

131. Pl. has been irreparably harmed/injured and Defs. putting Pl. in a false light placement, as above alleged, was a substantial factor in causing Pl.'s harm and injuries.

132. As a direct and legal result of this false light placement, Pl. suffered harm and injury that was legally/proximately caused by the actions of Defs. Said harm and injury includes but is not limited to special/economic damages, general/non-economic damages, litigation costs, future and past damages, and such further relief as shown at the time of Trial and in excess of the minimal jurisdictional of this Court.

**SIXTH CAUSE OF ACTION: CA PEN. CODE § 496; FOR KNOWINGLY RECEIVING STOLEN MATERIAL**

133. Pl. realleges and incorporates paragraphs 1-132 as though fully set herein.

134. Def. O. LaVoice, after acknowledging in *MWATF* that she was "not supposed to have them for one thing," and after Kings County Superior Court held 19CM-1882 materials as confidential/sealed, and that Def./her station had not even bothered to attend the special hearing held to show cause for access to such (redacted) materials and instead had unlawfully accessed such (unredacted) materials, Def. in unlawfully using 19CM-1882 crime scene and investigation photos/materials (stolen out of Pl.'s inmate C-File/records) in order to create/name, monetize, and promote *MWATF*, and had described these photos throughout *MWATF*, interviews and or other works, is liable to Pl. under CA Pen. Code § 496.

135. Def. KGET17 in providing the broadcasting infrastructure/corp. support for the above-described stolen materials is liable to Pl. under CA Pen. Code § 496.

136. Def. Nexstar, in providing the broadcasting infrastructure/corp. support for the above-described stolen materials and or distributing it to any other Nexstar station is liable to Pl. under CA Pen. Code § 496.

137. In committing the acts alleged herein, Def. O. LaVoice is guilty of oppression, fraud, and/or malice within the meaning of CA Civ. Code § 3294, entitling Pl. to punitive or exemplary damages in an amount appropriate to punish Def. and to make an example of Def. to the community.

138. In committing the acts alleged herein, Def. KGET17 is guilty of oppression, fraud, and/or malice within the meaning of CA Civ. Code § 3294, entitling Pl.to punitive or exemplary damages in an amount appropriate to punish Def. and to make an example of Def. to the community.

139. As set forth above, Pl. was subject to Defs. commercially using stolen, confidential/sealed materials from 19CM-1882—a potential death penalty case—which jeopardizes Pl.'s right to a fair trial/tribunal, otherwise guaranteed to Pl. under the U.S. Constitution. Additionally, Kings County Superior Court/Kings County District Attorney had recognized "[Pl.'s] due process rights are significant interests sufficient to override the right of public access to the record."

140. Pl. has been irreparably harmed/injured and Defs. commercially using confidential 19CM-1882 materials stolen from Pl.'s C-File/records, as above alleged, was a substantial factor in causing Pl.'s harm and injuries.

141. As a direct and legal result of these unlawful actions, Pl. suffered harm and injury that was legally/proximately caused by the actions of Defs. Said harm and injury includes but is not limited to special/economic damages, general/non-economic damages, litigation costs, future and past damages, and such further relief as shown at the time of Trial and in excess of the minimal jurisdictional of this Court.

**<u>SEVENTH CAUSE OF ACTION</u>: CIVIL HARASSMENT**

142. Pl. realleges and incorporates paragraphs 1-141 as though fully set herein

143. The actions of Def. O. LaVoice, after leaving legitimate news companies/work, in persisting to contact Pl.'s former and current legal team with questions regarding Pl.'s private life, his legal payments, debating with her audience who Pl. "has in his life" now, in continuing to publish as if still a mainstream news reporter on Pl. because she "finds it interesting" and is "more invested than most," committed civil harassment.

144. The actions of Def. O. LaVoice, after acknowledging in *MWATF,* and in a JPay, that Pl. was not likely responsible for the unsolved murders she had been allegedly attempting to associate with Pl., and then persisting across interviews, social media, et al, that Pl. is likely responsible and or investigators were simply too "overloaded," "understaffed" to determine Pl.'s guilt committed civil harassment.

145. The actions of Def. O. LaVoice in tracking down inmates, various individuals, Pl.'s family, even step-relatives so distant they could not immediately recall Pl., to get information on Pl. committed civil harassment.

146. The actions of Def. O. LaVoice, after her friend D. Gonzales had gotten in trouble with CDCR for publishing information about Pl./Pl.'s family and 19CM-1882 (to/on Def.'s social media) against CDCR policies, in then publishing KGET17's/D. Gonzales photo and update on Pl. to Def.'s social media on behalf of D. Gonzales, which D. Gonzales then thanked her for in the comments, committed civil harassment.

147. The actions of Def. O. LaVoice, in posting, with or without others, to Danielle Kirsty's empathetic video of Pl. (which had credited Def.) under the alleged guise of copyright infringement and not doing the same to content creators who allegedly presented Pl. as being evil or a monster (and had not credited Def.), for the alleged purpose of

controlling/promoting a negative narrative/public perception of Pl. committed civil harassment.

148. The actions of Def. O. LaVoice in interfering to such an extent in Pl.'s 19CM-1882 case with calling/contacting Pl.'s former legal team, around "500" times in one month, contacting inmates/inmates' families, and or others, in seeking information about Pl. committed civil harassment.

149. As set forth above, Pl. was subject to civil harassment which created an environment that was harassing, pervasive, intrusive, an abuse of the freedom of the press. Additionally, a reasonable man in Pl.'s circumstances would have considered Def.'s actions as harassing, pervasive, intrusive, an abuse of the freedom of the press.

150. Pl. has been irreparably harmed/injured and Def. O. LaVoice's civil harassment of Pl., as above alleged, was a substantial factor in causing Pl.'s harm and injuries.

151. As a direct and legal result of these unlawful and or improper actions, Pl. suffered harm and injury that was legally/proximately caused by the actions of Def. Said harm and injury includes but is not limited to lawyer costs, special/economic damages, general/non-economic damages, litigation costs, future and past damages, and such further relief as shown at the time of Trial and in excess of the minimal jurisdictional of this Court.

**<u>EIGHTH CAUSE OF ACTION</u>: CA CIV. CODE § 39; FOR RECISSION OF CONTRACT MADE WITH A PERSON OF UNSOUND MIND**

152. Pl. realleges and incorporates paragraphs 1-151 as though fully set herein

153. The actions of Def. O. LaVoice, after Def./her station reported on Pl.'s court case with Pl.'s court-ordered psychiatric hospitalization and multiple sanity/mental health evaluation hearings, and when Pl. per his mental health records, et al, did not meet the criteria listed

under CA Probate Code § 811 to be deemed of legal/sound mind, in still contracting Pl. for a media interview, which Def./her employer then distributed in various manners across various platforms/stations, and which was even used in a non-Nexstar production (*Sword and Scale*), without Pl.'s permission, is subject to recission under CA Civ. Code § 39.

154. The actions of Def. KGET17, after Def./its staff reported on Pl.'s court case with Pl.'s court-ordered psychiatric hospitalization and multiple sanity/mental health evaluation hearings, and when Pl. per his mental health records, et al, did not meet the criteria listed under CA Probate Code § 811 to be deemed of legal/sound mind, in directly, or through Def.'s staff, still contracting Pl. for a media interview, which Def./its staff then distributed in various manners across various platforms/stations, and which was even used in a non-Nexstar production (*Sword and Scale*), without Pl.'s permission, is subject to recission under CA Civ. Code § 39.

155. Def. Nexstar, in providing the broadcasting infrastructure/corp. support for the above-described materials and or distributing it to any other Nexstar station is subject to recission under CA Civ. Code § 39.

156. In committing the acts alleged herein, Def. O. LaVoice is guilty of oppression, fraud, and/or malice within the meaning of CA Civ. Code § 3294, entitling Pl. to punitive or exemplary damages in an amount appropriate to punish Def. and to make an example of Def. to the community.

157. In committing the acts alleged herein, Def. KGET17 is guilty of oppression, fraud, and/or malice within the meaning of CA Civ. Code § 3294, entitling Pl. to punitive or exemplary damages in an amount appropriate to punish Def. and to make an example of Def. to the community.

158. As set forth above, Defs. O. LaVoice and or KGET17 commercially/for financial gain contracted Pl. when Defs. had good reason via court et al reporting on Pl.'s psychiatric hospitalizations/court-ordered incompetencies/mental health evaluations, to doubt Pl. being of sound mind, which a reasonable person would have found such actions as predatory, opportunistic, unethical, manipulative.

159. Pl. has been irreparably harmed/injured and Defs.' unethical, unlawful contracting of Pl., as above alleged, was a substantial factor in causing Pl.'s harm and injuries.

160. As a direct and legal result of Defs.' unethical, unlawful contract, Pl. suffered harm and injury that was legally/proximately caused by the actions/omissions of Defs. Said harm and injury includes but is not limited to special/economic damages, general/non-economic damages, litigation costs, future and past damages, and such further relief as shown at the time of Trial and in excess of the minimal jurisdictional of this Court.

## VI. PRAYER FOR RELIEF

WHEREFORE, Pl. respectfully requests that the Court grant the following relief:

**A. Issue declaratory judgement statements:**

161. Declare Def. O. LaVoice for publishing Pl.'s mugshot next to the headline of "child murders" being the worse cases committed libel, slander under CA Civ. Code §§ 45, 46.

162. Declare Def. J. Kotowski in publishing that Pl. admitted to 19CM-1882 when Pl. had not made any public/court statements committed libel, slander under CA Civ. Code §§ 45, 46.

163. Declare Def. O. LaVoice, after acknowledging it was unlikely Pl. was responsible for the unsolved murders, but then publishing investigators had not done enough to determine Pl.'s guilt committed libel, slander under CA Civ. Code §§ 45, 46.

164. Declare O. LaVoice, after acknowledging/being put on notice of Marcus Hume's ("Billy's") perjury, in still including his interview in *MWATF*, which enabled her alleged characterization of Pl. as "evil," "manipulative," "calculated," pre-meditated for 19CM-1882, et al, committed libel and slander under CA Civ. Code §§ 45, 46.

165. Declare O. LaVoice in curating and publishing unverified, contradictory statements of Pl.'s estranged ex-wife in a manner that enabled Def.'s alleged characterization of Pl. as evil, a stalker, an abuser, et al, committed libel and slander under CA Civ. Code §§ 45, 46.

166. Declare O. LaVoice in curating and publishing statements against/opposite of court documents/findings, that cast doubt on the validity of Pl.'s mental illnesses and or that mental illness was "another identity of [Pl.'s], committed libel and slander under CA Civ. Code §§ 45, 46.

167. Declare Def. O. LaVoice in repeatedly emphasizing that 19CM-1882 occurred on Pl.'s birthday and agreeing that Pl. considered this as a "birthday present" committed libel and slander under CA Civ. Code §§ 45, 46.

168. Declare Def. KGET17 through its staff in publishing statements on their official materials as that Pl. is a "monster," a "bastard," is "evil," committed libel under CA Civ. Code § 45.

169. Declare Def. O. LaVoice, after debunking Pl.'s claims from her 2017 interview, but then in promoting/treating the interview as Pl.'s confession/true committed libel and slander under CA Civ. Code §§ 45, 46.

170. Declare Def. O. LaVoice after Pl. in a recorded prison phone call put Def. on notice of the untruths and incorrect statements throughout her work on Pl. had never issued any correction or retraction and instead continued/continues to promote such materials as truth/accurate committed libel and slander under CA Civ. Code §§ 45, 46.

171. Declare Def. O. LaVoice in publishing details about Pl.'s sex-life/conception of Pl.'s son violated Pl.'s right to privacy guaranteed under Cal. Const. Art 1, § 1.

172. Declare Def. O. LaVoice in publishing hearsay allegations that Pl. was molested as a child violated Pl.'s right to privacy guaranteed under Cal. Const. Art 1, § 1.

173. Declare Def. O. LaVoice in publishing without permission Pl.'s private message in Pl.'s son's baby book was in violation of The Copyright Act (1976) and violated Pl.'s right to privacy guaranteed under Cal. Const. Art 1, § 1.

174. Declare Def. O. LaVoice, when having acknowledged it wasn't her right to know, in contacting Pl.'s attorney to ask how the attorney was being paid, discussing with Def.'s audience the attorney payment and Pl.'s/his family's financial status because she "finds it interesting" and was "more invested than most," violated Pl.'s right to privacy guaranteed under Cal. Const. Art 1, § 1.

175. Declare Def. O. LaVoice in publishing Pl.'s private letters to Def. and Lisa Green and Jane was in violation of The Copyright Act (1976) and violated Pl.'s right to privacy guaranteed under Cal. Const. Art 1, § 1.

176. Declare Def. O. LaVoice in commercially using without Pl.'s permission Pl.'s private photos that Pl. owns and or other private photos of Pl. was in violation of The Copyright Act (1976) and violated Pl.'s right to privacy guaranteed under Cal. Const. Art 1, § 1.

177. Declare Def. KGET17 in commercially using without Pl.'s permission Pl.'s private photos that Pl. owns and or other private photos of Pl. was in violation of The Copyright Act (1976) and violated Pl.'s right to privacy guaranteed under Cal. Const. Art 1, § 1.

178. Declare Def. O. LaVoice in tracking down various individuals, even Pl.'s distant step-relatives, in order to get more information on Pl. violated Pl.'s right to privacy guaranteed under Cal. Const. Art 1, § 1.

179. Declare Def. O. LaVoice in using/describing/sharing in any manner, when knowing such materials were unlawfully stolen, 19CM-1882 crime scene and investigation photos—including the photo of Pl. during a strip search by ISU Officers—violated Pl.'s right to privacy guaranteed under Cal. Const. Art 1, § 1.

180. Declare the actions of Def. KGET17, without Pl.'s permission, in using Pl.'s likeness, voice, name, et al, to create, monetize, promote *MWATF* as liable under § 3344.

181. Declare the actions of Def. O. LaVoice, without Pl.'s permission, in using Pl.'s likeness, voice, name, et al, to create, monetize, promote *MWATF* as liable under § 3344.

182. Declare O. LaVoice, after stating Pl.'s former attorneys put her on notice that medical privacy laws prohibited her from accessing Pl.'s private medical records, in then commercially publishing statements disclosing the contents of Pl.'s medical records as liable to Pl. under CA Civ. Code § 56.3.

