UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMIE OSUNA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>OLIVIA LAVOICE, et al.,<br><br>　　　　Defendants. | Case No.: 1:24-cv-01122-SKO<br><br>**ORDER DIRECTING CLERK'S OFFICE TO REDESIGNATE ACTION FROM 550 (PRISONER: CIVIL RIGHTS) TO 320 (ASSAULT, LIBEL & SLANDER)** |

　　　　Plaintiff Jamie Osuna filed his original complaint on September 20, 2024, and a first amended complaint on October 3, 2024.

　　　　On October 9, 2024, previously assigned Magistrate Judge Gary S. Austin issued an "Order Directing Reassignment of Matter to Different Magistrate Judge." (Doc. 9.)

　　　　Following review of the original and first amended complaint, this action appears to be more appropriately designated as a personal injury suit, rather than a prisoner civil rights action.

　　　　Accordingly, the Court **HEREBY ORDERS** the Clerk of the Court to re-designate this action from 550 (Prisoner: Civil Rights) to 320 (Assault, Libel & Slander).

IT IS SO ORDERED.

Dated:　**October 15, 2024**　　　　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE