# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMIE OSUNA,<br><br>         Plaintiff,<br><br>    v.<br><br>OLIVIA LaVOICE, et al.,<br><br>         Defendants.<br>_____ / | Case No. 1:24-cv-01122-KES-SKO<br><br>**ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>(Doc. 2)<br><br>**ORDER DIRECTING PAYMENT OF INMATE FILING FEE BY THE CDCR** |

### ORDER

Plaintiff is a state prisoner proceeding *pro se* pursuant to 42 U.S.C. § 1983 and has requested leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (Docs. 2, 8.) Plaintiff has made the showing required by § 1915(a), and the request to proceed *in forma pauperis* will be granted. Plaintiff must pay the statutory filing fee of $350 for this action. 28 U.S.C. § 1915(b)(1). Plaintiff is obligated to make monthly payments in the amount of twenty percent (20%) of the preceding month's income credited to Plaintiff's trust account. The California Department of Corrections and Rehabilitation ("CDCR") is required to send to the Clerk of Court payments from Plaintiff's account each time the amount in the account exceeds $10, until the statutory filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

Regarding the status of the complaint, Plaintiff is advised that pursuant to 28 U.S.C. § 1915(e)(2), the Court must conduct an initial review of every *pro se* complaint proceeding *in forma pauperis* to determine whether it is legally sufficient under the applicable pleading standards. The Court must dismiss a complaint, or portion thereof, if the Court determines that the complaint is

legally frivolous or malicious, fails to state a claim upon which relief may be granted, or seeks monetary relief from a defendant who is immune from such relief.  28 U.S.C. § 1915(e)(2).  If the Court determines that the complaint fails to state a claim, leave to amend may be granted to the extent that the deficiencies in the complaint can be cured by amendment.  Plaintiff's complaint will be screened in due course, and any pending motions will be addressed at that time.

If appropriate after the case has been screened, the Clerk of Court will provide Plaintiff with the requisite forms and instructions to request the assistance of the United States Marshal in serving Defendants pursuant to Federal Rule of Civil Procedure 4.

In accordance with the above and good cause appearing therefore, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed *in forma pauperis* is GRANTED;

2. **The Director of the CDCR or designee shall collect payments from Plaintiff's prison trust account in an amount equal to twenty percent (20%) of the preceding month's income credited to the prisoner's trust account and shall forward those payments to the Clerk of Court each time the amount in the account exceeds $10, in accordance with 28 U.S.C. ' 1915(b)(2), until a total of $350 has been collected and forwarded to the Clerk of the Court.  The payments shall be clearly identified by the name and number assigned to this action;**

3. The Clerk of Court is directed to serve a copy of this order on the Director of the CDCR, via the court's electronic case filing system (CM/ECF); and

4. The Clerk of Court is directed to serve a copy of this order on the Financial Department, U.S. District Court, Eastern District of California.

IT IS SO ORDERED.

Dated:   **October 15, 2024**            /s/ *Sheila K. Oberto*
                                          UNITED STATES MAGISTRATE JUDGE

2