Case 1:24-cv-01122-KES-SKO  Document 28  Filed 09/29/25  Page 1 of 2

FILED
SEP 29 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jamie Osuna<br>CDC # BD0868<br>CSP-COR<br>PO Box 3476<br>Corcoran, CA 93212<br>  Pl.,<br><br>        against<br><br>Olivia LaVoice,<br>KGET17 News,<br>Nexstar, et al,<br>  Defs. | Docket No.: **1:24-cv-01122-KES-SKO**<br>Fourth Amended Complaint<br>Demand for Jury Trial<br><br>**NOTICE OF ERRATA REGARDING OMITTED EXHIBIT Q TO PLAINTIFF'S OBJECTION TO FINDINGS AND RECOMMENDATIONS** |

Plaintiff respectfully submits this Notice of Errata to clarify that Exhibit Q, referenced in the Objection to the Findings and Recommendations filed on September 15, 2025 (ECF No. 27), was included in the original submission but does not appear to have been scanned or uploaded to the docket. Plaintiff respectfully re-submits Exhibit Q here for the Court's convenience and consideration

Exhibit Q is a screenshot showing Defendant LaVoice's promotional listing for CrimeCon, a commercial true-crime convention, where she references the podcast "Man with a Thousand Faces." This exhibit is relevant to the Court's evaluation of Plaintiff's allegations regarding commercial use and native advertising claims.

Submitted on September 26, 2025,

*/s/ Jamie Osuna/*

p.p. Jamie Osuna, CDCR # BD0868

1

EXHIBIT Q



**Olivia LaVoice**
The Bakersfield Three
Reporter & Podcast Host

**About me**

Olivia LaVoice is a two-time Emmy Award winning crime reporter with a passion for covering unsolved homicides and missing persons cases. After six years of covering crime as a local news reporter, Olivia shifted her focus to long-form investigative journalism, aiming to dig deeper into her cases. Olivia went on to create the 15-episode series, The Bakersfield Three, which has been downloaded over 10 million times since the show's release in fall 2023 and topped Apple's podcast charts. Olivia is also the host and creator of the Edward R Murrow award winning podcast "The Man with a Thousand Faces," which stemmed from a jailhouse interview she did with an inmate known as "the real-life Joker," where he confessed to multiple murders.

**My Speakers Sessions**

Saturday, June 1

5:30pm CDT — Casefile: Unveiling What's Next — Casey • Olivia LaVoice

MAY 31-JUNE 2, 2024 ★ NASHVILLE
**CRIMECON**

> **Exhibit Q** – Screenshot showing Defendant LaVoice leveraging MWATF to promote herself at CrimeCon, a commercial true-crime convention. While not directly displaying Plaintiff's likeness, the exhibit shows MWATF, a program built on Plaintiff's likeness, identity, and photos, being used to advance Defendant's personal brand and professional opportunities. This framing demonstrates MWATF being used for theatrical branding and entertainment, not as "news." URL: https://crimecon2024.sched.com/speaker/olivia_lavoice.26ribai2