UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JAMIE OSUNA,

        Plaintiff,

    v.

OLIVIA LaVOICE, et al.,

        Defendants.

Case No. 1:24-cv-01122-KES-EGC

ORDER ADOPTING IN FULL FINDINGS AND RECOMMENDATIONS, DISMISSING CERTAIN CLAIMS, AND DIRECTING THE ACTION PROCEED ON COGNIZABLE CLAIMS

Doc. 26

Jamie Osuna proceeds pro se in this action. On August 25, 2025, Osuna filed his fourth amended complaint alleging the following claims: (1) copyright infringement, (2) unauthorized use of likeness, (3) libel and libel per se, (4) privacy violation, (5) unauthorized use of medical information, (6) false light under Second Restatement of Torts § 652(E)), (7) intrusion upon seclusion, (8) recission based on incapacity, (9) violation of California's Unfair Competition Law, (10) and civil conspiracy. Doc. 25.

The magistrate judge screened the complaint pursuant to 28 U.S.C. § 1915(e)(2) and found Osuna stated cognizable claims, except for claims two, five and seven under California law for the unauthorized use of his likeness, unauthorized use of medical information, and intrusion upon seclusion. *See generally* Doc. 26 at 5-16. The magistrate judge recommended the action proceed only on the cognizable claims and that the Court dismiss claims two, five, and seven. *Id.* at 16.

1

Osuna filed timely objections to the findings and recommendations, followed by a notice of errata related to an omitted exhibit.  Docs. 27, 28.  The allegations identified in the objections do not show legal or factual errors by the magistrate judge in the analysis of claims two, five, and seven.  *See* Doc. 27 at 1-7.  Although Osuna attempts to re-cast the claim for unauthorized use of medical information as a violation of his right to privacy, Osuna is unable to salvage the claim he specifically raised under Cal. Civ. Code § 56.36.  *See* Doc. 25 at 18.

In accordance with 28 U.S.C. § 636 (b)(1), the Court conducted a de novo review.  Having carefully reviewed the entire matter, including the objections and exhibits, the Court concludes that the findings and commendations are supported by the record and proper analysis.  The Court ORDERS:

1.  The findings and recommendation dated September 12, 2025 (Doc. 26) are ADOPTED in full.

2.  This action SHALL proceed on the fourth amended complaint only as to claims one, three, four, six, eight, nine, ten, and eleven.

3.  Claims two, five, and seven are DISMISSED without leave to amend.

4.  The matter is referred to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:    June 29, 2026    

_____
UNITED STATES DISTRICT JUDGE

2