Effective 12/05 for Non-P Cases

**FILED**

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA        JUL 15 2026

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

Jamie Osuna                              )
_____,               )
                                         )
            Plaintiff(s),                )        No. 1:24-cv-01122-KES-EGC
                                         )
vs.                                      )
                                         )
Olivia LaVoice, et al.                   )        NOTICE OF SUBMISSION
_____,               )        OF DOCUMENTS
                                         )
            Defendant(s).                )
_____)


     Plaintiff hereby submits the following documents in

compliance with the court's order filed ___07/01/2026_____.

     ___3___      completed USM-285 forms

     ___4___      copies of the complaint/amended complaint

     ___3___      completed Summons forms


DATED: 07/13/2026          _____
                                 Signature of Plaintiff


_____

TO BE COMPLETED BY THE CLERK:

The above documents were forwarded to U.S. Marshal


on:_____  by  _____.
        Date                          Deputy Clerk


**RECEIVED**

JUL 15 2026

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
            DEPUTY CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Jamie Osuna BD0868
CSP-COR PO Box 8800
Corcoran, CA 93212,

        Plaintiff,

v.

Olivia LaVoice, et al,

        Defendants.

No.  1:24-cv-01122-KES-EGC

**NOTICE REGARDING SUBMISSION OF SERVICE DOCUMENTS AND DEFENDANT JASON KOTOWSKI**

Plaintiff timely submits the Court-provided Notice of Submission of Documents, three completed summonses, three completed USM-285 forms for Olivia LaVoice, KGET17 News, Nexstar Media Group, Inc., and four endorsed copies of the Fourth Amended Complaint.

Paragraph 3(c) of the July 1, 2026, Order refers to two copies of the endorsed Fourth Amended Complaint, while the attached instructions for incarcerated plaintiffs direct submission of one file-endorsed copy for each defendant to be served and one additional copy for the U.S. Marshal's file. Plaintiff therefore submits one complete copy for each of the three defendants for whom service documents are submitted and one additional copy for the U.S. Marshal's file.

The District Judge ordered that this action proceed on Claims One, Three, Four, Six, Eight, Nine, Ten, and Eleven, and dismissed Claims Two, Five, and Seven without leave to amend. The July 1, 2026, service order likewise identifies those claims as cognizable for service.

The operative Fourth Amended Complaint does not name Jason Kotowski as a defendant, although the July 1, 2026, service order lists him among the defendants for service. Plaintiff therefore submits no summons or USM-285 form for Jason Kotowski.

Plaintiff respectfully requests that the enclosed submission be deemed timely and compliant. If the Court determines that any additional documents are required, including any documents relating to Jason Kotowski or the number of complaint copies submitted, Plaintiff respectfully requests notice and a reasonable opportunity to cure before any recommendation of dismissal.

July 13, 2026

*[signature]*

p p. Jamie Osuna

1