**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN

See "Instructions for Service of Process by U.S. Marshal"

| | | |
|---|---|---|
| PLAINTIFF<br>JAMIE OSUNA # BD0868 | FILED<br>Aug 19, 2026<br>CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA | COURT CASE NUMBER<br>1:24-cv-01122-KES-EGC |
| DEFENDANT<br>KGET17 NEWS | | TYPE OF PROCESS<br>SUMMONS AND COMPLAINT |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
**KGET17 NEWS (KGET-TV)**

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
**2120 L Street, Bakersfield, CA 93301**

| | |
|---|---|
| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW<br>Jamie Osuna, CDCR # BD0868<br>CSP-COR<br>P.O. Box 8800<br>Corcoran, CA 93212 | Number of process to be served with this Form 285: 1<br>Number of parties to be served in this case: 3<br>Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Serve the station general manager, an officer, managing/general agent,
or another agent authorized to receive service for KGET17 News / KGET-TV.
Main studio telephone: 661-283-1700.

| Signature of Attorney other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| Jamie Osuna | ☒ PLAINTIFF ☐ DEFENDANT | | 07/13/2026 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 3 | No. 97 | No. 97 | JJ | 07/17/26 |

I hereby certify and return that I ☒ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time | |
|---|---|---|---|
| Rebecca Gutierrez Receptionist | 08/19/2026 | 1220 | ☐ am ☒ pm |

| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy |
|---|---|
| | [signature] |

Costs shown on attached USMS Cost Sheet >>

REMARKS

07/17/26 - Waiver packet mailed.
08/19/26 - Process personally served.

\# of Dusm 1
\# of hours 1
\# Roundtrip miles 6

USMS FRESNO RCVD JUL 17 2026 ~2:21