Robert S. Gutierrez (Bar No. 143223)
gutierrezr@ballardspahr.com
Elizabeth Schilken (Bar No. 241231)
schilkene@ballardspahr.com
**BALLARD SPAHR LLP**
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915
Tel: 424.204.4400
Fax: 424.204.4350

Attorneys for Defendant
Nexstar Media Inc.
(erroneously sued as Nexstar Media
Group, Inc. and KGET17 News)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jamie Osuna<br>CDC # BD0868<br>CSP-COR<br>PO Box 3476<br>Corcoran, CA 93212,<br><br>Plaintiff,<br><br>v.<br><br>Olivia LaVoice<br>KGET17 News,<br>Nexstar, et al,<br><br>Defendants. | CASE NO. 1:24-cv-01122-KES-EGC<br><br>The Hon. Kirk E. Sherriff<br><br>**DECLARATION OF ROBERT S. GUTIERREZ IN SUPPORT OF DEFENDANT NEXSTAR MEDIA INC.'S MOTION TO DISMISS FOURTH AMENDED COMPLAINT** |

Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915
Telephone: 424.204.4400

Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915
Telephone: 424.204.4400

**DECLARATION OF ROBERT S. GUTIERREZ**

I, Robert S. Gutierrez, hereby declare:

1. I am an attorney with the firm of Ballard Spahr, LLC, counsel of record for Defendant Nexstar Media Inc. ("Defendant").

2. The facts stated herein are personally known to me and, if called as a witness, I could and would testify competently thereto.

3. Attached hereto as **Exhibits 1-6** are USB drives containing true and correct copies of Episodes 1-6, respectively, of the podcast entitled "The Man With A Thousand Faces" ("Podcast"), accessed at https://www.youtube.com/playlist?list=PLnRJFieQmOOyDnjCFhz-Ma-peIVXiUJmw. Each USB drive contains a single episode of the Podcast, and each USB drive is password-protected. A label containing the password is affixed to each USB drive.[1]

4. Attached hereto as **Exhibit 7** are true and correct copies of screenshots for the YouTube pages for the six episodes of the Podcast, accessed at https://www.youtube.com/watch?v=Wws9bIv6W7k&list=PLnRJFieQmOOyDnjCFhz-Ma-peIVXiUJmw&index=1, https://www.youtube.com/watch?v=VEyITg2W2v0&list=PLnRJFieQmOOyDnjCFhz-Ma-peIVXiUJmw&index=2, https://www.youtube.com/watch?v=Eb3U2WHHG4g&list=PLnRJFieQmOOyDnjCFhz-Ma-peIVXiUJmw&index=3 https://www.youtube.com/watch?v=3Cd-wdRogF0&list=PLnRJFieQmOOyDnjCFhz-Ma-peIVXiUJmw&index=4 https://www.youtube.com/watch?v=pBRFa1W4cBY&list=PLnRJFieQmOOyDnjCFhz-Ma-peIVXiUJmw&index=5; and https://www.youtube.com/watch?v=hC8HejyQH7E&list=PLnRJFieQmOOyDnjCFhz-Ma-peIVXiUJmw&index=6.

5. Attached hereto as **Exhibit 8** are true and correct copies of copyright registration

[1] The USB drives are provided to Plaintiff only. Defendant is electronically uploading copies of Exhibits 1-6 for the Court's use, and will provide USB drives to the Court if requested.

records for TXu002472056, PAu004259370, VAu001547474, and TXu002471802, from the from the U.S. Copyright Office website (accessed at https://publicrecords.copyright.gov/detailed-record/voyager_38130773, https://publicrecords.copyright.gov/detailed-record/voyager_38343513, https://publicrecords.copyright.gov/detailed-record/voyager_38174881, and https://publicrecords.copyright.gov/detailed-record/voyager_38126730).

6. Attached hereto as **Exhibits 9-10**, respectively, are true and correct copies of the Felony Information filed on July 17, 2013, and the Felony Advisement of Rights, Waiver and Plea Form filed on March 28, 2017, in *The People of the State of California v. Jaime Osuna*, Case No. BF139419A, in Kern County Superior Court.

7. Attached hereto as **Exhibit 11** is a true and correct copy of a *Los Angeles Times* article dated May 27, 2021, titled “A self-styled satanist beheaded his cellmate, but the guards didn’t notice, report says,” accessed at https://www.latimes.com/california/story/2021-05-27/satanist-beheading-prison-guards-cellmate-california.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 9th day of September, 2026, at Los Angeles, California.

