**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**Jamie Osuna**
**CDC # BD0868**
**CSP-COR**
**PO BOX 3476**
**Corcoran, CA 93212**

v.

**Case Number:** **1:24-cv-01122-KES-EGC**

**Olivia LaVoice**
**KGET17NEWS,**
**Nexstar**

**PROOF OF SERVICE**

**I hereby certify that on September 9th, 2026, I served a copy of the attached Motion to Dismiss by Nexstar Media Group., Declaration Robert Gutierrez, Notice Request for Judicial Notice, by placing a copy in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the United States Mail at 2029 Century Park East, Los Angeles, CA 90067:**

**Jamie Osuna**
**CDC # BD0868**
**CSP-COR**
**PO Box 3476**
**Corcoran, CA 93212**

**I declare under penalty of perjury that the foregoing is true and correct.**

**(Signature of Person Completing Service)**