Olivia LaVoice, without counsel
Address for court mail: 9805 NE 116th Street, PMB #7105
Kirkland, WA 98034
Phone: (424) 645-4355

FILED

SEP 28 2026

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY ______ DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

Jamie Osuna, Plaintiff,
v.
Olivia LaVoice, et al., Defendants.

**Case No. 1:24-cv-01122-KES-EGC**

**Sept. 25, 2026**

**LETTER REGARDING DEFENDANT OLIVIA LAVOICE'S REQUEST FOR EXTENSION OF TIME**

I, Olivia LaVoice, am named as an individual defendant in the above-captioned matter. I submit this letter on my own behalf, without legal representation, and subject to and without waiver of any and all defenses, objections, and rights available to me, including but not limited to improper service of process and lack of jurisdiction, all of which are expressly reserved. Nothing in this letter should be construed as a general appearance nor a response to Plaintiff's Fourth Amended Complaint.

As detailed below, I believe I was not properly served in accordance with applicable procedural rules. I respectfully request the Court allow me additional time, not less than 90 days, to attempt to obtain legal representation in this matter for purposes of responding to the Fourth Amended Complaint. I believe this amount of time is necessary as I am not located in California, I do not know anyone who practices this type of law in California, or the E.D.C.A, and I do not have the funds readily available to afford and retain an attorney. I made this request promptly after learning that the docket reflects purported service on August 28, 2026, and that a response period may have been calculated from that date.

1. On August 28, 2026, a Deputy U.S. Marshal delivered a single document to my father, Richard LaVoice, at his home. I do not live at his address nor is he authorized to accept service on my behalf.

2. My father later gave me the document the Marshal handed him. The document appears to be a copy of Plaintiff's Fourth Amended Complaint. No other documents were given to my father, and specifically, no summons was provided. As of the date of this letter, I have not been personally served with a summons or a copy of the complaint, nor has the Marshals Service or the Plaintiff requested a waiver of service. And, because I am not an attorney, I am unsure what other documents I should have been served with in connection with the Fourth Amended Complaint or otherwise.

3. On September 23, 2026, while reviewing the docket myself, I first saw the Marshal's return of service filed as Docket No. 36. It states that a summons was left with my father at my "residence or usual place of abode" on August 28. My father's address is neither my residence nor my usual place of abode. Docket Entry 36 lists my father's address as an alternate location to "assist in expediting service" due to Plaintiff alleging that I use a room at this location as a "work/studio," and states that if I am "not located at the primary address, service should be attempted at my father's address." While I work from my father's house at times, it, again, is not my residence, usual place of abode, nor is it a business address I use. Moreover, my father does not have authority to accept service on my behalf.

4. I also learned that the process receipt and return filed by the Marshals Service may have put in place a deadline giving me a limited amount of time to respond. Before reviewing the docket, I was completely unaware that (i) the document the Marshals Service filed with the Court made these statements and claimed that service was proper; (ii) I had an opportunity to respond to a complaint filed against me; and (iii) I had a deadline to submit any such response.

5. For completeness, I note the following for the Court. An employee of one of the co-defendants had included me on an August 24, 2026 email wherein that individual introduced me to outside counsel for the corporate defendants. Because the complaint concerns work I performed while I was employed by Defendants, I had reason to believe I would be included in their representation. On September 25, 2026, I learned for the first time that counsel for the corporate defendants would not represent me. As noted above, I am now trying to find legal representation, despite not having funds readily available to afford or retain an attorney.

6. I have tried to act as promptly as possible to alert the Court of my situation as well as my position that service was improper and insufficient. I respectfully request additional time to attempt to obtain legal representation in this matter for purposes of responding to the Fourth Amended Complaint,

For these reasons, I respectfully request an order finding that service was improper and insufficient and extending the deadline for a response by 90 days. I believe this amount of time is necessary for purposes of finding and retaining legal representation, and determining whether and how I will be able to pay for such representation.

Dated: September 25, 2026

Signature: ______________________

Olivia LaVoice, *Pro Se* Defendant

## DECLARATION OF OLIVIA LAVOICE

I, Olivia LaVoice, declare under penalty of perjury under the laws of the United States of America that the facts stated in my September 25, 2026 letter to the Court are true and correct to the best of my personal knowledge.

Executed on September 25, 2026, at Kirkland, Washington.

Signature: ________________________

Olivia LaVoice

## CERTIFICATE OF SERVICE

I declare under penalty of perjury under the laws of the United States of America that on September 25, 2026, from Kirkland, Washington, I mailed a copy of this request and declaration by first-class U.S. mail to Plaintiff Jamie Osuna at the address shown on the current docket or latest filed papers:

Jamie Osuna, CDC # BD0868
CSP-COR, P.O. Box 8800
Corcoran, CA 93212

I also mailed a copy by first-class U.S. mail to counsel for Nexstar Media Inc., sued as Nexstar Media Group, Inc. and KGET17 News:

Robert S. Gutierrez and Elizabeth Schilken
Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915

Signature: ________________________

Olivia LaVoice