Robert S. Gutierrez (Bar No. 143223)
gutierrezr@ballardspahr.com
Elizabeth Schilken (Bar No. 241231)
schilkene@ballardspahr.com
**BALLARD SPAHR LLP**
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915
Tel: 424.204.4400
Fax: 424.204.4350

Attorneys for Defendant
Nexstar Media Inc.
(erroneously sued as Nexstar Media
Group, Inc. and KGET17 News)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

Jamie Osuna
CDC # BD0868
CSP-COR
PO Box 3476
Corcoran, CA 93212,

Plaintiff,

v.

Olivia LaVoice
KGET17 News,
Nexstar, et al,

Defendants.

CASE NO. 1:24-cv-01122-KES-EGC

The Hon. Kirk E. Sherriff

**PROOF OF SERVICE**

Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915
Telephone: 424.204.4400

Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915
Telephone: 424.204.4400

## PROOF OF SERVICE

I hereby certify that on October 5, 2026, I caused a true and correct copy of these document(s)

**REPLY IN SUPPORT OF DEFENDANT NEXSTAR MEDIA INC.'S MOTION TO DISMISS FOURTH AMENDED COMPLAINT;**

**SUPPLEMENTAL DECLARATION OF ROBERT S. GUTIERREZ IN SUPPORT OF REPLY RE DEFENDANT NEXSTAR MEDIA INC.'S MOTION TO DISMISS; AND**

**SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT NEXSTAR MEDIA INC.'S MOTION TO DISMISS**

**NOTICE OF APPEARANCE**

to be served upon the following counsel of record by depositing a copy/ies in the United States Mail, postage prepaid, addressed as follows:

| | |
|---|---|
| Jamie Osuna<br>CDC # BD0868<br>CSP-COR<br>PO Box 3476<br>Corcoran, CA 93212 | *Plaintiff* |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 5, 2026, at Los Angeles, California.

*_/s/ Elizabeth L. Schilken_*
Elizabeth L. Schilken