Robert S. Gutierrez (Bar No. 143223)
gutierrezr@ballardspahr.com
Elizabeth Schilken (Bar No. 241231)
schilkene@ballardspahr.com
**BALLARD SPAHR LLP**
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915
Tel: 424.204.4400 | Fax: 424.204.4350

Attorneys for Defendant NEXSTAR MEDIA INC.
(erroneously sued as Nexstar Media
Group, Inc. and KGET17 News)

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

Jamie Osuna
CDC # BD0868
CSP-COR
PO Box 3476
Corcoran, CA 93212,

Plaintiff,

v.

Olivia LaVoice
KGET17 News,
Nexstar, et al,

Defendants.

CASE NO. 1:24-cv-01122-KES-EGC

The Hon. Kirk E. Sherriff

**OPPOSITION OF DEFENDANT NEXSTAR MEDIA INC. TO PLAINTIFF'S MOTION TO CLARIFY DEFENDANT IDENTITY AND CAPTION AND ADDRESS ACCESS TO RECORDED EXHIBITS**

Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915
Telephone: 424.204.4400

Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915
Telephone: 424.204.4400

**OPPOSITION MEMORANDUM OF POINTS AND AUTHORITIES**

Defendant Nexstar Media Inc., erroneously sued as Nexstar Media Group, Inc. and KGET17 News ("Defendant"), hereby submits this memorandum in opposition to Plaintiff Jamie Osuna's ("Plaintiff") Motion to Clarify Defendant Identity and Caption and Address Access to Recorded Exhibits ("Motion"). The Motion argues that clarification is necessary as to the proper corporate defendant(s) in this action, and argues that Defendant must provide Plaintiff with paper transcripts of the Podcast episodes submitted in support of Defendant's Motion to Dismiss. Neither request has merit and Plaintiff's Motion should be denied.

**A. The Motion to Dismiss Was Properly Brought By Nexstar Media Inc.**

Plaintiff's Motion argues that clarification is needed as to the identity of the defendant(s) represented by Ballard Spahr LLP in this action because, while the Fourth Amended Complaint ("FAC") names *Nexstar Media Group, Inc.* as a defendant[1], and that entity executed a waiver of service[2], *Nexstar Media Inc.* filed the Motion to Dismiss the FAC, stating it was "erroneously sued as Nexstar Media Group, Inc. and KGET17 News."[3]

The filing of the Motion to Dismiss by Nexstar Media Inc. was proper because the claims in the FAC are directed at the actions of TV station KGET in producing the Podcast "The Man With A Thousand Faces" (the "Podcast"). KGET is not a separate legal entity. It is owned and operated by Nexstar Media Inc., not Nexstar Media Inc.'s corporate parent Nexstar Media Group, Inc. *See* Corporate Disclosure Statement (Dkt. #50) (identifying Nexstar Media Group as corporate parent); Motion to Dismiss (Dkt. #37) at 1:15 (stating Nexstar Media Inc. is the owner and operator of KGET). Indeed, Plaintiff's Motion acknowledges that Nexstar Media Inc. operates KGET. *See* Motion at 1:21 (citing FCC notice identifying Defendant as FCC licensee which operates KGET). The corporate parent Nexstar Media Group, Inc. is not even registered to do business in California where the station is located.

If the Court requires the substitution of Nexstar Media Inc. as defendant in place of Nexstar

---

[1] *See* FAC (Dkt. #25) ¶ 6.

[2] *See* Waiver of Service (Dkt. #34).

[3] *See* Motion to Dismiss (Dkt. 37) at 1.

Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915
Telephone: 424.204.4400

Media Group, Inc., by way of an amendment to the FAC under Federal Rule of Civil Procedure 15(a)(2), Nexstar Media Inc. would not oppose such an amendment.

The Motion further argues that clarification is needed as to the defendant(s) represented by Ballard Spahr because: (1) "KGET17 News" is named as a defendant in the FAC, *see id.* at ¶ 5; (2) KGET17 News was served with process, according to the proof of service of summons filed by the U.S. Marshal in this action (Dkt. #35); and (3) the Motion to Dismiss is filed by Nexstar Media Inc., "erroneously sued as Nexstar Media Group, Inc. and KGET17 News." Opp. 1:14-24.

The filing of the Motion to Dismiss by Nexstar Media Inc., rather than KGET17 News, is proper, and no action by this Court is required. Again, there is no legal entity by the name of KGET17 News. KGET is simply the call sign of the broadcast television station owned and operated by Defendant. Motion at 1:21 (citing FCC Public Notice); *see also* Defendant's Motion to Dismiss at 1:15.

**B. <u>Plaintiff Has Access to the Podcast Episodes and the Request for Paper Transcripts Should Be Denied</u>**

The Motion alleges that Plaintiff does not have access to the audio files of the six Podcast episodes which Defendant electronically uploaded to this Court's website in connection with its Motion to Dismiss, and which are available on PACER. Mot. at 2:6-19; *see* Declaration of Robert S. Gutierrez in Support of Motion to Dismiss (Dkt. 37-1) at ¶ 3, n.1 (authenticating audio Exhibits 1-6); Digital Audio Recordings (Dkt. #38-43).

Plaintiff requests that the Court order Defendant to serve him with paper transcripts of the Podcast episodes. However, Plaintiff already has access to the Podcast episodes, which he quoted at length in the FAC with time-stamped citations. Indeed, the FAC states "All referenced episodes ("E") and timestamps ("TS") [are] sourced from URLS: https://www.youtube.com/playlist?list=PLnRJFiceQmOOyDnjCFhz-Ma-pelVXiUJmw [Man a with Thousand Faces]…." FAC at 1:28.

This URL is the <u>same</u> URL from which Defendant accessed the Podcast episodes that were submitted to the Court in support of the Motion to Dismiss. Gutierrez Decl., ¶ 3. In short, Plaintiff has access to the same episodes that are in front of the Court. His request that he needs to be able to

"compare" the submitted audio files with the YouTube episodes to make sure they are actually the same, and that Defendant must thus be ordered to foot the bill to provide him with certified transcripts of each episode, is merely calculated to delay the proceedings. Mot. at 3:1-7. Plaintiff's request for access to materials he already has should be denied.

DATED: October 12, 2026

**BALLARD SPAHR LLP**

By: */s/ Robert S. Gutierrez*
Robert S. Gutierrez

Attorneys for Defendant
Nexstar Media Inc.

Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915
Telephone: 424.204.4400

Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915
Telephone: 424.204.4400

**CERTIFICATE OF SERVICE**

I hereby certify that on October 12, 2026, I caused a true and correct copy of the foregoing document to be served upon the following counsel of record by depositing a copy in the United States Mail, postage prepaid, addressed as follows:

**OPPOSITION OF DEFENDANT NEXSTAR MEDIA INC. TO PLAINTIFF'S MOTION TO CLARIFY DEFENDANT IDENTITY AND CAPTION AND ADDRESS ACCESS TO RECORDED EXHIBITS**

| | |
|---|---|
| Jamie Osuna<br>CDC # BD0868<br>CSP-COR<br>PO Box 3476<br>Corcoran, CA 93212 | *Plaintiff* |

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on October 12, 2026, at Los Angeles, California.

Cynthia A. Touchard