183. Declare Def. O. LaVoice, after stating in *MWATF* that she had written Pl. seeking a response, and then sending Pl. a JPay seeking a response, then in later publishing Pl.'s letters as if unexpected/unprompted pursuit and encouraging her audience to think Pl. considered/wanted Def. to be Pl.'s Harley Quinn/love interest committed false light placement under Restat. (Sec.) of Torts § 652(E).

184. Declare Def. O. LaVoice, after Pl. put Def. on notice of untrue/incorrect statements/details, after Def. acknowledged in a recorded prison phone call that Billy committed perjury/told

Def. lies to allegedly get a prison transfer, in promoting *MWATF* as true, accurate, unbiased information on Pl. committed false light placement under Restat. (Sec.) of Torts § 652(E).

185. Declare Def. KGET17 in headlining/describing Pl. with inflammatory names when neutrally referring to alleged victims, and detailing/sensationalizing Pl.'s charges when for alleged victims either omitting or neutrally referencing their official charges committed false light placement under Restat. (Sec.) of Torts § 652(E).

186. Declare Def. J. Kotowski in headlining/describing Pl. with inflammatory names when neutrally referring to alleged victims, and detailing/sensationalizing Pl.'s charges when for alleged victims either omitting or neutrally referencing their official charges committed false light placement under Restat. (Sec.) of Torts § 652(E).

187. Declare Def. O. LaVoice, after Kings County Superior Court held 19CM-1882 materials as confidential, and when Def. had acknowledged **"I'm not supposed to have them,"** in receiving 19CM-1882 crime and investigation photos stolen out of Pl.'s C-File/records and then using these materials in any manner in *MWATF,* and or any other works, even admittedly using these photos to name *MWATF* and an episode, is liable to Pl. under CA PC § 496.

188. Declare Def. O. LaVoice, after Def./her station reported on Pl.'s court case/psychiatric hospitalizations, and Pl. per his mental health records, et al, at that time did not meet the criteria listed under CA Probate Code § 811 in order for Pl. to be deemed of legal/sound mind, in still contracting Pl. for a media interview, which Def./her employer then distributed in various manners across various platforms/stations, and which was even used in a non-Nexstar production (*Sword and Scale*), without Pl.'s permission, is liable to Pl./for recission under CA Civ. Code § 39.

189. Declare Def. KGET17, after its staff reported on Pl.'s court case/psychiatric hospitalizations, and Pl. per his mental health records, et al, at that time did not meet the criteria listed under CA Probate Code § 811 in order for Pl. to be deemed of legal/sound mind, directly or through its staff still contracting Pl. for a media interview, which Def./its staff then distributed in various manners across various platforms/stations, and which was even used in a non-Nexstar production (*Sword and Scale*), without Pl.'s permission, is liable to Pl./for recission under CA Civ. Code § 39.

190. Declare KGET17 in providing the broadcasting infrastructure/corp. support for the above-described materials and or distributing such materials to any of Def. KGET17's platforms committed libel and slander under CA Civ. Code §§ 45, 46; violated Pl.'s right to privacy guaranteed under Cal. Const. Art 1, § 1; is liable to Pl. under CA Pen. Code § 496; is liable to Pl. under § 3344; is liable to Pl. under CA Civ. Code § 56.3; committed false light placement under Restat. (Sec.) of Torts § 652(E.)

191. Declare Nexstar in providing the broadcasting infrastructure/corp. support for the above-described materials and or distributing such materials to any Nexstar station committed libel and slander under CA Civ. Code §§ 45, 46; violated Pl.'s right to privacy guaranteed under Cal. Const. Art 1, § 1; is liable to Pl. under CA Pen. Code § 496; is liable to Pl. under § 3344; is liable to Pl. under CA Civ. Code § 56.3; committed false light placement under Restat. (Sec.) of Torts § 652(E), is liable to Pl./for recission under CA Civ. Code § 39.

192. Declare Def. O. LaVoice in persisting to independently investigate/research and publish about Pl., especially about Pl.'s private life, and telling her audience she is "VERY curious" to know who Pl. currently has in his life, discussing Pl.'s/Pl.'s family's financial

status with her audience, and this because she "finds it interesting" and is "more invested than most" committed civil harassment.

193. Declare Def. O. LaVoice, after telling Pl. in a JPay that she thought it was unlikely, and admitting in MWATF that investigators thought it unlikely, to persist in publishing/promoting to her audience that Pl. had committed unsolved murders committed civil harassment.

194. Declare Def. O. LaVoice in tracking down various individuals, even Pl.'s distant step-relatives, for information on Pl. committed civil harassment.

195. Declare Def. O. LaVoice in publishing materials about Pl. that her friend D. Gonzales had gotten in trouble for/was prohibited by her employer CDCR to publish pursuant to CDCR policies, with D. Gonzales in the comments then thanking Def. for publishing this material committed civil harassment.

196. Declare Def. O. LaVoice in confronting empathetic portrayals of Pl. that had credited her work as if there had been copyright infringement, but not confronting other materials with a hostile portrayal of Pl. that were allegedly copyright infringements/had not credited Def. but which had allegedly helped Def. maintain the negative narrative of Pl. committed civil harassment.

197. Declare Def. O. LaVoice in contacting Pl.'s prior legal team so frequently, calling over "500" times, and engaging with that team so closely that it contributed to Pl. contacting the CA Bar and firing that team committed civil harassment.

198. Declare Def. O. LaVoice, after leaving legitimate news companies/work, in continuing to contact Pl.'s former legal team for information and also contacting Pl.'s new legal team to

ask how that lawyer was being paid, and or any other private information on Pl., committed civil harassment.

**B. Issue compensatory damages:**

a. For compensatory damages in an amount to be proven at Trial.

b. For all punitive damages in an amount appropriate to punish the Def. and make an example of the Def. to the community.

c. For any additional general and or specific, consequential and or incidental damages in an amount to be proven at Trial.

d. For all nominal damages.

e. For all interests, where/as permitted by law.

**C. Issue injunction orders to:**

199. Order Defs. to remove and destroy any materials that refer to, describe, use in any manner 19CM-1882 crime scene and investigation photographs or information.

200. Order Defs. to contact any creator/publisher that has used Defs.' works that refer to, describe, use in any manner 19CM-1882 crime scene and investigation photos/information to remove/destroy such materials.

201. Order Defs. to remove and destroy all materials found in violation of the above cited statutes from all platforms, including any web archives of such materials (e.g. Wayback Machine.)

202. Order Defs. to remove and destroy any native advertising materials from all platforms and to work with the FTC regarding any materials found by this Court to be native advertisements/FTC violations.

203. Order Defs. to issue an apology to Pl. across all platforms at peak hours with an explanation to their audiences about this complaint, their found violations, and which is not to be deleted.

204. Order Defs. to remove all threatening posts/insults by KGET17 staff against/about Pl. from all KGET17/Nexstar materials.

205. Order Defs. to remove all doxing, threatening/violence-inciting audience comments made against Pl. and or his family from their platforms or delete posts/materials where such comments number too many to execute order in a timely manner.

206. Prohibit Defs. from using Pl.'s likeness to sell/promote any materials.

207. Prohibit Defs. from publishing, reproducing, or sharing in any manner Pl.'s personal letters/arts, and to return all such letters/arts to Pl.

208. Order Defs. to remove, destroy any materials or reproductions published of/on Pl.'s personal letters/arts.

209. Order recission of Pl.' 2017 interview/any such contract(s) between Defs. and Pl.

210. Prohibit Defs. from using in any manner the 2017 interview with Pl. that had been recorded without the proper authorization/permissions pursuant to state codes and pull any manner of this material from all platforms, destroy existing copies/formats, including transcriptions.

211. Order Defs. to contact/have any creator/publisher using any materials (with or without Defs.' permission) from that 2017 interview to remove/destroy this content.

212. Order Defs. to contact/have any creator/publisher using any of Defs.' materials (with or without Defs.' permission) found by this Court in violation of the above-cited statutes to remove/destroy this content.

213. Order Def. KGET17 to contact RTDNA regarding their Edward R. Murrow award for *MWATF* and provide RTDNA with a copy of this complaint/ruling, and provide proof of service and any response from RTDNA to Pl.

214. Issue a TRO and or gag order against Def. O. LaVoice, prohibiting her publishing on/about Pl. to prevent further disadvantage/damage to 19CM-1882, to prevent any further civil harassment, including on behalf of Def.'s friend D. Gonzales.

215. Order Def. O. LaVoice to provide a copy of this complaint to any publisher/media company whensoever Def. seeks to publish, interview, or create in any manner material with Pl. as the topic/subject before that effort begins, to put the publisher/media on notice of Def.'s above-described prejudice, hostility towards Pl.

**D. GRANT any such other relief as may appear that Pl. is entitled.**

## DEMAND FOR JURY TRIAL

Pl. demands a trial by jury on all issues triable by jury.

Respectfully submitted on September 17, 2024,

p.p. Jamie Osuna, CDCR # BD0868

PO Box 3476/CSP-COR

Corcoran, CA 93212

EXHIBIT A

EX. 1

J. OSUNA V. O. LAVOICE, ET AL

| Row | KGET Website Address | Has WebArchive | Title | Author | Date | Inciting Headline | Inciting Names in | Native Ad | Mental Health | 2017 Interview | Neutral Alleged |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | https://www.kget.com/news/crime-watch/murderer-osuna-resentenced-for-kern-county-slaying/ | x | Murderer Osuna resentenced for Kern County slaying | Def. J. Kotowski | 12/13/23 | x | x | | x | | x |
| 2 | https://www.kget.com/news/crime-watch/osuna-spit-on-officer-before-mondays-hearing-cdcr/ | x | Osuna spit on officer before Monday's hearing: CDCR | Def. J. Kotowski | 12/05/23 | | x | | | | x |
| 3 | https://www.kget.com/news/crime-watch/death-Peñalty-conference-to-be-held-regarding-osuna/ | x | 'Death Peñalty conference' to be held regarding Osuna | Def. J. Kotowski | 12/04/23 | | x | | | | x |
| 4 | https://www.kget.com/news/crime-watch/osuna-attorney-assigns-investigator-seeking-co-counsel/ | x | Osuna attorney assigns investigator, seeking co-counsel | Def. J. Kotowski | 10/18/23 | | x | | x | | x |
| 5 | https://www.kget.com/telemundo/nuestra-comunidad/de-camino-a-la-corte-jamie-osuna-el-hombre-de-las-mil-caras-parte-3/ | x | De Camino a la Corte, Jamie Osuna, "El Hombre de las Mil Caras" Parte 3 | A. Hernández | 09/05/23 | x | x | x | x | x | x |
| 6 | https://www.kget.com/telemundo/nuestra-comunidad/de-camino-a-la-corte-jamie-osuna-el-hombre-de-las-mil-caras/ | x | De Camino a la Corte, Jamie Osuna, El Hombre de las Mil Caras Parte 1 | A. Hernández | 09/01/23 | x | x | x | x | x | x |
| 7 | https://www.kget.com/telemundo/nuestra-comunidad/de-camino-a-la-corte-jamie-osuna-el-hombre-de-las-mil-caras-parte-2/ | x | De Camino a la Corte, Jamie Osuna, El Hombre de las Mil Caras Parte 2 | A. Hernández | 09/01/23 | x | x | x | | x | x |
| 8 | https://www.kget.com/news/crime-watch/tentative-preliminary-hearing-date-set-for-osuna-in-grisly-killing-of-cellmate/ | x | Tentative preliminary hearing date set for Osuna in grisly killing of cellmate | Def. J. Kotowski | 02/15/23 | | x | x | | | x |
| 9 | https://www.kget.com/news/crime-watch/how-the-hell-did-this-happen-osuna-attorney-says-more-information-coming-in-prison-slaying/ | x | 'How the hell did this happen?': Osuna attorney says more information coming in prison slaying | Def. J. Kotowski | 12/15/22 | | | x | | | x |
| 10 | https://www.kget.com/news/crime-watch/osuna-attempting-to-hire-private-attorney-to-represent-him-in-corcoran-prison-slaying/ | x | Osuna attempting to hire private attorney to represent him in Corcoran prison slaying | Def. J. Kotowski | 11/09/22 | | x | x | x | | x |
| 11 | https://www.kget.com/news/local-news/week-in-review-the-biggest-stories-in-kern-county-oct-1-2022/ | x | Week in Review: Opioids in schools, inflation relief checks and more | M. Salzano | 10/01/22 | | x | x | x | | x |
| 12 | https://www.kget.com/news/crime-watch/judge-rules-osuna-competent-criminal-proceedings-reinstated/ | x | Judge rules Osuna competent, criminal proceedings reinstated | Def. J. Kotowski | 09/28/22 | | | x | x | | x |
| 13 | https://www.kget.com/telemundo/noticias/resumen-sobre-caso-de-jamie-osuna/ | x | Resumen sobre caso de Jamie Osuna | Eric Jiménez | 08/14/22 | | x | x | x | x | x |
| 14 | https://www.kget.com/telemundo/noticias/la-historia-detras-de-jamie-osuna-y-sus-crimenes/ | x | La historia detrás de Jamie Osuna y sus crímenes | Eric Jiménez | 08/14/22 | | x | x | x | x | x |
| 15 | https://www.kget.com/news/crime-watch/jamie-osuna-torture-murder-kern-prison/ | x | Osuna proceedings remain suspended as defense expert requested | Def. J. Kotowski | 07/22/22 | | x | x | x | | x |
| 16 | https://www.kget.com/podcast/17-news-sunrise-7-22-2022/ | x | 17 News @ Sunrise 7/22/2022 | J. Valenzuela | 07/22/22 | | x | | | | x |
| 17 | https://www.kget.com/news/crime-watch/the-grisly-crimes-of-the-man-with-a-thousand-faces-2/ | x | The grisly crimes of 'the man with a thousand faces' | Def. J. Kotowski | 06/30/22 | x | | x | x | x | x |
| 18 | https://www.kget.com/news/crime-watch/the-grisly-crimes-of-the-man-with-a-thousand-faces/ | x | The grisly crimes of 'the man with a thousand faces' | Def. J. Kotowski | 06/28/22 | x | | x | x | x | x |
| 19 | https://www.kget.com/podcast/17-news-sunrise-6-3-2022/ | x | 17 News @ Sunrise 6/3/2022 | J. Valenzuela | 06/03/22 | | x | x | x | | x |
| 20 | https://www.kget.com/news/crime-watch/osuna-fires-attorneys-in-prison-torture-slaying/ | x | osuna fires attorneys in prison torture-slaying/ | Def. J. Kotowski | 06/03/22 | | x | x | x | | x |
| 21 | https://www.kget.com/news/crime-watch/osuna-refuses-to-attend-court-hearing-postponed/ | x | Osuna refuses to attend court, hearing postponed | Def. J. Kotowski | 03/21/22 | | x | x | x | | x |
| 22 | https://www.kget.com/podcast/17-news-sunrise-1-25-2022/ | | 17 News @ Sunrise 1/25/2022 | J. Valenzuela | 01/25/22 | | x | x | x | | x |
| 23 | https://www.kget.com/news/crime-watch/osuna-hearing-postponed-to-march/ | x | Osuna hearing postponed to March | Def. J. Kotowski | 01/24/22 | | | x | x | | x |
| 24 | https://www.kget.com/podcast/17-news-sunrise-1-24-2022/ | | 17 News @ Sunrise 1/24/2022 | J. Valenzuela | 01/24/22 | | x | x | x | | x |
| 25 | https://www.kget.com/news/local-news/judge-rules-lawsuit-can-proceed-against-sergeant-in-death-of-jamie-osuna-cellmate/ | x | Judge rules lawsuit can proceed against sergeant in death of Jamie Osuna cellmate | Def. J. Kotowski | 01/14/22 | | | x | x | | x |
| 26 | https://www.kget.com/news/crime-watch/osuna-arraigned-on-new-charge-competency-hearing-postponed-to-january/ | x | Osuna arraigned on new charge, competency hearing postponed to January | Def. J. Kotowski | 12/14/21 | | x | x | x | | x |
| 27 | https://www.kget.com/podcast/17-news-sunrise-12-14-2021/ | x | 17 News @ Sunrise 12/14/2021 | J. Valenzuela | 12/14/21 | | x | x | x | | x |