Robert S. Gutierrez

Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915
Telephone: 424.204.4400

# Exhibit 7


youtube.com/watch?v=Wws9blv6W7k&list=PLnRJFieQmOOyDnjCFhz-Ma-pelVXiUJmw&index=1
Install
YouTube
Search
Sign in
EP 01
THE ROOKIE REPORTER AND THE KILLER
DETENTIONS BUREAU
VISITOR
STAFF ESCORT REQUIRED
thousandfacespodcast.com
Episode 1 - The Rookie Reporter and the Killer
KGET News
The Man With A Thousand F...
KGET News - 1 / 7
Episode 1 - The Rookie Reporter and the Killer
26:57
KGET News
2
Episode 2 - She Kinda Looks Like Your Wife
32:52
KGET News
3
Episode 3 - The Devil Doesn't Get Hurt
40:14
KGET News
4
Episode 4 - She Was My Protector
42:57
KGET News
5
Episode 5 - Why So Serious?
45:05
KGET News
EP 02
SHE KINDA LOOKS LIKE YOUR WIFE
Episode 2 - She Kinda Looks Like Your Wife
KGET News

youtube.com/watch?v=VEyITg2W2v0&list=PLnRJFieQmOOyDnjCFhz-Ma-pelVXiUJmw&index=2

YouTube

Search

Sign in




**Episode 2 - She Kinda Looks Like Your Wife**

KGET News

**The Man With A Thousand F...**

KGET News - 2 / 7

1 Episode 1 - The Rookie Reporter and the Killer — 26:57 — KGET News

▶ Episode 2 - She Kinda Looks Like Your Wife — 32:52 — KGET News

3 Episode 3 - The Devil Doesn't Get Hurt — 40:14 — KGET News

4 Episode 4 - She Was My Protector — 42:57 — KGET News

5 Episode 5 - Why So Serious? — 45:05 — KGET News



Download PC App For Free

Discover a world of creativity and fun. Play...


youtube.com/watch?v=Eb3U2WHHG4g&list=PLnRJFieQmOOyDnjCFhz-Ma-pelVXiUJmw&index=3
Install
YouTube
Search
Sign in
EP 03
THE DEVIL DOESN'T GET HURT
thousandfacespodcast.com
Episode 3 - The Devil Doesn't Get Hurt
KGET News
The Man With A Thousand F...
KGET News - 3 / 7
1
Episode 1 - The Rookie Reporter and the Killer
26:57
KGET News
2
Episode 2 - She Kinda Looks Like Your Wife
32:52
KGET News
Episode 3 - The Devil Doesn't Get Hurt
40:14
KGET News
4
Episode 4 - She Was My Protector
42:57
KGET News
5
Episode 5 - Why So Serious?
45:05
KGET News
EP 04
SHE WAS MY PROTECTOR
Episode 4 - She Was My Protector
KGET News
58K 6y ago


youtube.com/watch?v=3Cd-wdRogF0&list=PLnRJFieQmOOyDnjCFhz-Ma-pelVXiUJmw&index=4
Install
YouTube
Search
Sign in
EP 04
SHE WAS MY PROTECTOR
thousandfacespodcast.com
The Man With A Thousand F...
KGET News - 4 / 7
Episode 1 - The Rookie Reporter and the Killer
KGET News
26:57
Episode 2 - She Kinda Looks Like Your Wife
KGET News
32:52
Episode 3 - The Devil Doesn't Get Hurt
KGET News
40:14
Episode 4 - She Was My Protector
KGET News
42:57
Episode 5 - Why So Serious?
KGET News
45:05
Download PC App For Free
Discover a world of creativity and
Episode 4 - She Was My Protector
KGET News


youtube.com/watch?v=pBRFa1W4cBY&list=PLnRJFieQmOOyDnjCFhz-Ma-pelVXiUJmw&index=5
Install
YouTube
Search
Sign in
EP 05
WHY SO SERIOUS?
thousandfacespodcast.com
Episode 5 - Why So Serious?
KGET News
The Man With A Thousand F...
KGET News - 5 / 7
3
40:14
Episode 3 - The Devil Doesn't Get Hurt
KGET News
4
42:57
Episode 4 - She Was My Protector
KGET News
45:05
Episode 5 - Why So Serious?
KGET News
6
41:22
Episode 6 - The Necklace
KGET News
7
1:30
The Bakersfield 3 - New Podcast trailer
KGET News
You don't have to navigate ...
Sponsored · Ce...