| Row | KGET Website Address | Has WebArchive | Title | Author | Date | Inciting Headline | Inciting Names in | Native Ad | Mental Health | 2017 Interview | Neutral Alleged |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 28 | https://www.kget.com/podcast/17-news-noon-12-13-2021/ | x | 17 News @ Noon 12/13/2021 | M. Maldonado | 12/13/21 | | x | | x | | x |
| 29 | https://www.kget.com/news/crime-watch/osuna-set-for-competency-hearing-in-december/ | x | Osuna set for competency hearing in December | Def. J. Kotowski | 09/15/21 | | x | x | x | | x |
| 30 | https://www.kget.com/podcast/17-news-noon-7-15-2021/ | | 17 News @ Noon 7/15/2021 | Marisel Maldonado | 07/15/21 | | x | x | x | | |
| 31 | https://www.kget.com/news/crime-watch/another-competency-trial-to-be-held-for-notorious-killer-jamie-osuna/ | x | Another competency trial to be held for notorious killer Jamie Osuna | Def. J. Kotowski | 07/15/21 | x | x | x | x | | x |
| 32 | https://www.kget.com/news/crime-watch/guards-didnt-notice-jamie-osunas-cellmate-had-been-decapitated-inspector-generals-office/ | x | Guards didn't notice Jamie Osuna's cellmate had been decapitated: report | Def. J. Kotowski | 05/28/21 | | x | x | x | | x |
| 33 | https://www.kget.com/news/crime-watch/jamie-osuna-transferred-to-psychiatric-program-at-salinas-valley-state-prison/ | x | Jamie Osuna transferred to psychiatric program at Salinas Valley State Prison | Def. J. Kotowski | 04/27/21 | | x | x | x | | x |
| 34 | https://www.kget.com/news/crime-watch/convicted-murderer-osuna-not-yet-transferred-to-state-hospital-for-treatment/ | | Convicted murderer Osuna not yet transferred to state hospital for treatment | Def. J. Kotowski | 03/11/21 | x | x | x | x | | x |
| 35 | https://www.kget.com/news/crime-watch/jamie-osuna-ordered-transferred-to-state-hospital-or-cdcr-run-facility-for-efforts-to-restore-him-to-competency/ | x | Jamie Osuna ordered transferred to state hospital or CDCR-run facility for efforts to restore him to | Def. J. Kotowski | 02/10/21 | | x | x | x | | x |
| 36 | https://www.kget.com/news/crime-watch/jaime-osuna-found-incompetent-to-stand-trial-in-cellmates-killing/ | x | Jamie Osuna found incompetent to stand trial in cellmate's killing | Def. J. Kotowski | 01/20/21 | | x | x | x | | x |
| 37 | https://www.kget.com/news/crime-watch/jaime-osuna-denied-possession-of-crime-scene-photos/ | x | Jaime Osuna denied possession of crime scene photos | Def. J. Kotowski | 10/19/20 | | x | x | | | x |
| 38 | https://www.kget.com/news/local-news/kget-earns-national-murrow-award-for-the-man-with-a-thousand-faces-podcast/ | x | KGET earns National Murrow Award for 'The Man with a Thousand Faces' podcast | Jose Franco | 10/10/20 | | x | x | | x | x |
| 39 | https://www.kget.com/news/crime-watch/reports-state-jaime-osuna-incompetent-to-stand-trial-in-cellmates-death-judge-orders-hearing-where- | x | Reports state Jaime Osuna incompetent to stand trial in cellmate's death; judge orders hearing where | Def. J. Kotowski | 10/08/20 | | x | x | x | | x |
| 40 | https://www.kget.com/news/crime-watch/more-time-needed-to-review-mental-health-records-of-convicted-murderer-jaime-osuna-next-hearing-set-for- | x | More time needed to review mental health records of convicted murderer Jaime Osuna, next hearing set | Def. J. Kotowski | 08/03/20 | x | x | | x | | x |
| 41 | https://www.kget.com/news/crime-watch/notorious-kern-killer-jaime-osuna-refuses-court-ordered-psychiatric-examination-in-cellmates-death/ | x | Notorious Kern killer Jaime Osuna refuses court-ordered psychiatric examination in cellmate's death | Def. J. Kotowski | 05/14/20 | x | x | x | x | | x |
| 42 | https://www.kget.com/news/local-news/kget-wins-three-edward-r-murrow-awards/ | x | KGET wins three Edward R. Murrow awards | Staff | 05/12/20 | | x | x | | | |
| 43 | https://www.kget.com/news/local-news/notorious-kern-killer-jaime-osuna-to-undergo-mental-evaluation-as-proceedings-suspended-in-current-murder-case/ | x | Notorious Kern killer Jaime Osuna to undergo mental health evaluation as proceedings suspended | Staff | 03/06/20 | x | x | x | x | | x |
| 44 | https://www.kget.com/news/local-news/family-of-man-beheaded-by-convicted-killer-jaime-osuna-suing-cdcr/ | x | Family of man beheaded by convicted killer Jaime Osuna suing CDCR | A. Frias | 03/06/20 | x | x | x | | | x |
| 45 | https://www.kget.com/podcast/17-news-noon-2-7-2020/ | | 17 News @ Noon 2/7/2020 | Joseph Luis | 02/07/20 | | x | x | x | | x |
| 46 | https://www.kget.com/news/crime-watch/preliminary-hearing-for-notorious-killer-jaime-osuna-set-for-june/ | x | Preliminary hearing for notorious killer Jaime Osuna set for June | Def. J. Kotowski | 12/12/19 | x | x | | | | x |
| 47 | https://www.kget.com/podcast/17-news-noon-11-8-2019/ | x | 17 News @ Noon 11/8/2019 | Joseph Luis | 11/08/19 | | x | x | | | x |
| 48 | https://www.kget.com/news/local-news/setting-of-preliminary-hearing-date-postponed-for-convicted-murderer-jaime-osuna/ | x | Setting of preliminary hearing date postponed for convicted murderer Jaime Osuna | Def. J. Kotowski | 11/08/19 | x | x | x | | | x |
| 49 | https://www.kget.com/news/local-news/louis-gill-of-the-alliance-against-family-violence-on-the-man-with-a-thousand-faces-podcast/ | x | Louis Gill of the Alliance Against Family Violence on The Man with a Thousand Faces podcast | Staff | 11/01/19 | | | x | x | | x |
| 50 | https://www.kget.com/thousandfacespodcast/ | x | Man with a Thousand Faces | Def. O. LaVoice | 10/31/19 | | | | | | |
| 51 | https://www.kget.com/thousandfacespodcast/ep1-the-rookie-and-the-killer/ | x | 01. The Rookie Reporter and the Killer | Def. O. LaVoice | 10/31/19 | | | | | | |
| 52 | https://www.kget.com/thousandfacespodcast/ep2-she-kinda-looks-like-your-wife/ | x | 02. She Kinda Looks Like Your Wife | Def. O. LaVoice | 10/31/19 | | | | | | |
| 53 | https://www.kget.com/thousandfacespodcast/ep3-the-devil-doesnt-get-hurt/ | x | 03. The Devil Doesn't Get Hurt | Def. O. LaVoice | 10/31/19 | | | | | | |
| 54 | https://www.kget.com/thousandfacespodcast/ep4-she-was-my-protector/ | x | 04. She Was My Protector | Def. O. LaVoice | 10/31/19 | | | | | | |

EXHIBIT A

EX. 2

J. OSUNA V. O. LAVOICE, ET AL

EX. 3

| Row | KGET Website Address | Has WebArchive | Title | Author | Date | Inciting Headline | Inciting Names in | Native Ad | Mental Health | 2017 Interview | Neutral Alleged |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 55 | https://www.kget.com/thousandfacespodcast/ep5-why-so-serious/ | x | 05. Why So Serious? | Def. O. LaVoice | 10/31/19 | | | | | | |
| 56 | https://www.kget.com/thousandfacespodcast/ep6-the-necklace/ | x | 06. The Necklace | Def. O. LaVoice | 10/31/19 | | | | | | |
| 57 | https://www.kget.com/guest-interviews/the-man-with-a-thousand-faces-podcast-therapist-explains-trauma-and-rewiring-of-the-brain/ | x | the man with a thousand-faces podcast: therapist-explains trauma and rewiring of the brain | Staff | 10/28/19 | x | x | x | x | | x |
| 58 | https://www.kget.com/news/corcoran-inmate-died-of-multiple-sharp-force-trauma-injuries-kings-county-coroner-says/ | | Corcoran inmate died of multiple sharp force trauma injuries, Kings County Coroner says | A. Frias | 10/28/19 | | | | x | x | x |
| 59 | https://www.kget.com/news/local-news/family-of-beheaded-inmate-speaks-out-about-notorious-killer/ | x | Family of beheaded inmate speaks out about Notorious killer | A. Frias | 08/16/19 | x | x | | x | x | x |
| 60 | https://www.kget.com/news/local-news/jaime-osunas-mother-why-did-cdcr-give-my-son-a-cellmate-2/ | x | Jaime Osuna's mother: Why did CDCR give my son a cellmate? | Def. O. LaVoice | 05/17/19 | | x | | | x | x |
| 61 | https://www.kget.com/news/kern-murderer-jaime-osuna-admitted-to-killing-cellmate-found-beheaded-march-9-reports-say/ | x | Kern murderer Jaime Osuna admitted to killing cellmate found beheaded March 9, reports say | Def. J. Kotowski | 04/29/19 | x | x | | | | x |
| 62 | https://www.kget.com/news/prison-mugshot-released-of-inmate-beheaded-in-gruesome-prison-slaying/ | x | Prison mugshot released of inmate beheaded in gruesome prison slaying | Def. J. Kotowski | 04/26/19 | | x | | | | x |
| 63 | https://www.kget.com/news/prosecutor-reveals-gruesome-details-in-the-death-of-jaime-osunas-cellmate/ | x | Prosecutor reveals 'gruesome' details in the death of Jaime Osuna's cellmate | A. Frias | 04/25/19 | | x | x | | x | x |
| 64 | https://www.kget.com/news/hotlink/jaime-osuna-coverage-of-a-notorious- | | Jaime Osuna: Coverage of a notorious convicted | Staff | 04/25/19 | x | | | | x | x |
| 65 | https://www.kget.com/news/local-news/second-murder-case-filed-against-kerns-tattoo-face-killer/1951210932/ | | Second murder case filed against Kern's tattoo-face killer | Staff | 04/25/19 | x | x | | | x | x |
| 66 | https://www.kget.com/news/notorious-kern-killer-jaime-osuna-pleads-not-guilty-to-murder-in-cellmates-grisly-slaying/ | x | Notorious Kern killer Jaime Osuna pleads not guilty to murder in cellmate's grisly slaying | Def. J. Kotowski | 04/25/19 | x | x | | | | x |
| 67 | https://www.kget.com/news/local-news/jaime-osuna-convicted-murderer-suspected-of-killing-cellmate/1841294743/ | | Jaime Osuna, convicted murderer, suspected of killing cellmate | A. Frias | 03/11/19 | x | | | x | x | x |
| 68 | https://www.kget.com/news/man-serving-life-without-parole-for-murder-of-bakersfield-woman-suspected-in-death-of-cellmate/ | x | Man serving life without parole for murder of Bakersfield woman suspected in death of cellmate | Staff | 03/10/19 | | | | | | x |