youtube.com/watch?v=hC8HejyQH7E&list=PLnRJFieQmOOyDnjCFhz-Ma-pelVXiUJmw&index=6
Install
YouTube
Search
Sign in
EP 06
THE NECKLACE
thousandfacespodcast.com
Episode 6 - The Necklace
KGET News
The Man With A Thousand F...
KGET News - 6 / 7
3
40:14
Episode 3 - The Devil Doesn't Get Hurt
KGET News
4
42:57
Episode 4 - She Was My Protector
KGET News
5
45:05
Episode 5 - Why So Serious?
KGET News
41:22
Episode 6 - The Necklace
KGET News
7
1:30
The Bakersfield 3 - New Podcast trailer
KGET News
Lee Kum Kee Honey Sriracha
Some like it hot, some like it

# Exhibit 8

Copyright

---

**Registration Number / Date:**
TXU002472056 / 2025-02-04

**Type of Work:**
Text

**Title:**
Jamie Osuna Letters 1988-2025.

**Application Title:**
Jamie Osuna Letters 1988-2025.

**Date of Creation:**
2025

**Copyright Claimant:**
Jamie Osuna. Address: BD0868, PO Box 3476, Corcoran, CA, 93212.

**Authorship on Application:**
Jamie Osuna; Citizenship: United States. Authorship: text, artwork.

**Rights and Permissions:**
Jamie Osuna, BD0868, PO Box 3476, Corcoran, CA, 93212, (559) 992-8800, josunabd0868@proton.me

**Description:**
Electronic file (eService)

**Names:**
Osuna, Jamie

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_38130773

---

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

Copyright

**Registration Number / Date:**
PAU004259370 / 2025-02-17

**Type of Work:**
Motion Pictures

**Title:**
Jamie Osuna 2017 Jail Interview Pt. 2.

**Application Title:**
Jamie Osuna 2017 Jail Interview Pt. 2.

**Date of Creation:**
2017

**Copyright Claimant:**
Jamie Osuna. Address: BD0868, PO Box 3476, Corcoran, CA, 93212.

**Authorship on Application:**
Jamie Osuna; Citizenship: United States. Authorship: spoken words during interview.

**Rights and Permissions:**
Jamie Osuna, BD0868, PO Box 3476, Corcoran, CA, 93212, (559) 992-8800, josunabd0868@proton.me

**Description:**
Electronic file (eService)

**Names:**
Osuna, Jamie

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_38343513

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

Copyright

---

**Registration Number / Date:**
VAU001547474 / 2025-02-28

**Type of Work:**
Visual Material

**Title:**
Jamie Osuna's Mall Photo.

**Application Title:**
Jamie Osuna's Mall Photo.

**Date of Creation:**
2001

**Copyright Claimant:**
Jamie Osuna. Address: BD0868, PO Box 3476, Corcoran, CA, 93212.

**Authorship on Application:**
Jamie Osuna; Citizenship: United States. Authorship: photograph.

**Rights and Permissions:**
Jamie Osuna, BD0868, PO Box 3476, Corcoran, CA, 93212, (559) 992-8800, josunabd0868@proton.me

**Description:**
Electronic file (eService)

**Copyright Note:**
C.O. correspondence.

**Names:**
Osuna, Jamie

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_38174881

---

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal

information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

Copyright

**Registration Number / Date:**
TXU002471802 / 2025-02-26

**Type of Work:**
Text

**Title:**
Jamie Osuna's Work.

**Application Title:**
Jamie Osuna's Work.

**Date of Creation:**
2017

**Copyright Claimant:**
Jamie Osuna. Address: BD0868, PO Box 3476, Corcoran, CA, 93212.

**Authorship on Application:**
Jamie Osuna; Citizenship: United States. Authorship: text, artwork.

**Basis of Claim:**
text, artwork.

**Material Excluded:**
artwork from other sources.

**Description:**
Electronic file (eService)

**Copyright Note:**
C.O. correspondence.

**Names:**
Osuna, Jamie

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_38126730

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright

Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

# Exhibit 9

LISA S GREEN
DISTRICT ATTORNEY
KERN COUNTY
BY: NICHOLAS ORION LACKIE
DEPUTY DISTRICT ATTORNEY
1215 TRUXTUN AV
BAKERSFIELD, CA 93301