J. OSUNA V. O. LAVOICE, ET AL

EXHIBIT A

| Row | Platform | Link | Title | Author | Date | Inciting Headline | Inciting Names in Story | Native Ad | Mental Health | 2017 Interview | Neutral Alleged Victim |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Instagram | https://www.instagram.com/stories/olivia_lavoice/3444362084194997276/ | Instagram story 2 | Def. O. LaVoice | 08/28/24 | | | | | x | x |
| 2 | Instagram | https://www.instagram.com/stories/olivia_lavoice/3443479205298888828/ | Instagram story 1 | Def. O. LaVoice | 08/27/24 | | x | | | | x |
| 3 | Youtube | https://www.youtube.com/watch?v=zk42c5eC-CM&t=5059s | Real Life Joker or Evil Satanist? The TRUE & TWISTED Case of Jamie Osuna | Def. O. LaVoice | 02/15/24 | x | | | | | |
| 4 | Facebook | https://www.facebook.com/KGET17News/posts/pfbid032LJEUDX1Di7rhovD2vGm33GnDqxaqXwL6g24pSsJPTjuD4hRGY5xvSeh7RrJFJArl | Murderer Osuna resentenced for Kern County slaying | Def. KGET17 | 12/13/23 | x | x | | | | |
| 5 | Twitter/X | https://x.com/KGETnews/status/1735106221588283403 | JAMIE OSUNA: Notorious murderer Jamie Osuna appeared via Zoom | Def. KGET17 | 12/13/23 | | | | | | |
| 6 | Instagram | https://www.instagram.com/p/C00cYdLr1za/ | Today loved ones of Yvette Pena attended a resentencing hearing for Yvette's killer, Jamie Osuna. | Def. O. LaVoice | 12/13/23 | | | | | | |
| 7 | Facebook | https://www.facebook.com/olivialavoiceQ13/posts/pfbid0dUuiZPvfjgMYNhzrgM99aFJSnW8GkfHprJ5XN5E4k9JhmdUBaSauWgULLvUU4f4fl | Today loved ones of Yvette Pena attended a resentencing hearing for Yvette's killer, Jamie Osuna. | Def. O. LaVoice | 12/13/23 | | | | | | |
| 8 | YouTube | https://www.youtube.com/watch?v=lxJlDeObaBA | Murderer Osuna resentenced for Kern County slaying | Def. KGET17 | 12/13/23 | x | | | | | x |
| 9 | Facebook | https://www.facebook.com/KGET17News/posts/pfbid03797QmdMdMCBfGmdchiAYv1dMzNwZ8kN43L64YXrbhyCL1Z9ZHvBqewpK4ENSZXjJl | Osuna spit on officer before Monday's hearing: CDCR | Def. KGET17 | 12/05/23 | | x | | | | |
| 10 | Twitter/X | https://x.com/KGETnews/status/1732075878731960564 | JAMIE OSUNA Convicted Kern County murderer | Def. KGET17 | 12/05/23 | x | x | | | | |
| 11 | Youtube | https://www.youtube.com/watch?v=hJC5dzBCC3g | Osuna spit on officer before Monday's hearing: CDCR | Def. KGET17 | 12/05/23 | | | | | | x |
| 12 | Facebook | https://www.facebook.com/KGET17News/posts/pfbid033cLqSrsJVdKmUzKZHJ1T6Ujb1dWoG5Yz6x6y2eGEQiPMuWv64GBrDc1XnxuxSBK9l | Death Penalty conferenc to be held regarding Osuna | Def. KGET17 | 12/04/23 | | x | | | | |
| 13 | Twitter/X | https://x.com/KGETnews/status/1731822964910227500 | OSUNA: Before a preliminary hearing is scheduled | Def. KGET17 | 12/04/23 | | x | | | | |
| 14 | Reddit | https://www.reddit.com/r/TrueCrimePodcasts/comments/18h6huq/comment/kdfinz9/ | Thank you so much 🥹🥹🥹 | Def. O. LaVoice | 12/01/23 | | | | | | |
| 15 | Facebook | https://www.facebook.com/KGET17News/posts/pfbid02pA9PFmQGP7SMTEWKi1dHCZ6gRFW5h1PoPB8snJzvGTw1cjaqC5NEpFxGZhbG1PLil | Osuna attorney assigns investigator, seeking co-counsel | Def. KGET17 | 10/18/23 | | | | | | |
| 16 | Twitter/X | https://x.com/KGETnews/status/1714720662634242064 | JAMIE OSUNA | Def. KGET17 | 10/18/23 | | | | | | |
| 17 | Facebook | https://www.facebook.com/KGET17News/posts/pfbid02tVSNXLgnQ7P3BRwtW7xMF4Ki35dPvnzQ3ev4nLndYMYtrLF6nb9RPTr7BAEe8df3l | Tentative preliminary hearing date set for Osuna in grisly killing of cellmate | Def. KGET17 | 02/15/23 | | x | | | | x |
| 18 | Twitter/X | https://x.com/KGETnews/status/1625932217946865667 | Tentative preliminary hearing date set for Osuna in grisly killing of cellmate | Def. KGET17 | 02/15/23 | | x | | | | x |
| 19 | Youtube | https://www.youtube.com/watch?v=kA9_DLDW5-U | Tentative preliminary hearing date set for Osuna in grisly killing of cellmate | Def. KGET17 | 02/15/23 | | | x | | | x |
| 20 | Facebook | https://www.facebook.com/KGET17News/posts/pfbid02zuxFqQSwEHpFbEAc1csi5x46pXZxHBfUMMV4VGxfefiDTRN8HFvZi4g7SatWyhXVl | How the hell did his happen?': Osuna attorney says more information coming in prison slaying | Def. KGET17 | 12/14/22 | | | | | | x |
| 21 | Twitter/X | https://x.com/KGETnews/status/1603119913841065985 | How the hell did this happen?': Osuna attorney says more | Def. KGET17 | 12/14/22 | | | | | | x |
| 22 | Youtube | https://www.youtube.com/watch?v=E7KOolX4u2M | 'How the hell did this happen?': Osuna attorney says more information coming in prison slaying | Def. KGET17 | 12/14/22 | | | x | | | x |
| 23 | TikTok | https://www.tiktok.com/@olivialavoice/video/7167817016164748587 | The weirdest part about being a crime reporter…#crimetiktok #truecrime #fyp #truecrimetiktok #foryou #jailtok #jailmail #crimereporter | Def. O. LaVoice | 11/19/22 | | | | | | |
| 24 | Instagram | https://www.instagram.com/p/ClEhKNdjPER/ | Nothing should surprise me at this point, but this did. | Def. O. LaVoice | 11/17/22 | | | | | x | x |

EXHIBIT B

J. OSUNA V. O. LAVOICE, ET AL

EX. 4

EXHIBIT B

EX. 5

J. OSUNA V. O. LAVOICE, ET AL

| Row | Platform | Link | Title | Author | Date | Inciting Headline | Inciting Names in Story | Native Ad | Mental Health | 2017 Interview | Neutral Alleged Victim |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 25 | TikTok | https://www.tiktok.com/@olivialavoice/video/7167005859791392046 | This is a development I was not expecting. | Def. O. LaVoice | 11/17/22 | | | | | x | x |
| 26 | TikTok | https://www.tiktok.com/@olivialavoice/video/7166267509006421290 | It started with an ordinary jailhouse interview requesT. | Def. O. LaVoice | 11/15/22 | | | | | x | |
| 27 | Facebook | https://www.facebook.com/KGET17News/posts/pfbid0hMgN2xCUYYVvyu8GgqxWrDdszQfGLnrEyJMtMbJ1tHckrq91qDWDAGbtQPM9LUFvl | Osuna attempting to hire private attorney to represent him in Corcoran prison slaying | Def. KGET17 | 11/09/22 | | x | | | | x |
| 28 | Facebook | https://www.facebook.com/olivialavoiceQ13/posts/pfbid0kBiK1MoxxQjyNb3eSghJHqS1SGfJdCCxWoEDPLCxaavzWjFkWh36QKNj27yyxP5Kl | Osuna attemmpting to hire a private attorney to represent him in Corcoran prison slaying | Def. O. LaVoice | 11/09/22 | | | | | | |
| 29 | Twitter/X | https://x.com/KGETnews/status/1590457216582156290 | Osuna attempting to hire private attorney to represent him in Corcoran prison slaying | Def. KGET17 | 11/09/22 | | x | | | | x |
| 30 | Youtube | https://www.youtube.com/watch?v=EqXtK8ekM04 | Osuna attempting to hire private attorney to represent him in Corcoran prison slaying | Def. KGET17 | 11/09/22 | | | | | | x |
| 31 | Instagram | https://www.instagram.com/p/CkwC42Qj45J/ | It's been about a year since I gave up on getting information about other unsolved murders Jamie Osuna told me he committed. I often wonder if I made the right decision. | Def. O. LaVoice | 11/09/22 | | | | | x | x |
| 32 | Youtube | https://www.youtube.com/watch?v=x8vuBSs08GU | Convicted killer Osuna set for pretrial hearing Wednesday | Def. KGET17 | 11/08/22 | x | | | x | | x |
| 33 | Twitter/X | https://x.com/JoseFrancoKGET/status/1583838839289704448 | MWATF | Jose Franco (KGET17 staff) | 10/22/22 | | x | x | | | |
| 34 | Facebook | https://www.facebook.com/KGET17News/posts/pfbid02BwAkh5KoX7KkLMQbJq1kjTszQXUNyGrbNZpSPAFaW6pHiAdN5yR7CwMzxgj3dT2ul | The grisly crimes of 'the man with a thousand faces' | Def. KGET17 | 10/10/22 | x | | x | | x | |
| 35 | Facebook | https://www.facebook.com/KGET17News/posts/pfbid021KKqDzrsLFb2uAatvge6zDiJjYEkMxPMMNEwZAtaPpBapj6dc5ETK4B7LQzDGRELl | Judge rules Osuna competent, criminal proceedings reinstated | Def. KGET17 | 09/28/22 | | | | x | | |
| 36 | Twitter/X | https://x.com/KGETnews/status/1575197111074930697 | JAMIE OSUNA: A judge in Kings County on Wednesday ruled Jamie Osuna is competent | Def. KGET17 | 09/28/22 | | | | | | x |
| 37 | Youtube | https://www.youtube.com/watch?v=p5HZIwgaJvA | Judge rules Osuna competent, criminal proceedings reinstated | Def. KGET17 | 09/28/22 | | | | x | | x |
| 38 | Youtube | https://www.youtube.com/watch?v=302FjDffk04 | 17 News @ Sunrise 7/22/2022 | Def. KGET17 | 07/22/22 | | x | | | | x |
| 39 | Facebook | https://www.facebook.com/KGET17News/posts/pfbid0QPA7t8n2QVkJhiXN7vBivYbiL99hGdFkxVCUXBEHKoUmYeZ3aSVDsKuEV4UXaYEVl | MAN WITH A THOUSAND FACES: Attorney Hugo Gomez-Vidal on Friday requested a defense expert examine Osuna, telling a Kings County judge he believes his client remains incompetent. | Def. KGET17 | 07/22/22 | x | | x | | | |
| 40 | Twitter/X | https://x.com/KGETnews/status/1415726116543901704 | Another competency trial to be held for notorious killer Jamie Osuna | Def. KGET17 | 07/15/22 | | x | | x | | |
| 41 | Facebook | https://www.facebook.com/KGET17News/posts/pfbid037vm8DaUXFFtQyzHsEjRtnU5nR34J6CC3PiG46zfQQH3F5xfch2xX8t4WgasTUecSl?__cft__[0]=AZVXrJXCoAmhp47DOfByLv4zm8p0Ch-rTqxhCcTXj_zw0RDEbbg5Zglk-Tiw8xnoXukuAtXRx3SWAmSRsT-Q1rYrZ9dvfbzbwcusFwM39YnTMZcruAyuK9zUDO5FjzfTdHoG9mR7k1CxQTUeUjrTbq91cLc_RYzkvo38VBqvdhL7r4qEJpccJsvx56pOUmiXTsGIcb91nXi8AMiQBf67pv&__tn__=%2CO%2CP-R | The grisly crimes of 'the man with a thousand faces' | Def. KGET17 | 07/02/22 | x | | x | | | |
| 42 | Twitter/X | https://x.com/KGETnews/status/1543280038950457346 | The grisly crimes of 'the man with a thousand faces' | Def. KGET17 | 07/02/22 | x | | x | | | |
| 43 | Facebook | https://www.facebook.com/KGET17News/posts/pfbid024J6xerN98AUKS6tsJXfcbTRAfNX8bxtQabL6ywQ2KDmFME7GwRPE1uDvTnApFHmvl | The grisly crimes of 'the man with a thousand faces' | Def. KGET17 | 07/02/22 | x | | x | | | |
| 44 | Facebook | https://www.facebook.com/KGET17News/posts/pfbid0SxfbWMNPW5ThonAyzoCMDUqUTRxxwo7VMS9v5vWfTsEzaHNpnxjgcWEZpQRy2i9dl | The grisly crimes of 'the man with a thousand faces' | Def. KGET17 | 06/27/22 | x | | x | | x | |