TELEPHONE: (661) 868-2340

ATTORNEYS FOR PLAINTIFF

FILED
SUPERIOR COURT, METROPOLITAN DIVISION
COUNTY OF KERN

JUL 17 2013

TERRY McNALLY, CLERK
BY ______ DEPUTY

SUPERIOR COURT OF CALIFORNIA, COUNTY OF KERN

BAKERSFIELD JUDICIAL DISTRICT

THE PEOPLE OF THE STATE OF CALIFORNIA,
PLAINTIFF,

V.

JAIME OSUNA
AKA JAMIE OSUNA
AKA LOKITO

DEFENDANT(S).

NO BF139419A

DA CASE: INF 0789954
FELONY

INFORMATION

---

DEFENDANT(S) IS/ARE ACCUSED BY THE DISTRICT ATTORNEY OF THE COUNTY OF KERN OF THE STATE OF CALIFORNIA, BY THIS INFORMATION, OF THE FOLLOWING CRIME(S) IN THE COUNTY OF KERN, STATE OF CALIFORNIA:

COUNT: 001, ON OR ABOUT AND BETWEEN NOVEMBER 7, 2011 AND NOVEMBER 8, 2011, JAIME OSUNA, DID WILLFULLY, UNLAWFULLY, DELIBERATELY, WITH PREMEDITATION AND MALICE AFORETHOUGHT, MURDER [redacted], A HUMAN BEING, IN VIOLATION OF PENAL CODE SECTION



7|23

187(A), A FELONY.

ENHANCEMENT

IT IS FURTHER ALLEGED AS TO JAIME OSUNA, THAT THE MURDER OF [redacted], WAS COMMITTED BY SAID PERSON AND THAT THE MURDER WAS INTENTIONAL AND INVOLVED THE INFLICTION OF TORTURE, WITHIN THE MEANING OF PENAL CODE SECTION 190.2(A)(18).

PRIOR

IT IS FURTHER ALLEGED THAT SAID DEFENDANT JAIME OSUNA, WAS ON OR ABOUT AUGUST 15, 2006 IN THE SAN BERNARDINO SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF SAN BERNARDINO, CASE NUMBER FCH08135, CONVICTED OF THE CRIME OF WELFARE AND INSTITUTIONS CODE 1001.5(A), BRING/ETC CONTROL SUB/ ETC INTO YOUTH AUTHORITY INSTITUTIONS, A FELONY, AND THAT HE/SHE THEN SERVED A PRIOR SEPARATE PRISON TERM AND THAT HE/SHE DID NOT REMAIN FREE OF PRISON CUSTODY FOR, AND DID COMMIT AN OFFENSE RESULTING IN A FELONY CONVICTION DURING, A PERIOD OF FIVE YEARS SUBSEQUENT TO THE CONCLUSION OF SAID TERM, WITHIN THE MEANING OF PENAL CODE SECTION 667.5(B).

COUNT: 002, ON OR ABOUT NOVEMBER 8, 2011, JAIME OSUNA, DID WILLFULLY AND UNLAWFULLY THREATEN TO COMMIT A CRIME WHICH WOULD RESULT IN DEATH OR GREAT BODILY INJURY TO ANOTHER PERSON, TO WIT: [redacted], WITH THE SPECIFIC INTENT THAT THE STATEMENT WAS TO BE TAKEN AS A THREAT, EVEN IF THERE WAS NO INTENT OF ACTUALLY

CARRYING IT OUT, WHICH, ON ITS FACE AND UNDER THE CIRCUMSTANCES IN WHICH IT WAS MADE, WAS SO UNEQUIVOCAL, UNCONDITIONAL, IMMEDIATE AND SPECIFIC AS TO CONVEY TO THE PERSON THREATENED A GRAVITY OF PURPOSE AND AN IMMEDIATE PROSPECT OF EXECUTION OF THE THREAT AND THEREBY CAUSED THAT PERSON REASONABLY TO BE IN SUBSTANTIAL FEAR FOR HIS OR HER OWN SAFETY OR HIS OR HER IMMEDIATE FAMILY'S SAFETY, IN VIOLATION OF PENAL CODE SECTION 422, A FELONY. IT IS FURTHER ALLEGED THAT THIS OFFENSE IS A SERIOUS FELONY WITHIN THE MEANING OF PENAL CODE SECTION 1192.7(C).