| Row | Platform | Link | Title | Author | Date | Inciting Headline | Inciting Names in Story | Native Ad | Mental Health | 2017 Interview | Neutral Alleged Victim |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 45 | Facebook | https://www.facebook.com/KGET17News/posts/pfbid02J9EYN33eWn3QM56X9M8vvxvoT9CScYD186jGVD39hZk8kZ33oLpYNn85tL4opA9el | MAN WITH A THOUSAND FACES: Convicted murderer Jamie Osuna, charged with torturing and killing his cellmate at Corcoran State Prison, fired his attorneys Thursday morning in a move that could potentially result in further delays in his case. | Def. KGET17 | 06/04/22 | x | x | x | | | |
| 46 | Facebook | https://www.facebook.com/KGET17News/posts/pfbid02zy8PmWrDGGVQMxQGagbTBw3YpAQGuXPA2hHqB6NSdmqS3ewNJ54YKhvLC5uDNRyEl | Osuna refuses to attend court, hearing postponed | Def. KGET17 | 03/27/22 | | x | x | | | |
| 47 | Youtube | https://www.youtube.com/watch?v=iceXkq-hM-I | 17 News @ Sunrise 1/25/2022 | Def. KGET17 | 01/25/22 | | x | x | x | | x |
| 48 | Youtube | https://www.youtube.com/watch?v=iiprMX1abpg | Osuna hearing postponed to March | Def. KGET17 | 01/24/22 | | | x | x | | x |
| 49 | Youtube | https://www.youtube.com/watch?v=15aoTR6ACkE | 17 News @ Sunrise 1/24/2022 | Def. KGET17 | 01/24/22 | | x | x | x | | x |
| 50 | Facebook | https://www.facebook.com/KGET17News/posts/pfbid02UJdixqUbeufSFxvTsaJ7dEEAcoAVoSZhAUHDacRHrXhNtzfZPMzVsi6A4voGinyxl | Judge rules lawsuit can proceed against sergeant in death of Jamie Osuna | Def. KGET17 | 01/14/22 | | x | | | | x |
| 51 | Twitter/X | https://x.com/KGETnews/status/1482139666644099075 | JAMIE OSUNA: A lawsuit filed by the mother of an inmate | Def. KGET17 | 01/14/22 | | x | | | | x |
| 52 | Youtube | https://www.youtube.com/watch?v=btLWu5PDARQ | 17 News @ Sunrise 12/14/2021 | Def. KGET17 | 12/14/21 | | x | x | | | x |
| 53 | Facebook | https://www.facebook.com/KGET17News/posts/pfbid027pySxpjXdju5BSjK5TD7vCE6RiVaJSUWFZ2nrqdH9TZJ6cMkupjKf2CAPQMePy1gl | Osuna arraigned on new charge, competency hearing postponed to January | Def. KGET17 | 12/13/21 | | | | x | | x |
| 54 | Twitter/X | https://x.com/KGETnews/status/1470474616200212485 | Osuna arraigned on new charge, competency hearing postponed to January | Def. KGET17 | 12/13/21 | | | | | | x |
| 55 | Youtube | https://www.youtube.com/watch?v=EtepJiNBhy0 | Osuna arraigned on new charge, competency hearing postponed to January | Def. KGET17 | 12/13/21 | | | x | x | | x |
| 56 | Youtube | https://www.youtube.com/watch?v=QNPffKybalA | 17 News @ Noon 12/13/2021 | Def. KGET17 | 12/13/21 | | x | | | | x |
| 57 | Facebook | https://www.facebook.com/KGET17News/posts/pfbid0t8aaScntg5NUrAJSYtS8DkVLGu9tEKEAbA6RxH6nSrwpsgV7vhLyDP5UtDToceH5l | Osuna set for competency hearing in December | Def. KGET17 | 09/15/21 | | x | | x | | |
| 58 | Youtube | https://www.youtube.com/watch?v=IrVaDbSitUQ | Olivia LaVoice Reel 2021 | Def. O. LaVoice | 07/31/21 | | | x | | | |
| 59 | Facebook | https://www.facebook.com/KGET17News/posts/pfbid07evmDQCRf4fK1Xms2mzcHWTXZ2CpuvYDhj5DMnfxdLdKs9P9MYuDaBuumVMXjEytl | Another competency trial to be held for notorious killer Jamie Osuna | Def. KGET17 | 07/15/21 | x | x | | x | | |
| 60 | Youtube | https://www.youtube.com/watch?v=TrWsjYaozQQ | Another competency trial to be held for notorious killer Jamie Osuna | Def. KGET17 | 07/15/21 | x | | x | x | | x |
| 61 | Youtube | https://www.youtube.com/watch?v=oNyex_DypMs | 17 News @ Noon 7/15/2021 | Def. KGET17 | 07/15/21 | | x | | x | | x |
| 62 | Facebook | https://www.facebook.com/chuckdennis171729/posts/pfbid0MRh13iL3kZDA1W1aHWsRBdrQcjhHt5ZmBJeVSjRyaCSDf6YyJwF5evM8ibMvys2Nl | MWATF | C. Dennis (KGET staff) | 06/01/21 | | | | | | |
| 63 | Facebook | https://www.facebook.com/chuckdennis171729/posts/pfbid02Kd4nrLPnwUUnexQonXkBRQGBSaKwU28mofs715f5fjKo5VEuscphQB7c46K7kNE4l | MWATF | C. Dennis (KGET staff) | 06/01/21 | | | | | | |
| 64 | Facebook | https://www.facebook.com/olivialavoiceO13/posts/pfbid02oAoxibogpxAMqegUhnhK2NWuhMwtgZYc2x2wRb1cSqfSkTKEHTDkkox6U4is86APl | This weekend a podcast I created with some wonderful formercolleagues at KGET in Bakersfieldhit over 1 million "listens." | Def. O. LaVoice | 05/31/21 | | | x | | | x |
| 65 | Twitter/X | https://x.com/MariselM93/status/1399598582122967044 | MWATF | Marisel Maldonado (KGET17 staff) | 05/31/21 | | | x | | | |

EXHIBIT B

J. OSUNA V. O. LAVOICE, ET AL

EX. 6

| Row | Platform | Link | Title | Author | Date | Inciting Headline | Inciting Names in Story | Native Ad | Mental Health | 2017 Interview | Neutral Alleged Victim |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 66 | Twitter/X | https://x.com/marisel3/status/1399597237781471233 | Our podcast "The Man With A Thousand Faces" hit 1 million listens this weekend! | Marisel Maldonado (KGET17 staff) | 05/31/21 | | | x | | | |
| 67 | Facebook | https://www.facebook.com/KGET17News/posts/pfbid0yrMoy637DmskMmt9MGP47rK9W4z5PrSVtpxZH5i98P1s5ZURMgpE9dV3J5fn14Rzl | "Guards didn't notice Jamie Osuna's cellmate had been decapitated: report" | Def. KGET17 | 05/27/21 | | | | | | x |
| 68 | Youtube | https://www.youtube.com/watch?v=0ys508fMSaY | Report: Guards failed to notice Jamie Osuna beheaded his cellmate | Def. KGET17 | 05/27/21 | | | | | | x |
| 69 | Youtube | https://www.youtube.com/watch?v=NR514g8PqwU | Report: guards failed to notice Jamie Osuna beheaded his cellmate | Def. KGET17 | 05/27/21 | | | x | | | x |
| 70 | Facebook | https://www.facebook.com/KGET17News/posts/pfbid02xQp864QTRgrkjaggM2T61PFrWhNXw6vhCm7UgUY4b64p6Bk9WfCF23V7VhMnetaNl | "JAMIE OSUNA" | Def. KGET17 | 04/27/21 | | x | | x | | |
| 71 | Twitter/X | https://x.com/KGETnews/status/1387093784614383618 | Jamie Osuna transferred to psychiatric program at Salinas Valley State Prison | Def. KGET17 | 04/27/21 | | x | | x | | |
| 72 | Twitter/X | https://x.com/MariselM93/status/1387134774561542148 | Listen to our podcast "The Man With A Thousand Faces" for the complete story. | Marisel Maldonado (KGET17 staff) | 04/27/21 | | | x | | | |
| 73 | Youtube | https://www.youtube.com/watch?v=o8NdJP8rv1I | Jamie Osuna transferred to psychiatric program at Salinas Valley State Prison | Def. KGET17 | 04/27/21 | | x | x | x | | x |
| 74 | Twitter/X | https://x.com/KGETnews/status/1370075868723306500 | OSUNA: Convicted murderer Jamie Osuna | Def. KGET17 | 03/11/21 | x | | | x | | x |
| 75 | Youtube | https://www.youtube.com/watch?v=RkLAgksordc | Convicted murderer Osuna not yet transferred to state hospital for treatment | Def. KGET17 | 03/11/21 | x | x | x | x | | x |
| 76 | Facebook | https://www.facebook.com/KGET17News/posts/pfbid0JMncTZsBSMLab3NH6z8Ab7C1jUDVAccZ3gTnowCaKaNtzzBE46n7kJiYHRut5pYdl | Jamie Osuna ordered transferred to a state hospital or CDCR-run facility for efforts to restore him to competency | Def. KGET17 | 02/10/21 | | | | x | | |
| 77 | Twitter/X | https://x.com/KGETnews/status/1359572338073874433 | Jamie Osuna ordered transferred to a state hospital or CDCR-run facility for efforts to restore him to competency | Def. KGET17 | 02/10/21 | | | | x | | |
| 78 | Facebook | https://www.facebook.com/alissa.carlson2/posts/pfbid02bSRxQkAfFD4Xgjd57EupZPEeFB68eARkmVzxBXJTz6nSQhkarDTW4LmXUuyEw5WFl | Jamie Osuna ordered transferred to a state hospital or CDCR-run facility for efforts to restore him to competency | Alissa Carlon (KGET17 staff) | 02/10/21 | | | | x | | x |
| 79 | Youtube | https://www.youtube.com/watch?v=CVR813xLyJg | Jamie Osuna ordered transferred to state hospital or CDCR-run facility for efforts to restore him to | Def. KGET17 | 02/10/21 | | | x | x | | x |
| 80 | Youtube | https://www.youtube.com/watch?v=uUDFkneezC4 | Jamie Osuna found incompetent to stand trial in cellmate's killing | Def. KGET17 | 01/20/21 | | x | x | x | | x |
| 81 | Sword and Scale | https://www.swordandscale.com/listen/episodes/PLUS-83 | ~+PLUS 83 | Def. O. LaVoice | 12/18/20 | | x | | | x | |
| 82 | Twitter/X | https://x.com/marisel3/status/1336380816385953794 | This was early stages for a true crime podcast, The Man With a Thousand Faces | Marisel Maldonado (KGET17 staff) | 12/08/20 | | | x | | | |
| 83 | Youtube | https://www.youtube.com/watch?v=B9f4RwagzlE | Jaime Osuna denied possession of crime scene photos | Def. KGET17 | 10/19/20 | | | | x | | x |
| 84 | Facebook | https://www.facebook.com/KGET17News/posts/pfbid02hVyhf8fBfjPcCyzMFJ9RZLLr3hwg5ugW3dhG3UQs5jJ6ZhgrYfpKpRiyoAvbCokAl | KGET earns National Murrow Award for 'The Man with a Thousand Faces' podcast | Def. KGET17 | 10/11/20 | | x | x | | | |

EXHIBIT B

J. OSUNA V. O. LAVOICE, ET AL

EX. 7

EXHIBIT B

EX. 8

J. OSUNA V. O. LAVOICE, ET AL

| Row | Platform | Link | Title | Author | Date | Inciting Headline | Inciting Names in Story | Native Ad | Mental Health | 2017 Interview | Neutral Alleged Victim |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 85 | Instagram | https://www.instagram.com/p/CGLzW3ggq7O/ | Could not be more honored to have won my first national journalism award for a project myself and the most amazing female journalists I know poured our hearts and souls into. | Def. O. LaVoice | 10/10/20 | | | x | | | x |
| 86 | Facebook | https://www.facebook.com/KGET17News/posts/pfbid02Mrv91JmpmsvvskF12TkLfUD4b5D3884zruO9Cfr6mkOAj55LFMGf2KPWHc1KO5Pzl | Reports state Jaime Osuna incompetent to stand trial in cellmate's death; judge orders hearing where psychiatrists will testify | Def. KGET17 | 10/08/20 | | x | | x | | x |
| 87 | Facebook | https://www.facebook.com/KGET17News/posts/pfbid0eBLFrrCuTRK4McPfx3FXCDb52mv2r2NWqLZ5sUPJ3zoEdgOr1nPjBUFV1X8DtX3kl | More time needed to review mental health records of conicted murderer Jaime Osuna, next hearing set for September | Def. KGET17 | 08/03/20 | x | x | | x | | x |
| 88 | Twitter/X | https://x.com/marisel3/status/1260486564951572488 | Grateful to win a regional #Murrow Award for our podcast "The Man With A Thousand Faces" with my girls Trish & @Q13Olivia! | Marisel Maldonado (KGET17 staff) | 05/13/20 | | | x | | | |
| 89 | Youtube | https://www.youtube.com/watch?v=iwJqTjac7Is | Notorious Kern killer Jaime Osuna refuses court-ordered psychiatric examination in cellmate's death | Def. KGET17 | 05/13/20 | x | | x | x | | x |
| 90 | Facebook | https://www.facebook.com/olivialavoiceQ13/posts/pfbid02tGD277hL16P4aaYt2GrWaoxzGqVAuHYPEwmo4bGa28ipXpb6S9WQjcNRuXWLpNVLl?__cft__[0]=AZUiPwbUFoSRe_IJ9_Y3KO3B55rjk0SgOXPDufXPsAopevdFt6dnFTn9sFZi3lFlbAWpOOJlZUDHOzFOy1CD4vdEnGHTo4JiXgV116PhXNDLL1PrH6AVP7iKgPIck0XnrfiO1-tkna_mZa1EB8o9xfR3EcxWDLpoX_46-LfmSF6WvsJsYkUbAzyKAmHrojs1XZ7s_KXPnlS3IfwKiqt743sK&__tn__=%2CO%2CP-R | I'm honored to have our podcast "The Man with a Thouand Faces" win an Edward R. Murrow award. | Def. O. LaVoice | 05/12/20 | | | x | | | |
| 91 | Facebook | https://www.facebook.com/KGET17News/posts/pfbid0S9UojoT3B3QZny4h2LxBmYSKcsunodYzpwDgMNNJ9rVAwmNo581tNctZfBOdMUnNl | Familiy of man beheaded by convicted killer Jamie Osuna suing CDCR | Def. KGET17 | 03/06/20 | x | x | | | | |
| 92 | Facebook | https://www.facebook.com/amberfriastv/posts/pfbid02riLuA2DY22rKSPsRZLE5HrX9bpQHy4pLs88kibtGgmSTcvpvYqibDz5ppYxpESrZl | Family of man beheaded by convicted killer Jaime Osuna suing CDCR | Amber Frias (KGET17 staff) | 03/06/20 | x | x | | | | x |
| 93 | Facebook | https://www.facebook.com/slimbiggnz/posts/pfbid032H2Cz8smNPVmJWTgYXVN9hVUSnAx3i6MgtJiNCFZPEumfRLXyZwS8ehviY8Cb7Ynl | Family of man beheaded by convicted killer Jaime Osuna suing CDCR | Sam Montero (KGET17 staff) | 03/06/20 | | | | | | |
| 94 | Youtube | https://www.youtube.com/watch?v=yrwSwqMbr0E | Family seeks justice | Def. KGET17 | 03/06/20 | | x | | | x | x |
| 95 | Facebook | https://www.facebook.com/KGET17News/posts/pfbid02i5HdQwrSpTKvbkNsQzEXFXvLEyZEwcDCFsh5Mkj53AMGkredsBUqz9ZYUfxUxwfXl | Notorious Kern Killer Jaime Osuna to undergo mental health evaluation as proceedings suspended in current murder case | Def. KGET17 | 02/07/20 | x | x | | x | | x |
| 96 | Facebook | https://www.facebook.com/olivialavoiceQ13/posts/pfbid01QtwDZFY7OVAzM3N1SGn3rye7sRqJxYjvwuAhqGZe76ePbBeSjNuWo3mks6bzRBSl | Notorious Kern Killer Jaime Osuna to undergo mental health evaluation as proceedings suspended in current murder case | Def. O. LaVoice | 02/07/20 | x | | x | | | |
| 97 | Facebook | https://www.facebook.com/amberfriastv/posts/pfbid05rjvTHpXqB5zjJjYLWKSPV5WiCZKEXUj5ffKdV41tVavYwifCr7fuDzKHTzTuifKl | Notorious Kern Killer Jaime Osuna to undergo mental health evaluation as proceedings suspended in current murder case | Amber Frias (KGET17 staff) | 02/07/20 | x | x | | x | | |
| 98 | Facebook | https://www.facebook.com/olivialavoiceQ13/posts/pfbid024pmZALYUVwiuwV8GRkt83hVMzo1W17xJ9PamcKGeGUbbv6eu5hxG9zuMrBqFnCwpl | A little update on the current case involving Jamie Osuna. Our podcast The Man with a Thousand Faces is available anywhere you get your podcasts https://www.kget.com/thousandfacespodcast/ | Def. O. LaVoice | 02/07/20 | | x | x | x | | x |
| 99 | Youtube | https://www.youtube.com/watch?v=GAwJC-dff4E | 17 News @ Noon 2/7/2020 | Def. KGET17 | 02/07/20 | | x | x | x | | x |
| 100 | Youtube | https://www.youtube.com/watch?v=QdEX_jKg1Ss | Notorious Kern killer Jaime Osuna to undergo mental evaluation as proceedings suspended in current | Def. KGET17 | 02/07/20 | x | x | | | | |