COUNT: 003, ON OR ABOUT JANUARY 17, 2012, JAIME OSUNA, DID WILLFULLY, KNOWINGLY AND MALICIOUSLY ATTEMPT TO PREVENT OR DISSUADE ANY WITNESS OR VICTIM FROM ATTENDING OR GIVING TESTIMONY AT ANY TRIAL, PROCEEDING, OR INQUIRY, IN VIOLATION OF PENAL CODE SECTION 136.1(A)(2), A FELONY.

DATED: JULY 15, 2013

LISA S GREEN
DISTRICT ATTORNEY

NICHOLAS ORION LACKIE
DEPUTY DISTRICT ATTORNEY

# Exhibit 10

FILED
KERN COUNTY
MAR 28 2017
TERRY McNALLY, CLERK
BY [signature], DEPUTY

## Superior Court of California, County of Kern
### Felony Advisement of Rights, Waiver and Plea Form

People vs. JAIME OSUNA Case No. BF139419A

I, the defendant in the above-entitled case, in support of my plea of Guilty/No Contest, personally declare as follows:

### PLEA TERMS

1. Of those charges now filed against me in this case, I plead Guilty/No Contest to the following offense(s) and admit the following sentence enhancement allegation(s) and prior conviction(s) as follows:

| Count | Charge | Enhancement |
|---|---|---|
| 1 | PC187(a) | PC190.2(a)(18) PC667.5(b) |
| 2 | PC422 | |
| ~~3~~ | ~~PC136.1~~ | |
| 3 | PC 664/187(a) | PC189; PC12022.(b)(1) JO |
| 4 JO | PC 245(a)(1) | |
| 5 | PC 136.1 | |

PRIOR CONVICTIONS (List the allegation section, the prior conviction date, case number and charge):
~~[struck]~~ W&I 1001.5 8/15/06 San Bernardino Co. Sup. Ct. FCH08135

2. I have not been induced to enter this plea by any promise or representation of any kind, except for the following terms and conditions (state any agreement with the District Attorney or the Court, including any indicated sentence):
Defendant to enter a plea to all counts on AMENDED INFORMATION FOR Life without the possibility of parole all other remaining cases to be dismissed at the time of sentencing.

3. I am entering my plea freely and voluntarily, without fear or threat to me or anyone closely related to me. JO

4. I understand that a plea of No Contest is the same as a plea of Guilty for the purposes of these criminal proceedings. JO

5. I understand the charge(s) against me and the possible pleas and defenses to the charge(s). JO

6. I have had enough time to speak with my attorney regarding the strengths of the case against me, any possible defenses that I may have, and the possible consequences of entering this plea. JO

## CONSEQUENCES OF A PLEA OF GUILTY OR NO CONTEST

1. **REGISTRATION (if applicable):** I understand that I must register as a narcotics/sex/arson/gang offender with local law enforcement, as prescribed by law. ________

2. **ALIEN STATUS:** I understand that if I am not a Citizen of the United States, my guilty or no contest plea will result in my deportation, exclusion from admission to the United States, and denial of naturalization under the laws of the United States. **Deportation is mandatory for some offenses. I have fully discussed this matter with my attorney and understand the serious immigration consequences of my plea.** ________

3. **CURRENT PROBATION OR PAROLE:** I understand that my guilty or no contest plea may be the sole ground for violating probation or parole which was previously granted to me in any other prior case. ________

4. **RESTITUTION AND RESTITUTION FINES:** I understand that the judge who sentences me may order me to make actual restitution to any victims for the damages or losses that I may have caused. I will also be ordered to make payments into the State Restitution Fund of an amount not less than $200.00 up to a maximum of $10,000.00. ________

5. **FINES AND FEES:** I understand that the judge who sentences me will order me to pay fines and fees up to $10,000.00 plus a penalty assessment. ________

6. **LICENSE SUSPENSION:** I understand that my privilege to operate a motor vehicle shall be revoked by the Department of Motor Vehicles for up to three (3) years if I am entering a plea of guilty or no contest to a violation of Health and Safety Code sections 11350, 11351, 11352, 11357, 11359, 11360, 11377, 11378 or 11379, or any other violation related to controlled substances as defined in Division 10 of the Health and Safety Code if a motor vehicle was involved in or incidental to the commission of the offense. ________