| Row | Platform | Link | Title | Author | Date | Inciting Headline | Inciting Names in Story | Native Ad | Mental Health | 2017 Interview | Neutral Alleged Victim |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 101 | Youtube | https://www.youtube.com/watch?v=U4NWHUuG6lM | Jaime Osuna criminal proceedings suspended | Def. KGET17 | 02/07/20 | | x | x | x | | x |
| 102 | Facebook | https://www.facebook.com/KGET17News/posts/pfbid0Mgyne5zViv5SMcHw26ip5BCCaeczWKW3PS4Z6PUu7bKCHkkkAVZ3PNoWCmwm6EFql | It's been 8 years since Yvette penna was murdered. | Def. KGET17 | 11/13/19 | | | x | | | |
| 103 | Facebook | https://www.facebook.com/olivialavoiceO13/posts/pfbid022wMZpVgpfDmGrKTUoVeBk6B19EEViZeQW4fJMkYgUAiACV9XwpFzP8p5uEeCjwU3l | Its been 8 years since this beautiful and loving woman was ripped away from her loved one | Def. O. LaVoice | 11/13/19 | | | x | | | x |
| 104 | Youtube | https://www.youtube.com/watch?v=GxE-WQMa6ks | Setting of preliminary hearing date postponed for convicted murderer Jaime Osuna | Def. KGET17 | 11/08/19 | x | x | x | | | x |
| 105 | Youtube | https://www.youtube.com/watch?v=alZkyG8FbMM | 17 News @ Noon 11/8/2019 | Def. KGET17 | 11/08/19 | | x | | | | x |
| 106 | Facebook | https://www.facebook.com/olivialavoiceO13/posts/pfbid0CtJGRBTpHRCnAoDL51L7sQH775KuoxES41WFeZ9g7LAqcuNowKY8pbnKk8oM9xQcl?__cft__[0]=AZV4BA76jVwL_TPHUFFGkN3icSYqriwyrF9jDJSaCYWy9heku3ACWoGv0eIp6_gdYO7d23Z52MejSTOuLef8Sf9QcHgXqM116Guf-MdXTiYNuVPXtplg6buX3xO78Zvmls-eLTpcmq3QFEPDBzBol7CkcGfzTTF-wigRioG1z2flaaDe5L9kKgJsSSKftN63O_gFSLxwMJ37SA7uySpM7qOrx0Wyv9R-gMEBMcKnCnNGkg&__tn__=%2CO%2CP-R | I wish I had the words to thank you all and really explain what my time here has meant to me. | Def. O. LaVoice | 11/01/19 | | | | | x | |
| 107 | Youtube | https://www.youtube.com/watch?v=ynzUEjJAHDo | Farewell, Olivia LaVoice | Def. KGET17 | 11/01/19 | | | | | x | |
| 108 | Youtube | https://www.youtube.com/watch?v=ZU8vp96qd1w | Louis Gill of the Alliance Against Family Violence on The Man with a Thousand Faces podcast | Def. KGET17 | 11/01/19 | x | | x | x | | x |
| 109 | Instagram | https://www.instagram.com/p/B4VS_lAJhGh/ | Here is a preview of episode six. The Man With A Thousand Faces Podcast is now available on Apple Podcasts, Spotify, Google Podcasts, and YouTube. Click link in bio to listen. 🎙 #thousandfacespodcast #podcast #podcasting #truecrimepodcast | Def. KGET17 | 11/01/19 | | | x | | | |
| 110 | Instagram | https://www.instagram.com/p/B4TCXwNpe61/ | Here is a preview of episode five. The Man With A Thousand Faces Podcast is now available on Apple Podcasts, Spotify, Google Podcasts, and YouTube. Click link in bio to listen. 🎙 #thousandfacespodcast #podcast #podcasting #truecrimepodcast | Def. KGET17 | 10/31/19 | | | x | | x | |
| 111 | Instagram | https://www.instagram.com/reel/B4QqFvPJBA6/ | Here a preview of Episode Four: She Was My Protector. | Def. KGET17 | 10/30/19 | | | x | | | |
| 112 | Twitter/X | https://x.com/KGETnews/status/1189619388829315073 | The Man With A Thousand Faces Podcast reported by @OliviaKGET. | Def. KGET17 | 10/30/19 | | | x | | | |
| 113 | Instagram | https://www.instagram.com/p/B4QNMpgpsdX/ | Here's a preview of episode three. The Man With A Thousand Faces is now available on Apple podcasts, Spotify, and YouTube. Click link in bio to listen. | Def. KGET17 | 10/30/19 | | | x | | | |
| 114 | Twitter/X | https://x.com/KGETnews/status/1189278079849504769 | The Man With A Thousand Faces Podcast available now! | Def. KGET17 | 10/29/19 | | | x | | | |
| 115 | Twitter/X | https://x.com/KGETnews/status/1189231992828780545 | The Man With A Thousand Faces is our first true crime podcast, reported by @OliviaKGET | Def. KGET17 | 10/29/19 | | | x | | | |
| 116 | Youtube | https://www.youtube.com/watch?v=pBRFa1W4cBY | Episode 5 - Why So Serious? | Def. KGET17 | 10/29/19 | | | | | | |
| 117 | Youtube | https://www.youtube.com/watch?v=Wws9bIv6W7k | Episode 1 - The Rookie Reporter and the Killer | Def. KGET17 | 10/29/19 | | | | | | |
| 118 | Youtube | https://www.youtube.com/watch?v=hC8HejyOH7E | Episode 6 - The Necklace | Def. KGET17 | 10/29/19 | | | | | | |
| 119 | Youtube | https://www.youtube.com/watch?v=3Cd-wdRogF0 | Episode 4 - She Was My Protector | Def. KGET17 | 10/29/19 | | | | | | |
| 120 | Youtube | https://www.youtube.com/watch?v=o1CMkPmkGlM | The Man with a Thousand Faces: Dr. Corey Gonzales discusses mental health | Def. KGET17 | 10/29/19 | x | x | x | | | |

EXHIBIT B

J. OSUNA V. O. LAVOICE, ET AL

EX. 9

EXHIBIT B

J. OSUNA V. O. LAVOICE, ET AL

EX. 10

| Row | Platform | Link | Title | Author | Date | Inciting Headline | Inciting Names in Story | Native Ad | Mental Health | 2017 Interview | Neutral Alleged Victim |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 121 | Instagram | https://www.instagram.com/reel/B4NaIJlpEij/ | Here's a preview of episode two. The Man With A Thousand Faces is now available on Apple podcasts. Click link in bio to listen. 🎙 #thousandfacespodcast #podcast #podcasting | Def. KGET17 | 10/29/19 | | | x | | | |
| 122 | Youtube | https://www.youtube.com/watch?v=VEyITg2W2v0 | Episode 2 - She Kinda Looks Like Your Wife | Def. KGET17 | 10/29/19 | | | | | | |
| 123 | Instagram | https://www.instagram.com/p/B4KoLgLAPYT/ | Our podcast The Man with a Thousand Faces is available through Spotify and at thousandfacespodcast.com and will soon be available anywhere you get your podcasts. | Def. O. LaVoice | 10/28/19 | | x | x | | | |
| 124 | Facebook | https://www.facebook.com/KGET17News/posts/pfbid021bhxeQ54b5JMQXA4FdaBdoQbS482bDSVPLkiPv1uqFLp4GuHMuouCR4kRRELrTkHl | Our true crime podcast The Man with a Thousand Faces | Def. KGET17 | 10/28/19 | | x | x | | | |
| 125 | Twitter/X | https://x.com/KGETnews/status/1188900553201455105 | The Man With A Thousand Faces is our first true crime podcast, reported by @OliviaKGET. | Def. KGET17 | 10/28/19 | | | x | | | |
| 126 | Facebook | https://www.facebook.com/alissa.carlson2/posts/pfbid0aSLFfPBpdERBJ6FCoAkXj4gNm1P1WUWJFNJqZsceVNzofYZnXf4YaYewXRqz1nWol | KGET's first truecrime podcast "The Man with a Thousand Faces" is available now on thousandfacespodcast.com, Spotify, and will soon be available anywhere you get your podcasts. | DAlissa Carlson (KGET17 staff) | 10/28/19 | | x | x | | | |
| 127 | Facebook | https://www.facebook.com/marisel.maldonado.35/posts/pfbid02hXQ5517MaPJCJYDoPdq7yf1KjBGp7qqzyPnooEaNhJv89uKTxM9qJQNan9c3X3Sdl?__cft__[0]=AZU9k_W6-gEz_5WUaVcBNsK9c4Esddv7B95TnxuwIXYzqF79LUyTWc9fcpZikHBbF1bGCYzJNqoG6XsCxo_KZyHZVNdTub9Joq4vx6Av-n_AkWGSyj-ZN6xDAzaNh-XUgvoYAqtl5drBLUgTxqU6ozDf_ta0ticcO45PFdwy7gTABw&__tn__=%2CO%2CP-R | Three female journalists and one complex story. | Marisel Maldonado (KGET17 staff) | 10/28/19 | | x | x | | | |
| 128 | Facebook | https://www.facebook.com/olivialavoiceQ13/posts/pfbid0358ExwYQFcCD7XPxC5QSkgoCcfax82LsXrjFZy5sKjBfhTEoXLtuNb7tkr1tYkuUFl?__cft__[0]=AZUqEAF2WHhmwCM06Ca_b-uatP_M5CG_UWqxvUok5YfLmUjrxhjBHsoAsKGbKDSdKz3euJvGB-lswjtlHZa5n2oQL22_fdOMFlgwNny1T4PAzs7JtSjsGYXxAW6YuJ3Zu3j7fAM72xPfcLpZewKdV2ZWk402xuoy5QSUF2aVXTnNeVGu1f9dxXqVM9SRQdHUTGsZqaEwaZfmzAtp8d07PuMl&__tn | Our podcast The Man with a Thousand Faces is available through Spotify and at thousandfacespodcast.com and will soon be available anywhere you get your podcasts. | Def. O. LaVoice | 10/28/19 | | x | x | | | |
| 129 | Youtube | https://www.youtube.com/watch?v=Eb3U2WHHG4g | Episode 3 - The Devil Doesn't Get Hurt | Def. KGET17 | 10/28/19 | | | | | | |
| 130 | Youtube | https://www.youtube.com/watch?v=ytvaz3RwpT4 | Trauma and rewiring the brain | Def. KGET17 | 10/28/19 | | x | x | x | | x |
| 131 | Instagram | https://www.instagram.com/p/B4KqDCElFBn/?img_index=2 | A few months ago, us local news girls decided to make a true-crime podcast. | Def. O. LaVoice | 10/28/19 | | x | x | | | |
| 132 | Instagram | https://www.instagram.com/p/B4MNd-nHJ3f/?img_index=2 | Three female journalists and one complex story. | Marisel Maldonado (KGET17 staff) | 10/28/19 | | | x | x | | |
| 133 | Instagram | https://www.instagram.com/reel/B4LCi5Upvvi/ | Here's a look at episode one. The Man With A Thousand Faces is streaming now. Click link in bio to listen. 🎙 #thousandfacespodcast #podcast #podcasting | Def. KGET17 | 10/28/19 | | | x | x | x | |
| 134 | Facebook | https://www.facebook.com/alissa.carlson2/posts/pfbid0aXUHJxvYAxgrxNU2Kgib6GHYrMMvu96runG5AEW4jxjmvz1nKfLqVMSKKogHyfzBl?__cft__[0]=AZXZXjMkgLF-Lqe7AKTieMGHB_EFPKufjqXjmhM1KM8lh4Wh7hS25mGNzVeqNYxwd1S6xAB9ai_Jgsoto8HuD7NNVN9wjuxn12T4iNJ7KeIX-Wi2BfLTs_0ZQz_pajxBGboa0zL3NPR9Jk_pMqXvWnU6DIKFQoBYGWndY0pkULd2bRTDoD-jntduBwEYd5PaFKZ4-H8V9TYXaGVUxLxnODV5cYIqvXwJwrp-CtWqoOrjxnIdMx0QJxVR8fAb7FmrOw&__tn__=%2CO%2CP-R | KGET's first truecrime podcast "The Man with a Thousand Faces" is available now on thousandfacespodcast.com, Spotify, and will soon be available anywhere you get your podcasts. | Alissa Carlon (KGET17 staff) | 10/28/19 | | x | x | | | |
| 135 | Facebook | https://www.facebook.com/KGET17News/posts/pfbid02xj3w1uSpTp2vG7CFAFAerVc3nBk1JMyxDbkLzZhJw1HdQSiFSiWez6Y3FJeas7udl | A preview of our true crime podcast: The Man with a Thousand Faces | Def. KGET17 | 10/25/19 | x | x | x | | | |
| 136 | Facebook | https://www.facebook.com/watch/?v=2573991849396564 | A preview of our true crime podcast: The Man with a Thousand Faces | Def. O. LaVoice | 10/25/19 | | x | x | | | |