7. **VIOLATION OF PROBATION:** I understand that if I am granted probation in this case as a result of my plea, the length of my probation could be for up to five (5) years, and I will have certain terms and conditions to obey. If at any time while I am on probation I am found to be in violation of the terms and conditions of my probation, my probation could be revoked and I could be sentenced to prison for the maximum term of ________ years. ________

8. **RELEASE ON PAROLE:** I understand that if I am sentenced to prison, upon my release I will be on state parole for up to four (4) years; if my sentence is for a life term with possibility of parole, my parole will last for the rest of my life. I understand that if my parole should be revoked, I could be sent back to state prison on a parole violation for up to one (1) year on each separate violation. If I am released from parole on a sentence of life with the possibility of parole, a parole violation could result in my being sent back to prison for the rest of my life. ________

9. ***HARVEY* WAIVER:** I understand that although some charges will be dismissed as a result of my plea of guilty or no contest, I agree that the sentencing judge may nevertheless consider the facts underlying the dismissed counts/cases, including determining any additional restitution that I may have to pay, in deciding the sentence in my case.

10. **REJECTION OF PLEA BY SENTENCING JUDGE:** I understand that the conditional plea I am entering here today is not binding on the judge who sentences me. I understand that if the judge disapproves of this plea and its conditions, I will be permitted to withdraw my plea, my not guilty plea(s) will be reentered, all dismissed charges and cases will be reinstated, and my case will then be scheduled for a preliminary hearing or trial.

11. **PENAL CODE SEC. 1210.1 PROBATION (Prop. 36):** I have read and understand the form that explains the drug treatment program under Penal Code section 1210.1, commonly known as Proposition 36. I further understand that if I violate my probation I could eventually be sentenced to jail or state prison.

12. **DEFERRED ENTRY OF JUDGMENT (PC 1000):** I have read and understand the form that explains the deferred entry of judgment program. I further understand that if I am excluded from the program, I am subject to being sentenced to the maximum possible sentence under the law.

## CONSTITUTIONAL RIGHTS

1. **RIGHT TO AN ATTORNEY:** I understand that I have the right to be represented by an attorney throughout these criminal proceedings. I understand that I can hire my own attorney, or the court will appoint an attorney for me free of charge if I cannot afford to hire one.

2. **RIGHT TO A TRIAL:** I understand that I have the right to a speedy, public trial, by judge or by jury. At the trial I would be presumed innocent, and I could not be convicted unless 12 impartial jurors (or the judge at a court trial) were convinced of my guilt beyond a reasonable doubt.

3. **RIGHT TO TESTIFY:** I understand that I have the right to testify on my own behalf at trial or any other hearing.

4. **RIGHT TO PRESENT DEFENSE EVIDENCE:** I understand that I have the right to present evidence and to have the Court issue subpoenas to bring into court defense witnesses and evidence at no cost to me.

5. **RIGHT TO CONFRONT AND CROSS-EXAMINE WITNESSES:** I understand that I have the right to confront and cross-examine all witnesses testifying against me.

6. **RIGHT AGAINST SELF-INCRIMINATION:** I understand that I have the right to remain silent and not incriminate myself, and the right to refuse to testify. If I choose to remain silent it cannot be held against me or considered for any purpose by the jury or the judge. I understand that by pleading guilty or no contest, or by admitting enhancements or prior convictions, I am incriminating myself.

7. **RIGHT TO A SPEEDY PRELIMINARY HEARING:** I understand that I have the statutory right to a preliminary hearing, and the right to have that hearing held within ten (10) court days of my arraignment. At the preliminary hearing the District Attorney would be required to present evidence and convince a judge that there is probable cause to believe that I am guilty of the charges against me. J.O.

8. **RIGHT TO A HEARING ON PRIORS AND ENHANCEMENTS:** I understand that if I admit the prior conviction(s) or enhancement(s) against me that I will also be giving up these rights as to the proof of these prior conviction(s) or enhancement(s). J.O.