EXHIBIT B

| Row | Platform | Link | Title | Author | Date | Inciting Headline | Inciting Names in Story | Native Ad | Mental Health | 2017 Interview | Neutral Alleged Victim |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 137 | Facebook | https://www.facebook.com/alissa.carlson2/posts/pfbid0m17NaZ1Fhwp8qCP3kh3gEueYs3UUafDwcd3pxNd3cKU9pKRgSoTPnKPdVitFzLVOl | A preview KGET Olivia LaVoice's true crime podcast: The Man with a Thousand Faces. | Alissa Carlon (KGET staff) | 10/25/19 | | x | x | | | |
| 138 | Facebook | https://www.facebook.com/marisel.maldonado.35/posts/pfbid031fJxF6iZdhxgSCp8MhPCMAzGDJAAvYSiDTbMi2LdUrExDDoRVaFSgengM8w3XA4Tl | A preview of our true crime podcast: The Man with a Thousand Faces. | Marisel Maldonado (KGET17 staff) | 10/25/19 | | x | x | | | |
| 139 | Facebook | https://www.facebook.com/ericatorres8/posts/pfbid02cJLgMN5fWWTNnEcAzpB2DbxTXC3LFzBdEepT2Ly1bX1vMKtZamxNAnLjo3TjFnXSl | Here's a preview of our first true crime podcast! | Erica Torres Garewal (KGET17 staff) | 10/25/19 | | x | x | | x | |
| 140 | Instagram | https://www.instagram.com/p/B4DzSqpA0sn/ | This was the most challenging story I've ever told, and one I initially didn't want to share. | Def. O. LaVoice | 10/25/19 | x | | x | | x | |
| 141 | Facebook | https://www.facebook.com/olivialavoiceQ13/videos/2573991849396564 | The Man with a Thousand Faces Podcast Trailer | Def. O. LaVoice | 10/25/19 | x | x | x | | x | |
| 142 | Instagram | https://www.instagram.com/p/B4D0w1WFx4N/ | This was hands down the hardest story I've ever told. | Def. O. LaVoice | 10/25/19 | | x . | x | | | |
| 143 | Facebook | https://www.facebook.com/alissa.carlson2/posts/pfbid02pwh7Qoio7BXQPaqsMu3bBHotbP8hThFXVkO8ENAhKYLaTL2gEtzPfv3kribkq1s4l?__cft__[0]=AZUqS3A2GeloubAZvBj6IMBHBkX1gq409bzOZh7P2z4CwH9x16KCsexGT_gukQJXUC6m0_PSWg0nXEOpPyP5VXggavYmM3_nskm09t6wkwHxxuvkuN5IzrNGvZxsOK9mkzX3BaglcAnKW7GWGgaSfsfxnblvv9visnd1xc3nzm4eEkUQw7_aSApx9702C6LcRfhAg4uFIweefqrDixZFcvPqtNB90xMGOaiLaVCC1RBK0WQnTGulSZCkD12PE3sWYnU&__tn__=%2CO%2CP-R-R | A preview KGET Olivia LaVoice's true crime podcast: The Man with a Thousand Faces. | Alissa Carlon (KGET17 staff) | 10/25/19 | | | x | | | |
| 144 | Facebook | https://www.facebook.com/olivialavoiceQ13/posts/pfbid02M2QsNreGMLhM5UxqmG5p1MH5EfxrFimfAwu9tpPHvQ2XDGJguho78795M57v3UMKl?__cft__[0]=AZWJ5_V7QKi_0PfOJArc1S_asb4HJlA96pfl3ieNiG-MdtSSc0DireMIs9LOITsNoV70zHlmp8ZqxYNzuhBB3lbQBTSvK-S4SwvgiZR6t26v82zrtUL0ZmRPalzATwPXwJib_lEr29v8VPHuf3_OvfZ9Ci5nYGLD8oO1ftYnJ7kO1hWlUStnOwIJh9HjTZmuXfr4vrTO-3z6MUMNw75PrJEg&__tn__=%2CO%2CP-R | I've been off air for a little while working on a special project we're getting ready to release soon. | Def. O. LaVoice | 10/23/19 | | | x | | | |
| 145 | Instagram | https://www.instagram.com/p/B3-TtTKAv5l/ | I've been off air for a little while working on a special project we're getting ready to release soon. | Def. O. LaVoice | 10/23/19 | | | x | | | |
| 146 | Instagram | https://www.instagram.com/p/B3-Y0NuJduq/ | It's a story that grew darker and more complex than we could have ever imagined. | Def. KGET17 | 10/23/19 | | | x | | | |
| 147 | Facebook | https://www.facebook.com/KGET17News/posts/pfbid02xxNhidXKixLgeYrzCwTT6CCcnyHUgzyHNurEG8AtzWJubaXH7hoRfwYDWMdptBorl | Family of beheaded inmate speaks out about Notorious killer | Def. KGET17 | 08/16/19 | x | x | | | | x |
| 148 | Youtube | https://www.youtube.com/watch?v=ZglGj4AhYak | Jaime Osuna Hearing | Def. KGET17 | 08/16/19 | | | | | x | x |
| 149 | Twitter/X | https://x.com/KGETnews/status/1398011794644406279 | Guards didn't notice Jamie Osuna's cellmate had been decapitated: report | Def. KGET17 | 05/27/19 | | x | | | | x |
| 150 | Facebook | https://www.facebook.com/watch/?v=2106621799407119 | Jaime Osuna | Def. O. LaVoice | 05/17/19 | | | | x | x | x |
| 151 | YouTube | https://www.youtube.com/watch?v=Z0iAWd5Q5DE | Jaime Osuna | Def. KGET17 | 05/17/19 | | x | | x | x | x |
| 152 | Twitter/X | https://x.com/K_Hua/status/1124097464318009346 | Jaime Osuna is one of the most sadistic killers my team has covered. Osuna is one of the most sadistic killers my team has covered. | Karen Hua (KGET/Nexstar staff) | 05/02/19 | x | | | | x | x |
| 153 | Youtube | https://www.youtube.com/watch?v=Otyo-_iWX3U | Jaime Osuna: Kern County's cold-blooded killer | Def. KGET17 | 05/01/19 | x | x | | | x | x |
| 154 | Facebook | https://www.facebook.com/KGET17News/posts/10156436027981314/ | Kern murderer Jaime Osuna admitted to killing cellmate found beheaded March 9, reports say | Def. KGET17 | 04/29/19 | x | x | | | | |

EX. 11

J. OSUNA V. O. LAVOICE, ET AL

| Row | Platform | Link | Title | Author | Date | Inciting Headline | Inciting Names in Story | Native Ad | Mental Health | 2017 Interview | Neutral Alleged Victim |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 155 | Facebook | https://www.facebook.com/amberfriastv/posts/pfbid02LkhfMNdSjN9Mzix7AGFqFC6GtWFK9kdK4NvfxiXN57BbRcYJeNkF5X7WazfHp4Wcl | Prison mugshot released of inmate beheaded in gruesome prison slaying | Amber Frias (KGET17 staff) | 04/26/19 | | x | | | | x |
| 156 | Facebook | https://www.facebook.com/KGET17News/posts/pfbid05vEeGYLDhSdkSiZCn38zY7vcmrqr6mTcDPLgGCg6yxYJU6yHXNV7nzNTKqAKGDajl | Today, Osuna will appear in court for these latest murder charges. | Def. KGET17 | 04/25/19 | | | | | x | |
| 157 | Facebook | https://www.facebook.com/amberfriastv/posts/pfbid0mvjTY4abXzJVM5cUTcNKTHEwpicSigyuauiZxu4j9HK8hh4NiAcYCY4VjuM48xptl | Prosecutor reveals 'gruesome' details in the death of Jaime Osuna | Amber Frias (KGET17 staff) | 04/25/19 | | x | | | | x |
| 158 | Facebook | https://www.facebook.com/watch/?v=419196378646606 | Jaime Osuna charged with new murder. | Def. O. LaVoice | 04/25/19 | | | | | x | x |
| 159 | Youtube | https://www.youtube.com/watch?v=ZinDljuBwfY | Jaime Osuna pleads not guilty | Def. KGET17 | 04/25/19 | | | | | | |
| 160 | Facebook | https://www.facebook.com/amberfriastv/posts/pfbid09so8MnRayJBLunnEe2SW4TUaQCAR4UDoZkY6dBnUbJhh7bYOJ4n6Vd7NJsNFkuHxl | Corcoran inmate died of multiple sharp force trauma injuries, Kings County Coroner says | Amber Frias (KGET17 staff) | 03/15/19 | | | | | x | x |
| 161 | Facebook | https://www.facebook.com/amberfriastv/posts/pfbid0xC37Coe65UaFhQqxaUhJbWPjGU3cGv3J86bRtLVPZ3zRjTZ2uGE1UvPub5iPK6Wrl | Jaime Osuna, convicted murderer | Amber Frias (KGET17 staff) | 03/11/19 | x | | | | x | x |
| 162 | Youtube | https://www.youtube.com/watch?v=e2_ZkKsD-ak | Jaime Osuna suspected of murder, again | Def. KGET17 | 03/11/19 | | | | x | x | x |
| 163 | Facebook | https://www.facebook.com/olivialavoiceO13/posts/pfbid02FUkuH5d1i2AvcWdcaCRpvkE9MJMQziAqzQBMGHBz8VpeZ7HUc8Z6cUTDqRtCpLDl?__cft__[0]=AZVu0hgzTRLgPzJOOwIJ0LzgYrR7ddE2ag3TyCVvc8kG-gbplC8xvm0FnXbdZXQZyZfOmFFIgB8RlggqcqpcJVu7tAucJdHQTx7CwS527wBIJkMhjLa6e5-LLNJKNdTZjTJVKTOX8d8Sw5ChyF1LR9nH-EjLrLT2LB59QKNjLgV5cIm63RjKq070IGEE-RfGL_NVYfm_UOKria_S_rVO20aGDesRdhTwaedvP_bFHy33v2MkCeARVym3jkW97-l84&__tn__=%2CO%2CP-R | The latest news from Jaime Osuna. | Def. O. LaVoice | 03/10/19 | | | | | x | x |
| 164 | Youtube | https://www.youtube.com/watch?v=jbQh9h1tDtg | Man serving life without parole for murder of Bakersfield women suspected in death of cellmate | Def. KGET17 | 03/09/19 | | | | | | x |
| 165 | Youtube | https://www.youtube.com/watch?v=GZCPvMh6DrA | Olivia LaVoice Reel | Def. O. LaVoice | 01/26/19 | | | | | x | |
| 166 | Youtube | https://www.youtube.com/watch?v=181vewC30MA | Olivia LaVoice reel | Def. O. LaVoice | 10/29/17 | | | | | | |
| 167 | Facebook | https://www.facebook.com/olivialavoiceO13/posts/i-interviewed-jaime-osuna-before-his-trial-began-and-i-had-no-idea-what-hed-say-/1344429882261073/ | Convicted killer shares new admissions about other unsolved crimes from behind bars | Def. O. LaVoice | 03/29/17 | x | | | | | |
| 168 | Facebook | https://www.facebook.com/KGET17News/posts/10154497275421314 | Convicted killer shares new admissions about other unsolved crimes from behind bars | Def. KGET17 | 03/29/17 | x | | | | | |
| 169 | Facebook | https://www.facebook.com/olivialavoiceO13/posts/1343296302374431 | Man confesses to torturing and murdering mother of six in death penalty case | Def. O. LaVoice | 03/28/17 | | | | | | |
| 170 | Facebook | https://www.facebook.com/KGET17News/posts/10154494477686314 | Man confesses to torturing and murdering mother of six in death penalty case | Def. KGET17 | 03/28/17 | | | | | | |
| 171 | Facebook | https://www.facebook.com/KGET17News/posts/10154493588126314 | Plea deal reached in gruesome 2011 murder of mother of five | Def. KGET17 | 03/28/17 | | | | | | |
| 172 | Facebook | https://www.facebook.com/KGET17News/posts/10154491152206314 | Trial begins in possible death penalty case | Def. KGET17 | 03/27/17 | | | | | | |

EXHIBIT B

EX. 12

J. OSUNA V. O. LAVOICE, ET AL

# EXHIBIT C

**C-1**

Olivia LaVoice · Creator
So I am of course more invested than most
2022-11... Reply

Olivia LaVoice · Creator
Yes you are correct! It is not public information. I still think it's an interesting topic though. But I've covered Osuna for many years

**C-2**

Olivia LaVoice · Creator
His family is not wealthy and no one has ever helped him pay for a private attorney before during his many many cases, including prior murder case.
2022-11... Reply

Olivia LaVoice · Creator
And for the current murder case, he's had a court appointed attorney for several years. So the change, in my opinion, seems sudden/ a bit random.

**C-3**

Olivia LaVoice · Creator
Hey Conrad! For some who have closely followed Osuna and this case, someone likely paying hundreds of thousands of dollars for his defense
2022-11... Reply

Olivia LaVoice · Creator
Several years into the case, is an interesting development. Some may think it is not interesting. Thank you for watching

**C-4**

Olivia LaVoice · Creator
Yes I will definitely make content about this down the road. My podcast "the man with a thousand faces" has a lot of info
2022-11 Reply

**C-5**

Olivia LaVoice · Creator
Investigators looked into the info, but I truly think more could be done. The law enforcement agencies involved are overloaded and understaffed

**C-6**

Olivia LaVoice · Creator
I am very curious as to who in his life has the $$$ for this. I don't believe it's anyone who was in his life prior to him going to prison.

**C-7**

Olivia LaVoice · Creator
And I didn't need his permission or story rights. And I don't think he can legally profit off of his crimes, which I would think means he can't sell
2022-11... Reply

Source: https://www.tiktok.com/@olivialavoice/video/7167005859791392046

**EXHIBIT C**

**C-8-a**

Author
Olivia LaVoice
Thank you Lynette for your support. This was a very difficult story to tackle, and I hope people realize that if it were just about a horrific murderer accused of unspeakable crimes, I wouldn't have done it. It's about much more than that. I want people to understand how important it was in my eyes to tell his victims stories, and to explore possible unsolved murders he could responsible for.

Olivia LaVoice
That's exactly why I didn't want to do this story initially. I didn't want to give him attention. Don't get me wrong, I recognize this podcast will make him more well-known, which is a tough pill to swallow. But this story isn't just about him. It is about his victims. And ultimately, that's why we decided to tell it. For years I have wanted to tell the story of one of his victims and it was an honor to finally get to do so. It's one I believe people need to hear. Her episode is episode 4. Episode 5 dives into the possibility he is responsible for cold cases, which is a topic I've wanted to bring more attention to for a very long time.

Olivia LaVoice
Brian Tanya Perez Thank you so much. I've wanted to tell Yvette's story for years. Her sister tells her story in a way I know once people hear, they will never be able to forget. Her episode, episode 4 is the most important episode of the podcast.