## WAIVER OF RIGHTS

1. **[PRO PER DEFENDANT]** I give up my right to be represented by an attorney.
2. I give up my right to a trial by a judge or a jury. J.O.
3. I give up my right to testify on my own behalf. J.O.
4. I give up my right to present defense evidence on my behalf. J.O.
5. I give up my right to use the subpoena powers of the court. J.O.
5. I give up my right to confront and cross-examine witnesses. J.O.
6. I give up my right to remain silent and not incriminate myself. J.O.
7. I give up my right to a preliminary hearing. J.O.
8. I give up my right to require that the prior conviction(s) and enhancement(s) alleged against me be proven. J.O.
9. I give up my right to be sentenced by the judge who accepts the plea. J.O.
10. I give up my right to an in-depth written probation report before sentencing. J.O.

## PLEA

**I hereby freely and voluntarily plead Guilty/No Contest to the charge(s) listed above.** J.O.

**I also admit the enhancement(s) and prior conviction(s) listed above.** J.O.

**I declare under penalty of perjury that I have read, understood, and initialed each item above, and that everything on the form is true and correct.**

**Date:** 3/28/17

[signature]
**Defendant's Signature**

***Defendant's Thumb Print***



## *Attorney's Statement*

I am the attorney of record for the defendant. I have reviewed this form with my client. I have explained each of the defendant's rights to him/her, and have answered all of the defendant's questions with regard to this plea. I have discussed with the defendant the elements of the charge(s) to which he/she will plead, the prior convictions or enhancement allegations, and the possible defenses that he/she may have. I have also explained to the defendant the direct consequences that will result from a plea of guilty or no contest. I have also explained any possible immigration consequences that may result from this plea. I am satisfied that the defendant understands these things. I concur in this plea and in the defendant's decision to waive his/her constitutional rights. I stipulate that there is a factual basis for the entry of this plea and admission of the prior convictions or enhancements based upon the offense reports contained within the court file, or the testimony introduced at the preliminary hearing, and any results of laboratory analysis conducted on any suspected controlled substances seized in this case.

Date: 3/28/17
3/28/17

**Signature of Defense Attorney**

## *INTERPRETER'S STATEMENT*

I have been duly sworn, or have a written oath on file, and certify that I truly translated this entire form to the defendant in the language indicated below. The defendant stated to me that he/she understood the contents of this form, and then he/she initialed and signed the form in my presence.

LANGUAGE: ☐ Spanish ☐ Other ______________________________

Date: ____________________

**Signature of Interpreter**

## COURT'S FINDINGS AND ORDER

The Court, having reviewed this form, finds that the defendant has been fully advised of his/her rights, understands these constitutional and statutory rights, and has expressly, knowingly, freely, and intelligently waived his/her constitutional and statutory rights. The Court further finds that the defendant's plea(s) and admission(s) are freely and voluntarily made with an understanding of the nature and consequences thereof, that there is a factual basis for the entry of the plea(s) and admission of the prior conviction(s) and/or enhancement(s), and that the plea(s) and admission(s) were done with the consent of the defendant's attorney. This form is ordered to be filed and incorporated into the docket by reference as though fully set forth therein.

Date: ____________________

**Judge of the Superior Court**

# Exhibit 11

CALIFORNIA

# A self-styled satanist beheaded his cellmate, but the guards didn't notice, report says



**By Richard Winton**
Staff Writer | X Follow

May 27, 2021 6 AM PT

The convicted killers shared the same cell at Corcoran State Prison. But on the morning of March 9, 2019, only one was still alive.

Jaime Osuna, 31, had decapitated and dissected the body of his cellmate, Luis Romero, 44, with a makeshift knife, state documents show.

But after prison guards made their rounds, they reported that both men were alive, according to two new reports on California prisons from the inspector general's office.

The reports add fresh revelations and raise more questions about one of the most heinous slayings inside the California prison system. The killing has prompted investigations and a lawsuit over why Romero was in a cell with Osuna, a self-styled satanist with a history of attacking his cellmates. One of the reports also faults the California Department of Corrections and Rehabilitation for conducting a shoddy investigation and delaying disciplinary action against the guards.

CALIFORNIA

**California killer accused of torturing and beheading cellmate**

April 26, 2019

Why the officers did not discover the grisly scene early is not detailed in the reports. But a lawsuit by Romero's family says the cell bars were covered by a white sheet, suggesting the guards failed to make a thorough check of the cell.

The Department of Corrections disputed the findings of the reports, saying in a statement it had conducted a "thorough and complete investigation from the very beginning."