Source: https://www.facebook.com/olivialavoiceQ13/videos/2573991849396564/

**C-8-b**

Olivia LaVoice
May 31, 2021

This weekend a podcast I created with some wonderful former colleagues at KGET in Bakersfield hit over 1 million "listens." I am so thankful that we were able to tell this story the way we felt it needed to be told. The process taught me so much about reporting on tragedy and how complex and multilayered it can be. The most rewarding part of this project has been to hear from people who say the podcast was eyeopening and highlighted important issues they learned from. I am forever grateful to the family of Yvette Pena who reopened deep wounds by sharing Yvette's story, but I know her story has touched so many people and will continue to do so. You can find the podcast on Apple podcasts, Spotify, Youtube, and our website: https://www.kget.com/thousandfacespodcast/

Source: https://www.facebook.com/olivialavoiceQ13/posts/pfbid02oAoxibogpxAMqegUhnhK2NWuhMwtgZYc2x2wR-b1cSqfSkTKEHTDkkox6U4is86APl

**C-8-c**

Author
Olivia LaVoice
Trish Alderete thank you so much for your kind words. This is hands down the hardest story I've ever had to tell and I've had mixed feelings about it for so long, but I feel there are parts of the story that need to be told. This podcast may not be for everyone, but I hope people will consider listening to episode 4. It is the first time the family of one of his victims, Yvette Pena, is telling her story, and it's a heart-wrenching but very powerful story that I think so many people will be able to relate to. And this is a chance for her family to have her remembered and honored the way she deserves, they're taking the narrative away from the killer. And I really hope we can figure out if he is responsible for other murders.

Source: https://www.facebook.com/olivialavoiceQ13/videos/2573991849396564/

**C-9**

**Olivia LaVoice**
When I interviewed him, a part of me felt like I was in the room with the devil himself, which is definitely what he wanted

2022-11-1? Reply

Source: https://www.tiktok.com/@horrorbabbe/video/6972646704189312261

**EXHIBIT C**

**C-10**




Source: https://www.instagram.com/stories/olivia_lavoice/3443479205298888828/

**C-11**




Source: https://www.instagram.com/stories/olivia_lavoice/3444362084194997276

**EXHIBIT C**

**C-12**




https://www.instagram.com/p/CkwC42Qj45J/




Sources:
https://www.tiktok.com/@olivialavoice/video/7166267509006421290

**C-13**

Bella Conte
He thought he was your Joker and you were Harley Quinn!
2022-11 Reply
Olivia LaVoice · Creator
Something like that
2022-11 Reply

Source:
https://www.tiktok.com/@olivialavoice/video/7166267509006421290

**C-14**




Source: https://www.tiktok.com/@olivialavoice/video/7166267509006421290

**C-15**




Source: https://www.tiktok.com/@olivialavoice/video/7167817016164748587

**EXHIBIT D**

**EXHIBIT D-1**







Sources:
https://www.facebook.com/photo/?fbid=4117116671709549&set=a.106715309416392
https://www.facebook.com/reel/1195102341514771




https://www.tiktok.com/@olivialavoice/video/7180483366707781742

| | | | | |
|---|---|---|---|---|
| BM434770A | BM586606A | BM773586A | BF116297A | BM925566A |
| SM072552A | BM602084A | BM775873A | BF120077A | BM955273A |
| BF084646A | BM498788A | BF135614A | BF136133A | BF200295D |
| BM555553A | BM527618A | BF130643C | BM841093A | BF117105B |
| BF088593B | BM617686A | BM556175A | BM858955B | BM738146A |
| BF104345A | BM623267A | BF088491B | BM872055A | |
| BM680274A | BM658209A | BM582116A | BM881945A | |
| BM681352A | BF111794A | BF096043A | BM919366B | |
| BM725564A | BF128547A | BM665093A | BF172066A | |
| BM748647A | BM761663A | BF116258C | BM925212A | |

Example Peña family charges
Source: Kern County Superior Court https://www.kern.courts.ca.gov/

# EXHIBIT D

D-2

**Danielle Peña Gonzales**

Thank you **Olivia LaVoice Q13** for giving us a voice to tell who my sister Yvette was, no one else ever gave us that opportunity. Speaking with you and letting it all out for the first time helped me start my healing process. It was the first time I shared this much with anyone because I had to always be strong and hold it all together for my family. YOU gave me the ability to start caring for myself and to finally start to process the trauma I went through with her murder and all craziness that happened over 6 years of going to court. I will forever be thankful to you, thank you for your friendship through this as well as the continued friendship, it means the world to me that after all this time you still call and text me regularly to check on me and the family.

**Olivia LaVoice**

**Senaida Acosta Hidalgo** I think of your family and Yvette often. Her story will always stick with me and I feel so lucky to have gotten to learn what a beautiful person she was and how much love she gave to everyone in her life. I know her story has and will continue to touch many people. You do such a wonderful job of honoring both of their memories. Sending love to you and your family ❤

**Olivia LaVoice**

**Sonia N Juan Garcia** I had a long talk with Danielle the other day catching up and she told me about court. I'm keeping you all in my thoughts and sending you all so much love and strength ❤

**Gabriel Hidalgo**

Thank you Olivia for you going to share the story of my Beautiful Niece Yvette Pena. This is **Senaida Hidalgo Ponchita** ~ Senaida Acosta Hidalgo. I am using my Son cell. Thank you for being there for my Niece Danielle Gonzalez through this all. I know it's been hard & difficult for her & us all.. I also have took it very hard. I know this is a very devastated story to take and do. We know you will do an amazing job on it.

Source: https://www.facebook.com/olivialavoiceQ13

D-3

**Olivia LaVoice**

That's exactly why I didn't want to do this story initially. I didn't want to give him attention. Don't get me wrong, I recognize this podcast will make him more well-known, which is a tough pill to swallow. But this story isn't just about him. It is about his victims. And ultimately, that's why we decided to tell it. For years I have wanted to tell the story of one of his victims and it was an honor to finally get to do so. It's one I believe people need to hear. Her episode is episode 4. Episode 5 dives into the possibility he is responsible for cold cases, which is a topic I've wanted to bring more attention to for a very long time.

Source: https://www.facebook.com/olivialavoiceQ13

D-4

**Shannon Devon Davis**

Yeah I actually stayed in the same union avenue hotel as Yvette momentarily in 2011. El Morocco I believe it was. My mother is in the same line of work that Yvette was. I'm just saying you gotta kno facts before you let your heart start to bleed on someone. Now do not get it twisted I'm sure it sounds like I'm defending this man. I am not. Just reminding people keep shit in perspective right? Was it cool or lawful for the homie to take this b****es life? Gnaw. Did she deserve to be happy and free after letting monsters ( not unlike Mr. Osuna) sodomize and defile and hold hostage her innocent, prepubescent biological daughter? FUCK no. God damn people are filthy fuckin creatures man. Just master minding your own business and harden that heart a little bit. Ha god bless haha.

Source: https://www.facebook.com/alissa.carlson2

**EXHIBIT E**

**E-1**





































Source: https://www.KGET.com

# EXHIBIT E

## E-2




Another competency trial to be held for notorious killer Jamie Osuna

KGET News · Subscribe · 9 · Share

3,285 views Jul 15, 2021




Report: guards failed to notice Jamie Osuna beheaded his cellmate

KGET News · Subscribe · 10 · Share

1,051 views May 27, 2021




Jamie Osuna transferred to psychiatric program at Salinas Valley State Prison

KGET News · Subscribe · 17 · Share · Download




Convicted murderer Osuna not yet transferred to state hospital for treatment

KGET News · Subscribe · 13 · Share

971 views Mar 11, 2021




Jamie Osuna ordered transferred to state hospital or CDCR-run facility for efforts to restore him to

KGET News · Subscribe · 18 · Share

1,622 views Feb 10, 2021




Jamie Osuna found incompetent to stand trial in cellmate's killing

KGET News · Subscribe · 44 · Share

9,827 views Jan 20, 2021




Notorious Kern killer Jaime Osuna refuses court-ordered psychiatric examination in cellmate's death

KGET News · Subscribe · 60 · Share

12,426 views May 13, 2020




Jaime Osuna criminal proceedings suspended

KGET News · Subscribe · 507 · Share

99,110 views Feb 7, 2020




Setting of preliminary hearing date postponed for convicted murderer Jaime Osuna

KGET News · Subscribe · 11 · Share

2,754 views Nov 8, 2019




Tentative preliminary hearing date set for Osuna in grisly killing of cellmate

KGET News · Subscribe · 20 · Share

098 views Feb 15, 2023




The Man with a Thousand Faces: Dr. Corey Gonzales discusses mental health

KGET News · Subscribe · 3 · Share

279 views Oct 29, 2019




Osuna arraigned on new charge, competency hearing postponed to January

KGET News · Subscribe · 4 · Share

595 views Dec 13, 2021




'How the hell did this happen?': Osuna attorney says more information coming in prison slaying

KGET News · Subscribe · 5 · Share

783 views Dec 14, 2022




Osuna hearing postponed to March

KGET News · Subscribe · 20 · Share

645 views Jan 24, 2022




Olivia LaVoice Reel 2021

olivia lavoice · Subscribe · 10 · Share

640 views Jul 31, 2021

Sources:
https://www.youtube.com/@KGETNews
https://www.youtube.com/@olivialav

# EXHIBIT E

## E-3

KGET - TV 17 Bakersfield
October 28, 2019 ·

Our truecrime podcast The Man with a Thousand Faces is available now on thousandfacespodcast.com, Spotify, and will soon be available anywhere you get your podcasts.

We've asked Olivia LaVoice KGET 17 News why she did this story. She explains the podcast is much more complex than it seems on the surface. It's not just about a remorseless killer. There are stories that need to be told, such as the story of this little girl. That's the episode Olivia tells us is the heart of ... See more




Olivia LaVoice
October 28, 2019

Our podcast The Man with a Thousand Faces is available through Spotify and at thousandfacespodcast.com and will soon be available anywhere you get your podcasts.

The story is dark and complicated. There are a few reasons we ultimately decided to tell it but there was a part of me that was reluctant to go down this road and look at such a horrific murderer. This beautiful little girl and her story is what convinced me this story needed to be told. The podcast is six episodes, and Episode 4, "She Was My Protector," is the episode I feel is most important. If you're to listen to any of them, listen to Episode 4. It's heart wrenching and tragic but it's important. It's important we understand what can happen to our children at such a young age and the lifelong effects trauma can have on a person.




Alissa Carlson
October 28, 2019 ·

KGET's first truecrime podcast "The Man with a Thousand Faces" is available now on thousandfacespodcast.com, Spotify, and will soon be available anywhere you get your podcasts.

We've asked reporter Olivia LaVoice why she did this story. She explains the podcast is much more complex than it seems on the surface. It's not just about a remorseless killer. There are stories that need to be told, such as the story of this little girl. That's the episode Olivia tells us is the he... See more




You can find the podcast here. It is also available for listening on Apple Podcasts, Spotify, iHeartRadio and all podcast streaming platforms.




You can find the podcast here. It is also available for listening on Apple Podcasts, Spotify, iHeartRadio and all podcast streaming platforms.




You can find the podcast here. It is also available for listening on Apple Podcasts, Spotify, iHeartRadio and all podcast streaming platforms.




He pleaded guilty in 2017 to first-degree murder and other charges filed in Pena's killing. Osuna in that case had faced the death penalty if convicted at trial, but Pena's family, seeking closure, asked prosecutors to make him a plea offer.







If he finds Osuna competent, the Romero case will move forward and a date scheduled for a preliminary hearing.




KGET 17 News @KGETnews · Oct 29, 2019

The **Man With A Thousand Faces Podcast** available now! Listen on @ApplePodcasts, @Spotify, @YouTube and go to the website below for photos and bonus content. #thousandfacespodcast




KGET 17 News @KGETnews · Oct 29, 2019

The **Man With A Thousand Faces** is our first true crime **podcast**, reported by @OliviaKGET. Here is a preview of episode two. You can stream all six episodes now. To listen: kget.com/thousandfacesp...

#thousandfacespodcast #podcast #podcasting




Alissa Carlson
October 25, 2019 ·

A preview KGET Olivia LaVoice's true crime podcast: The Man with a Thousand Faces.

www.thousandfacespodcast.com




KGET 17 News @KGETnews · Oct 28, 2019

The **Man With A Thousand Faces** is our first true crime **podcast**, reported by @OliviaKGET. You can stream all six episodes now. Here is a look at episode one. To listen: kget.com/thousandfacesp...

#thousandfacespodcast #podcast #podcasting




Sources:
Facebook, X/Twitter, KGET.COM

# EXHIBIT F



Olivia LaVoice
October 25, 2019

A preview of our true crime podcast: The Man with a Thousand F

Telling this story was something I initially didn't want to do. I did
my time and attention. But ultimately, there were questions I cou
needed to be told. And once I started digging, I realized this stor
self-proclaimed heartless killer.

Go to thousandfacespodcast.com

15

Like Comment Copy

Chuck Dennis
I would have slugged this " The making of a monster ".

Ray Pruitt
October 8, 2020

so it took two psychiatrists to figure this out?



KGET.COM

**Reports state Jaime Osuna incompetent to stand trial in cellmate's death; judge orders hearing where psychiatrists wi...**

3 3

Lloyd Waters
He's no more competent than a rabid dog. And you know what to do with those...

3y

Chuck Dennis
I did a jail house interview with him and grilled him. He's bat shit crazy. I could tell that and I'm not a psychiatrist. As C Sparks has said. "We're going to pump sunlight to him".

Chuck Dennis
June 1, 2021

This guy is evil I did a jail house interview and court proceedings with this criminal. Listen to the pod cast.



Chuck Dennis
June 1, 2021

Olivia and I did this story.
This guy is the poster child for evil.



Sources: Facebook.
Note: Def. O. Lavoice featured Ray Pruitt (former KCSO PIO and a private investigator) on *MWATF.*

# EXHIBIT G

JAIME OSUNA BD0868 SAC A 001 1|019001L ID:1391259981 [P 1/1]

*You have received a JPay letter, the fastest way to get mail*

From : Olivia LaVoice CustomerID: 28788248
To : JAIME OSUNA ID: BD0869
Date : 1/19/2022 8:27:38 PM EST. Letter ID: 1391259981
Location : SAC
Housing : A 001 1|019001L

Hey Jamie.

I finally figured out how to use jpay. It's crazy to me this exists. For all the times I've written letters that took weeks to get to a prison and then weeks to get a response back, Email is certainly easier. Anyhow I wanted to reach out and let you know that I'm still invested in knowing if you commited other crimes that are unsolved. I know this is something we've gone back and forth on and you've made it fairly clear this is information you won't be sharing. I also have started to come to the conclusion that the cops I've talked to are likely right, the only two murders you've commited are the ones you're locked up for. As you may know I have a thorough timeline for when it would've even been possible for you to have commited other murders and the timeframes are short. I don't want to waste either of our time. I guess this is just my way of saying if you ever decide you do want to talk about other cases, feel free to drop me a line.

Sincerely.
Olivia

*JPay Tell your friends and family to visit www.jpay.com to write letters and send money!*