ADVERTISEMENT

But the attorney for Romero's family, Justin Sterling, said the reports outline the department's "veil of secrecy" that obscures officer misconduct.

"The idea that my client had to sue in order to get basic questions answered about her son's death is disheartening," Sterling said.



CALIFORNIA

**76,000 California prison inmates could be released earlier with good behavior**

May 1, 2021

The guards were meant to check the cell every so often, Sterling said, and the crime would have taken hours to commit. If the guards had been doing their required checks, Romero would be alive today, he said.

Romero, who had spent 27 years in prison, was put in the cell with Osuna after arriving from Mule Creek State Prison, according to the lawsuit. He was convicted of second-degree murder after fatally shooting a woman in Compton when he was a teenager and associating with gang members. He was nearing parole eligibility.

His new cellmate, Osuna, was serving a life sentence for the killing and torture of Yvette Pena, 37, at a Bakersfield motel in 2011. With face tattoos and flair for Charles Manson-like satanic antics, he became a dark figure during the 2017 trial, mocking the victim's family and bragging to a television news reporter of his love of torturing people.



CALIFORNIA

**Federal judge orders body cams in five state prisons citing abuse of disabled inmates**

March 12, 2021

Sometime in the early hours of March 9, 2019, Osuna methodically tortured and killed Romero, authorities said.

Using a razor-style blade attached to a handle, Osuna disfigured Romero, cutting out one of his eyes, chopping off one of his fingers and removing part of his ribs and slicing out part of his lung. He ultimately cut off his head. He also posed the body, slicing Romero's face open on either side of his mouth to resemble an extended smile, according to an autopsy.

Guards found Osuna wearing a necklace made of Romero's body parts.

Kings County Executive Assistant Dist. Atty. Phil Esbenshade called it the most heinous slaying he had ever seen. "We do believe that the victim was conscious during at least a portion of the time," he said.

Osuna had never had a cellmate until Romero arrived two days earlier.

During his stint in a Kern County detention facility, he had been found with hatchets and other weapons and was deemed a "high-risk, staff assaultive" threat to guards, according to the lawsuit.

In one incident, Osuna found his way into another inmate's cell, where he stabbed and slashed his face, resulting in 67 stitches, the lawsuit says. When prison officials requested to photograph the inmate's injuries, he declined, noting that he didn't want to risk Osuna getting copies of the photos and adding them to his collection of "trophies," court records show.



CALIFORNIA

**California prisons grapple with hundreds of transgender inmates requesting new housing**

April 5, 2021

Regular safety checks are considered an essential duty of prison guards, who must monitor the health of inmates and prevent assaults or suicides. Questionable behavior by guards has come under scrutiny in a New York case involving Jeffrey Epstein, who hanged himself in his prison cell while being held on child sex trafficking charges.

In Romero's slaying, the Department of Corrections has declined to provide details about the guards' activity.

According to the inspector general's reports, the two officers falsely reported that they had observed Romero alive. Additionally, a third and fourth officer did not report they had each seen the first two officers "fail to properly conduct the counts," according to one of the reports. Documents did not identify the prison or incident but used dates corresponding with Romero's slaying.

The report also criticizes the prison department's internal affairs investigation. It said that the first officer lied during the internal affairs interview and that the special agent

in charge of the investigation did not interview several key witnesses. The agent also did not investigate whether it was appropriate to place the two killers together in a cell, according to the report.

The inspector general's reports also took issue with the disciplinary measures taken against two of the officers who were on duty, according to a case summary of the investigation obtained by The Times. One officer accused of lying to the internal affairs agent was initially fired, and the salary of the second officer was cut 5% for three years. But after the officers appealed to the State Personnel Board, the department reached a settlement: The first officer's dismissal was reduced to a nine-month suspension, and the second officer's salary reduction was reduced to 24 months, the case summary shows.

"The department's handling of the case was poor," the inspector general's office said. "In the OIG's opinion, the special agent continually resisted the recommendations of the department attorney regarding conducting interviews and obtaining evidence," the report said.

Osuna has been transferred to Salinas Valley State Prison's psychiatric inpatient program. He has been diagnosed with unspecified schizophrenia spectrum, antisocial personality disorder and borderline personality disorder.

A judge has ruled that Osuna is not competent to stand trial for Romero's death.

## More to Read

**LAPD releases video of officers beating handcuffed jail inmate who later died**

Aug. 28, 2026

